**EXHIBIT A**

**Florida Career College Campuses**
- Black Canyon Campus (OPEID #023058)
- Boynton Campus (OPEID #023058)
- Brandon Campus (OPEID #023058)
- Clearwater Campus (OPEID #023058)
- Hialeah Core Campus (OPEID #023058)
- Houston Campus (OPEID #023058)
- Jacksonville Campus (OPEID #023058)
- Kendall Core Campus (OPEID #023058)
- Lauderdale Core Campus (OPEID #023058)
- Margate Core Campus (OPEID #023058)
- Miami Campus (OPEID #023058)
- Orlando East Campus (OPEID #023058)
- Pines Core Campus (OPEID #023058)
- West Palm Beach Campus (OPEID #023058)

## EXHIBIT B

**Anthem Education Campuses**
- Anthem College
    - Phoenix, AZ (OPEID #030764)*
    - Aurora, CO (OPEID #030764)
    - Orlando, FL (West) (OPEID #030764)*
    - Irving, TX (OPEID #030764)
    - Las Vegas, NV (OPEID #030764)*
    - Memphis, TN (Anthem Career College) (OPEID #030764)*
- Anthem Institute
    - Parsippany, NJ (OPEID #010851)**
    - Jersey City, NJ (OPEID #010851)**
    - North Brunswick, NJ (OPEID #010851)**
- Anthem College
    - Maryland Heights, MO (OPEID #022392)
    - Fenton, MO (OPEID #022392)
    - Beaverton, OR (OPEID #022392)*
    - Brookfield, WI (OPEID #022392)
- Anthem College
    - Phoenix, AZ (OPEID# 022631)*
    - Sacramento, CA (OPEID# 022631)*
    - St. Louis Park, MN (OPEID# 022631)
    - Nashville, TN (OPEID# 022631)*
    - Atlanta, GA (OPEID# 022631)
    - Kansas City, MO (OPEID# 022631)
- Anthem Institute
    - Springfield, PA (OPEID #008441)
    - Cherry Hill, NJ (OPEID #008441)
    - Reno, NV - (Morrison University) (OPEID #008441)*

*Anthem Education campuses to be sold to IEC in Step 2.
**Sold to Premiere pre-petition.

## EXHIBIT C

**US Colleges Campuses**
- Anaheim (USC) Campus (No OPEID)
- Mount Clair (USC) Campus (No OPEID)
- Riverside (USC) Campus (No OPEID)
- San Diego (USC) Campus (No OPEID)
- San Marcos (USC) (No OPEID)

# **EXHIBIT D**

Organizational Chart

*FTL 109777955v5*

# FCC HOLDINGS, INC.
# STRUCTURE CHART



108670721