IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>FCC HOLDINGS, INC.,<br><br>Debtor. | Chapter 11<br><br>Case No. 14-11987 (CSS)<br><br>**Ref. Docket No. 5** |
| In re:<br><br>EDUCATION TRAINING CORPORATION,<br><br>Debtor. | Chapter 11<br><br>Case No. 14-11988 (CSS)<br><br>**Ref. Docket No. 3** |
| In re:<br><br>HIGH-TECH INSTITUTE HOLDINGS, INC.,<br><br>Debtor. | Chapter 11<br><br>Case No. 14-11989 (CSS)<br><br>**Ref. Docket No. 3** |
| In re:<br><br>HIGH-TECH INSTITUTE, INC.,<br><br>Debtor. | Chapter 11<br><br>Case No. 14-11990 (CSS)<br><br>**Ref. Docket No. 3** |
| In re:<br><br>EDUTECH ACQUISITION CORPORATION,<br><br>Debtor. | Chapter 11<br><br>Case No. 14-11991 (CSS)<br><br>**Ref. Docket No. 3** |

**ORDER AUTHORIZING JOINT
ADMINISTRATION OF CHAPTER 11 CASES**

Upon the motion (the "**Motion**") filed by the above-captioned debtors and debtors-in-possession (collectively, the "**Debtors**") seeking entry of an order pursuant to Rule 1015(b) of the Federal Rules of Bankruptcy Procedure 1015(b) (the "**Bankruptcy Rules**") and Rule 1015-1

of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "**Local Rules**"), (i) authorizing and directing the joint administration of the above-captioned Chapter 11 Cases for procedural purposes only, and (ii) providing any additional relief required in order to effectuate the foregoing; the Court, having reviewed the Motion and the *Declaration of Sean Harding in Support of First-Day Pleadings* (the "**First Day Declaration**"), and the Court having heard any statements of counsel in support of the relief requested in the Motion at the hearing before the Court on the Motion (the "**Hearing**"), and the Court having found that it has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334, this is a core matter pursuant to 28 U.S.C. § 157(b)(2), venue is proper in this district pursuant to 28 U.S.C. §§ 1408 and 1409, notice of the Motion and the Hearing were sufficient under the circumstances and no further notice need be given, and the legal and factual bases set forth in the Motion and at the Hearing establish just cause for the relief granted herein,

THEREFORE, IT IS HEREBY ORDERED THAT:

1. The Motion is GRANTED as set forth herein.

2. Pursuant to Bankruptcy Rule 1015(b) and Local Rule 1015-1, the above-captioned Chapter 11 Cases are hereby consolidated for procedural purposes only and shall be jointly administered by this Court.

3. Nothing contained in this Order shall be deemed or construed as directing or otherwise effecting a substantive consolidation of the above-captioned Chapter 11 Cases, and this Order shall be without prejudice to the rights of the Debtors to seek entry of an order substantively consolidating their respective Chapter 11 Cases.

4. The caption of the Debtors' jointly administered cases shall read as follows:

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| FCC HOLDINGS, INC., *et al.*,[1] | Case No. 14-11987 (CSS) |
| Debtors. | |

5. A docket entry shall be made in each of the Debtors' Chapter 11 Cases substantially as follows:

> An order (the "**Joint Administration Order**") has been entered in this case directing the joint administration of the chapter 11 cases listed below. The docket in case no. 14-11987 should be consulted for all matters affecting this case. The following chapter 11 cases are jointly administered pursuant to the Joint Administration Order:
>
> FCC Holdings, Inc., Case No. 14-11987;
> Education Training Corporation, Case No. 14-11988;
> High-Tech Institute Holdings, Inc., Case No. 14-11989;
> EduTech Acquisition Corporation, Case No. 14-11990;
> High-Tech Institute, Inc., Case No. 14-11991.

6. The Court shall retain jurisdiction to hear and determine all matters arising from or relating to the interpretation or implementation of this Order.

Dated: August 27, 2014

_____
THE HONORABLE CHRISTOPHER S. SONTCHI
UNITED STATES BANKRUPTCY JUDGE

---

[1] The Debtors in these chapter 11 cases, along with the last four (4) digits of each Debtor's federal tax identification number, are: FCC Holdings, Inc. (2598); Education Training Corporation (1478); High-Tech Institute Holdings, Inc. (4629); EduTech Acquisition Corporation (8490); and High-Tech Institute, Inc. (3099). The Debtors' business address is 1000 Corporate Drive, Suite 500, Fort Lauderdale, FL 33334.