## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| FCC HOLDINGS, INC., *et al.*, [1] | Case No. 14-11987 (CSS) |
| Debtors. | (Jointly Administered) |
| | Hearing Date: September 22, 2014 at 12:30 p.m.<br>Objection Deadline: September 15, 2014 at 4:00 p.m.<br>Ref. Docket No. 27 |

## NOTICE OF MOTION

**PLEASE TAKE NOTICE** that on August 27, 2014, the above-captioned debtors and debtors-in-possession (collectively, the "**Debtors**") filed the *Motion of the Debtors for Entry of an Order (A) Approving Asset Purchase Agreement and Authorizing the Sale of Certain Assets of the Debtors Outside the Ordinary Course of Business; (II) Authorizing the Sale of Assets Free and Clear of All Liens, Claims, Encumbrances and Interests, (III) Authorizing the Assumption, Sale and Assignment of Certain Executory Contracts and Unexpired Leases; (IV) Approving Bid Protections; and (V) Granting Related Relief* [Docket No. 27] (the "**Motion**") with the United States Bankruptcy Court for the District of Delaware (the "**Court**"). You are being served a copy of the Motion with this notice.

**PLEASE TAKE FURTHER NOTICE** that any response or objection to the relief sought in the Motion must be filed with the Court, 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801 on or before **SEPTEMBER 15, 2014, AT 4:00 P.M. PREVAILING EASTERN TIME**.

**PLEASE TAKE FURTHER NOTICE** that at the same time, you must also serve a copy of the response or objection upon: (i) the Debtors, FCC Holdings, Inc., 1000 Corporate Dr. #500, Fort Lauderdale, FL 33334 (Attn: Sean Harding), and (ii) the Debtors' counsel, (a) Greenberg Traurig, LLP, The Nemours Building, 1007 North Orange Street, Suite 1200, Wilmington, DE 19801 (Attn: Dennis Meloro, Esq.) and (b) Greenberg Traurig, LLP, The

---

[1] The Debtors in these chapter 11 cases, along with the last four (4) digits of each Debtor's federal tax identification number, are: FCC Holdings, Inc. (2598); Education Training Corporation (1478); High-Tech Institute Holdings, Inc. (4629); EduTech Acquisition Corporation (8490); and High-Tech Institute, Inc. (3099). The Debtors' business address is 1000 Corporate Drive, Suite 500, Fort Lauderdale, FL 33334.

Metlife Building, 200 Park Avenue, 38th Floor, New York, NY 10166 (Attn: Maria J. DiConza, Esq. and Matthew L. Hinker, Esq.); (iii) counsel to the Agent, (a) Chapman and Cutler, LLP, 111 West Monroe Street, Chicago, IL 60603 (Attn: Stephen R. Tetro II, Esq.) and (b) Young Conaway Stargatt & Taylor, LLP, 1000 North King Street, Rodney Square, Wilmington, DE 19801 (Attn: Michael R. Nestor, Esq.); (iv) The Office of the U.S. Trustee, 844 King Street, Suite 2207, Lockbox 35, Wilmington, Delaware 19801 (Attn: Benjamin Hackman, Esq.); and (v) counsel to any Official Committee of Unsecured Creditors appointed in these cases (subsequent to its appointment in these cases).

**PLEASE TAKE FURTHER NOTICE** THAT A HEARING TO CONSIDER THE RELIEF SOUGHT IN THE MOTION WILL BE HELD ON **SEPTEMBER 22, 2014 AT 12:30 P.M. PREVAILING EASTERN TIME** BEFORE THE HONORABLE CHRISTOPHER S. SONTCHI AT THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 MARKET STREET, 5TH FLOOR, COURTROOM NO. 6, WILMINGTON, DELAWARE 19801.

Dated: August 28, 2014                    GREENBERG TRAURIG, LLP

*/s/ Dennis A. Meloro*
Dennis A. Meloro (DE Bar No. 4435)
The Nemours Building
1007 North Orange Street, Suite 1200
Wilmington, Delaware 19801
Telephone: (302) 661-7000
Facsimile: (302) 661-7360
Email: melorod@gtlaw.com

-and-

Nancy A. Mitchell
Maria J. DiConza
200 Park Avenue
New York, New York 10166
Telephone: (212) 801-9200
Facsimile: (212) 801-6400
Email: mitchelln@gtlaw.com
            diconzam@gtlaw.com

*Proposed Counsel for the Debtors and Debtors-in-Possession*