| | |
|---|---|
| In re: | Chapter 11 |
| FCC HOLDINGS, INC., *et al.*, | Case No. 14-11987 (CSS) |
| Debtors. | NOTICE OF APPOINTMENT OF COMMITTEE OF UNSECURED CREDITORS |

      Pursuant to Section 1102(a)(1) of the Bankruptcy Code, I hereby appoint the following persons to the Committee of Unsecured Creditors in connection with the above captioned case:

    1. **Edufficient**, Attn: Tom Ferrara, 6 Forest Avenue, 2nd Floor, Paramus, NJ 07652, Phone: (201) 881-0030, Fax: (201) 215-0751

    2. **Elsevier, Inc.**, Attn: Linda Lavelle, 1600 John F. Kennedy Blvd., 20th Floor, Philadelphia, PA 19103, Phone: (321) 759-2873

    3. **Kim Esquerre**, 4528 Torrey Pines Drive, Chino Hills, CA 91709

              ROBERTA A. DEANGELIS
               United States Trustee, Region 3

               /s/ *Benjamin Hackman* for
               T. PATRICK TINKER
               ASSISTANT UNITED STATES TRUSTEE

DATED: September 5, 2014

Attorney assigned to this Case: Benjamin Hackman, Phone: (302) 573-6491, Fax: (302) 573-6497
Debtors' Proposed Counsel: Dennis Meloro, Phone: (302) 661-7000, Fax: (302) 661-7360