## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

In re:

FCC HOLDINGS, INC., *et al.*,[1]

                              Debtors.

Chapter 11

Case No. 14-11987 (CSS)

(Jointly Administered)

## GLOBAL NOTES AND STATEMENT OF LIMITATIONS, METHODOLOGY AND DISCLAIMERS REGARDING DEBTORS' SCHEDULES OF ASSETS AND LIABILITIES AND STATEMENTS OF FINANCIAL AFFAIRS

FCC Holdings, Inc. ("FCC Holdings" or the "Company") and its five domestic direct and indirect subsidiaries (together with FCC Holdings, the "Debtors") submit their Schedules of Assets and Liabilities (the "Schedules") and Statements of Financial Affairs (the "Statements" and, together with the Schedules, the "Schedules and Statements") pursuant to section 521 of the Bankruptcy Code (as defined below) and Rule 1007 of the Federal Rules of Bankruptcy Procedure.

On August 25, 2014 (the "Petition Date"), five of the Debtors commenced their reorganization cases by filing voluntary petitions for relief under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") with the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court") and on September 12, 2014, the remaining debtor, Florida Career College, Inc. filed for relief under the Bankruptcy Code with the Bankruptcy Court. The Debtors' chapter 11 cases have been consolidated, with the exception of Florida Career College, Inc. that is pending approval to be jointly administered, for procedural purposes only and are being administered jointly under case number 14-11987. The Debtors are authorized to operate their businesses as debtors-in-possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.

---

1 The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: FCC Holdings, Inc., a Delaware corporation (6928); Education Training Corporation, a Florida corporation (1478); High-Tech Institute Holdings, Inc., an Arizona corporation (4628); EduTech Acquisition Corporation, a Florida corporation (8490); High-Tech Institute, Inc., an Arizona corporation (3099); and Florida Career College, Inc. The Debtors' business address is 1000 Corporate Drive, Suite 500, Fort Lauderdale, FL 33334.

The Schedules and Statements were prepared by the Debtors' management and are unaudited. While those members of management responsible for the preparation of the Schedules and Statements have made a reasonable effort to ensure that the Schedules and Statements are accurate and complete based on information known to them at the time of preparation after reasonable inquiries, inadvertent errors or omissions may exist and/or the subsequent receipt of information may result in material changes in financial and other data contained in the Schedules and Statements. Accordingly, the Debtors reserve their right to amend and/or supplement their Schedules and Statements from time to time as may be necessary or appropriate and they will do so as information becomes available.

These Global Notes and Statement of Limitations, Methodology and Disclaimers Regarding Debtors' Schedules of Assets and Liabilities and Statements of Financial Affairs (the "Global Notes") are incorporated by reference in, and comprise an integral part of, the Schedules and Statements, and should be referred to and reviewed in connection with any review of the Schedules and Statements.

In the event that the Schedules and Statements differ from the Global Notes, the Global Notes shall control.

## General Comments

1.      **Reservation of Rights.** The Debtors reserve the right to dispute, or to assert setoff or other defenses to, any claim reflected in the Schedules and Statements as to amount, liability and classification.   The Debtors also reserve all rights with respect to the values, amounts and characterizations of the assets and liabilities listed in their Schedules and Statements.

2.      **Basis of Presentation**.   The Schedules and Statements reflect the separate assets and liabilities of each individual Debtor.  For financial reporting purposes, FCC Holdings historically has prepared consolidated financial statements, which included financial information for all of its subsidiaries and which in the past have been audited annually.  Unlike the consolidated financial information used for the Company's financial reporting purposes, the Schedules and Statements reflect the assets and liabilities of each individual Debtor based on such Debtor's unaudited book and tax records.  In separating out

information among Debtors, the Debtors were required to make certain assumptions about the ownership of assets and responsibility for liabilities of certain Debtors because specific documentation identifying the particular Debtor that owned an asset or was responsible for a liability was not readily available in every instance.  FCC Holdings does not, other than annually on an unaudited, non-GAAP (defined below) basis for tax return compliance purposes, prepare individual financial statements for its subsidiaries; however,  the Debtors maintain limited separate, stand-alone accounting records for each Debtor in their general ledger, with the exception of Florida Career College, Inc. which does not have stand-alone accounting records.  Therefore, audited financial statements and supporting schedules have not been prepared for each Debtor.  These Schedules and Statements do not purport to represent financial statements prepared in accordance with Generally Accepted Accounting Principles ("GAAP"), nor are they intended to reconcile to the financial statements previously distributed to lenders, major creditors or various equity holders on an intermittent basis.  It should also be noted that the Debtors use a consolidated cash management system through which the Debtors pay substantially all liabilities and expenses.

3.      The Schedules and Statements have been signed by Sean Harding, Chief Restructuring Officer and Interim Chief Executive Officer of FCC Holdings, Education Training Corporation, Edutech Acquisition Corporation, High-Tech Institute Holdings, Inc., High-Tech Institute, Inc. and Florida Career College Inc.  In reviewing and signing the Schedules and Statements, Mr. Harding has necessarily relied upon the efforts, statements and representations of the accounting and non-accounting personnel located at the Debtors' offices who report to Mr. Harding, either directly or indirectly, and staff of IEC Corporation ("IEC"), who purchased certain assets of the Debtors and took control of the finance and accounting systems prior to the Petition Date.  Mr. Harding has not, and could not have, personally verified the accuracy of each such statement and representation, including statements and representations concerning amounts owed to creditors.

4.      **Date of Valuations**.  Except as otherwise noted in the Schedules and Statements, all liabilities are valued as of the Petition Date and all assets as of July 31, 2014.  The Schedules and

Statements reflect the Debtors' best effort to allocate the assets, liabilities, receipts and expenses to the appropriate Debtor entity "as of" such dates. All values are stated in United States currency. In some instances, the Debtors have used estimates or pro-rated amounts where actual data as of the aforementioned dates was not available. The Debtors have made a reasonable effort to allocate liabilities between the pre- and post-petition periods based on the information and research that was conducted in connection with the preparation of the Schedules and Statements. As additional information becomes available and further research is conducted, the Debtors may modify the allocation of liabilities between the pre- and post-petition periods and amend the Schedules and Statements accordingly.

5.      **Book Value.**  Except as otherwise noted, each asset and liability of each Debtor is shown on the basis of net book value of the asset or liability in accordance with such Debtor's accounting and/or tax books and records as of (i) July 31,2014 for asset values and (ii) the Petition Date for liability values. Therefore, unless otherwise noted, the Schedules are not based upon any estimate of the current market values of the Debtors' assets and liabilities, which may not correspond to book values. It would be cost prohibitive and unduly burdensome to obtain current market valuations of the Debtors' property interests.

6.      Except as otherwise noted, the Debtors' assets are presented, in detail, as they appear on the Debtors' accounting sub-ledgers. As such, the detail includes error corrections and value adjustments (shown as negative values or multiple line items for an individual asset ID). The Debtors believe that certain of their assets, including (i) intangibles and goodwill with indefinite life, which currently account for approximately $159 million of the aggregate value of the Debtors' assets and (ii) certain owned property may have been significantly impaired by, among other things, the events leading to, and the commencement of, the Debtors' chapter 11 cases. The Debtors have not yet formally evaluated the appropriateness of the carrying values ascribed to their assets prior to the Petition Date, but expect that they will need to re-evaluate such values during their chapter 11 cases and take appropriate impairment charges, in accordance with GAAP, to accurately reflect the carrying values.

7.    **Property and Equipment – Owned.**  Owned property and equipment are recorded at cost.  Depreciation and amortization are calculated based on common depreciation methods and depreciable periods ranging from 3 to 31.5 years.  Although accelerated depreciation methods may be used for tax reporting purposes, the Schedules and Statements reflect straight-line methods.

8.    **Causes of Action.**  The Debtors have made their best efforts to set forth known causes of action against third parties as assets in their Schedules and Statements.  The Debtors reserve all of their rights with respect to causes of action they may have, whether disclosed or not disclosed, and neither these Global Notes nor the Schedules and Statements shall be deemed a waiver of any such causes of action.

9.    **Litigation.**  Certain litigation actions (the "Litigation Actions") reflected as claims against a particular Debtor may relate to any of the other Debtors.  The Debtors have made reasonable efforts to accurately record the Litigation Actions in the Schedules and Statements of the Debtor that is the party to the Litigation Action.  The inclusion of any Litigation Action in these Schedules and Statements does not constitute an admission by the Debtors of liability, the validity of any Litigation Action or the amount of any potential claim that may result from any claims with respect to any Litigation Action and the amount and treatment of any potential claim resulting from any Litigation Action currently pending or that may arise in the future.

10.    **Application of Vendor Credits.**  In the ordinary course of their businesses, the Debtors apply credits against amounts otherwise due to vendors.  These credits arise because, among other matters, (i) materials ordered and paid for may not be delivered, (ii) materials delivered may be damaged or unusable and (iii) vendors provide volume rebates and cash discounts.  Certain of these credits are subject to change.  Vendor claims are listed at the amounts entered on the Debtors' books and records, which may or may not reflect credits or allowances due from such creditors to the Debtors.  The Debtors reserve all of their rights respecting such credits and allowances.

11.        **Claims.**  Certain of the Debtors' Schedules list creditors and set forth the Debtors' estimate of the claims of creditors as of the Petition Date.  The claim amounts reflected on the Schedules may include the Debtors' estimates for vendor charges not yet invoiced.  By estimating certain invoices, the Debtors are not representing that they have sought to identify and estimate all un-invoiced vendor charges.  To the extent that a claim of a particular vendor is an aggregate of multiple invoices, the Debtors have reflected the claim with a date of "various."

12.        The Debtors intentionally have not included "non-cash" accruals, *i.e.* accruals to recognize expense or liability over multiple periods where no specific obligation to perform is established, such as accruals to equalize lease payments, in the Schedules and Statements.

13.        The Bankruptcy Court has authorized the Debtors, among other matters, to (i) continue certain customer practices, (ii) pay prepetition wages, salaries, employee benefits and other related obligations, (iii) pay certain priority claims in the ordinary course of business, (iv) pay certain prepetition sales, use and other taxes, (v) make certain utility payments,  While the Debtors have made their best efforts to reflect the claims, by vendor, net of these various adjustments as well as "vendor credits" discussed above, the actual unpaid claims of creditors that may be allowed in these cases may differ from the amounts set forth in the Schedules and Statements.  Moreover, the Debtors have not attempted to reflect any alleged recoupments in the claims of utility companies or other parties holding prepetition deposits that may assert (or have asserted) a recoupment right.

14.        Any failure to designate a claim listed on a Debtor's Schedule as "disputed," "contingent," "or "unliquidated" does not constitute an admission by the Debtors that the claim is not "disputed," "contingent," or "unliquidated."  The Debtors reserve the right to (i) object to or otherwise dispute or assert setoff rights, cross-claims, counterclaims or defenses to, any claim reflected on the Schedules as to amount, liability or classification or (ii) otherwise to designate subsequently any claim as "disputed," "contingent" or "unliquidated."

15.      **Employee Claims.**  The Bankruptcy Court entered an order granting authority to, but not requiring, the Debtors to pay prepetition employee wages, salaries, benefits and other related obligations. The Debtors currently expect that most prepetition employee claims for wages, salaries, benefits and other related obligations either have been paid or will be paid in the ordinary course of business and therefore, the Schedules and Statements do not include such claims.

16.      **Intercompany Payables/Receivables.**  For purposes of these Schedules and Statements, the Debtors have reported intercompany payables and receivables on Schedules B-16 and F as a net balance payable or receivable between the various Debtors.

<u>**Schedules**</u>

**Schedule A – Real Property**:

17.      In the ordinary course of their businesses, the Debtors lease certain real property from third-party lessors.  The improvements to these real property leases are reflected in Schedule A due to the long-term, capitalized nature of the underlying leases.

**Schedule B – Personal Property**

18.      <u>Item 9 – Interests in Insurance Policies</u>.  The Company maintains certain life insurance policies whose cash surrender values support the estimated value of the Company's non- qualified deferred compensation plan.

19.      <u>Item 13 – Stock and Interests in Incorporated and Unincorporated Businesses</u>.  Each Debtor's Schedule B includes its ownership interests, if any, in subsidiaries and partnerships.  In general, the value of such stock is dependent upon the calculated value of the underlying subsidiaries' equity and profits and losses over time.  Since (i) investment in subsidiaries and intercompany balances are maintained on a subsidiary-by-subsidiary basis in FCC Holdings' general ledger and (ii) the Debtors did not undertake a historical analysis to assign values to the subsidiary stock, the value of the subsidiary stock is listed as the Company's last assigned amount on an unaudited basis.

7

20.        Item 16 – Accounts Receivable.  Because the Company's accounts receivable balances reflect confidential, student protected information, the accounts receivable balances are reported in the aggregate only. Further, the accounts receivable balances are reported at an aggregate basis on the Company's general ledger. Furthermore, certain accounts receivable balances reflect intercompany receivable amounts from other subsidiaries.

21.        The Company extends unsecured credit for tuition to a significant portion of its students. Historically, a substantial portion of credit extended to students has been repaid through the students' participation in various federally funded student financial aid programs under Title IV Programs. The Company generally completes and has received approval of the financial aid packet of each student who qualifies for financial aid prior to the student's beginning class in an effort to enhance the collectability of its unsecured credit. Transfers of funds from financial aid programs to the Company are made in accordance with DOE requirements. Receivables are recorded only to the extent that the related revenue has been earned.

22.        Notes receivable represent loans to students to assist in financing balances remaining after they have exhausted all Title IV Program funds and other alternative funding sources. The loans provide for monthly payments while a student is actively enrolled and generally mature either upon graduation or up to 84 months subsequent to a student's graduation date. Interest is generally charged at 13% or 18% from the initiation of the loan. Interest income is recognized on all outstanding notes receivable. Any cash collected is applied to interest first. If a student withdraws from the college and the loan becomes inactive, the Company no longer accrues interest income. For all notes receivable, net of allowances, the Company believes collectability is reasonably assured.

23.        .Item 23 – Licenses, Franchises, and Other Intangibles. The Debtors have made their best efforts to list all Licenses, Franchises, and Other Intangibles as reported on the general ledger.  However, as mentioned in the "Book Value" section above, these values may be overstated as a result of the events leading up to, the commencement of these chapter 11 cases.

24.        Item 28 – Office Equipment Furnishing and Supplies. The Company does not maintain Book Value on an intermittent basis. The Book Value is estimated based on the ending Book Value as of July 31, 2014 and an estimated depreciation amount for 24 days, up to the Petition Date.

25.        Item 29 – Machinery, Fixtures, Equipment, and Supplies Used in Business. The Debtors do not maintain an individual schedule for Machinery, Fixtures, Equipment, and Supplies Used in Business. These items are reflected in Item 28.

26.        Item 30 – Inventory.  Inventories are valued at book value.   Inventory balances were only available at the consolidated basis by location and do not reflect an audited cycle-count.

27.        Item 35 – Other Personal Property. The Debtors maintain Other Personal Property including prepaid expenses, prepaid insurance, prepaid rent, goodwill, and other items. These are reflected on an aggregate basis.

**Schedule D – Creditors Holding Secured Claims:**  .

28.        Except as otherwise ordered by the Bankruptcy Court, the Debtors reserve their rights to dispute or challenge the validity, perfection or immunity from avoidance of any lien purported to be granted or perfected in any specific asset for the benefit of a secured creditor listed on a Debtor's Schedule D.  Moreover, although the Debtors may have scheduled claims of various creditors as secured claims, the Debtors reserve all rights to dispute or challenge the secured nature of any such creditor's claim or the characterization of the structure of any such transaction or any document or instrument (including without limitation, any intercompany agreement) related to such creditor's claim.

29.        In certain instances, a Debtor may be a co-obligor, co-mortgagor or guarantor with respect to scheduled claims of other Debtors.  No claim set forth on the Schedule D of any Debtor is intended to acknowledge claims of creditors that are otherwise satisfied or discharged.

30.        The descriptions provided in Schedule D are intended only to be a summary.  Reference to the applicable loan agreements and related documents is necessary for a complete description of the

9

collateral and the nature, extent and priority of any liens.  Nothing in the Global Notes or the Schedules and Statements shall be deemed a modification or interpretation of the terms of such agreements.

## Schedule E – Creditors Holding Unsecured Priority Claims

31.     Certain of the claims of state and local taxing authorities set forth in Schedule E, which the Debtors have designated as contingent, disputed and unliquidated, ultimately may be deemed to be secured claims pursuant to state or local laws.

32.     Certain of the claims owing to various taxing authorities to which the Debtors may be liable may be subject to ongoing audits.  The Debtors reserve their right to dispute or challenge whether claims owing to various taxing authorities are entitled to priority, and the listing of any claim on Schedule E does not constitute an admission that such claim is entitled to priority treatment pursuant to section 507 of the Bankruptcy Code.

## Schedule F - Creditors Holding Unsecured Non-Priority Claims

33.     Schedule F does not include certain deferred charges, deferred liabilities or general reserves.  Such amounts are general estimates of liabilities and do not represent specific claims as of the Petition Date; however, they may be reflected on the Debtors' books and records as required in accordance with GAAP.

34.     The claims listed in Schedule F arose or were incurred on various dates.  In certain instances, the date on which a claim arose is an open issue of fact.  While reasonable efforts have been made to determine the date upon which each claim in Schedule F was incurred or arose, making all such determinations would be unduly burdensome and cost prohibitive and, therefore, the Debtors do not list a date for each claim listed on Schedule F.

35.     In addition, certain claims listed on Schedule F may be entitled to priority under 11 U.S.C. § 503(b)(9). The Debtors have made their best efforts to include all trade creditors on Schedule F;

however, the Debtors believe there are instances where vendors have yet to provide proper invoices for prepetition goods or services.

### Schedule G – Executory Contracts and Unexpired Leases

36.     The businesses of the Debtors are complex and, while every effort has been made to ensure the accuracy of Schedule G, inadvertent errors or omissions may have occurred.  The Debtors hereby reserve all of their rights to (i) dispute the validity, status or enforceability of any contracts, agreements or leases set forth in Schedule G and (ii) amend or supplement such Schedule as necessary. Furthermore, the Debtors reserve all of their rights, claims and causes of action with respect to the contracts and agreements listed on these Schedules, including the right to dispute or challenge the characterization or the structure of any transaction, document or instrument.  The presence of a contract or agreement on Schedule G does not constitute an admission that such contract or agreement is an executory contract or unexpired lease.

37.     The contracts, agreements and leases listed on Schedule G may have expired or may have been modified, amended or supplemented from time to time by various amendments, restatements, waivers, estoppel certificates, letter and other documents, instruments and agreements that may not be listed therein.

38.     Certain of the real property leases listed on Schedule G may contain renewal options, guarantees of payments, options to purchase, rights of first refusal, rights to lease additional space and other miscellaneous rights.  Such rights, powers, duties and obligations are not set forth on Schedule G.

39.     Certain of the executory agreements may not have been memorialized and could be subject to dispute.  Executory agreements that are oral in nature have been scheduled to the best of the Debtors' knowledge.  Because most of the Debtors' purchase orders are short term and have been or will soon be fully performed, Schedule G does not include purchase orders in existence as of the Petition Date.

40.     Additionally, the Debtors may be parties to various other agreements concerning real property, such as easements, rights of way, subordination, non-disturbance, supplemental agreements, amendments/letter agreements, title documents, consents, site plans, maps and other miscellaneous agreements.  Such agreements, if any, are not set forth in Schedule G.  Certain of the agreements listed on Schedule G may be in the nature of conditional sales agreements or secured financings.

41.     Listing a contract or agreement on this schedule does not constitute an admission that such contract or agreement is an executory contract or unexpired lease.  Any and all of the Debtors' rights, claims, and causes of action with respect to the contracts and agreements listed on this schedule are hereby reserved and preserved.  Similarly, the listing of a contract or lease on this schedule does not constitute admission that such document is not a secured financing.

### Notes to Statement of Financial Affairs

42.     **SOFA 1:** Income from Operations of Business. July 2014 through August 24, 2014 represents a preliminary estimate of income.

43.     **SOFA 3b:** Payments to Creditors.  As indicated above, the Debtors maintain day-to-day, stand-alone financial records for each legal entity except for certain tax return compliance issues.  However, the Debtors process all of their disbursements through a consolidated, centralized processing facility with all disbursements being made out only two entities, Education Training Corporation ("ETC") and EduTech Acquisition Corporation ("EDU").  Consequently, for purposes of these Schedules and Statements, the Debtors have attempted to allocate and assign the payments made to creditors in the 90 days preceding the Petition Date to the individual Debtor entities based on (i) the nature of the payment and (ii) the entity receiving the benefit of the payment.  The responses to this question 3b reflect the creditor's payment activity by payment date as opposed to cleared date and by vendor/creditor code as it appears in the Debtors' payment register.  As such, the information includes associated credit memo information.  It does not reflect any subsequent stop payment of void information.  Neither does it reflect any payroll/payroll tax related payments during the 90 days preceding the Petition Date.  The analysis of

the creditor payments related to the $6,225 threshold was completed based on the consolidated creditor information prior to allocating and assigning the payments to the individual Debtors.  Therefore, a response to question 3b may include creditors with aggregated payment amounts of less than $6,225.

44.        **SOFA 9:** Payments Related to Debt Counseling or Bankruptcy.  All payments relating to bankruptcy professionals have been made by ETC on behalf of all of the Debtors.

45.        **SOFA 19a:** Bookkeepers. The list of accounting staff includes former FCC personnel and personnel who were subsequently employed by IEC on August 22, 2014.  In addition, the Chief Financial Officer of IEC has been listed but 19a does not include the names of additional accounting staff of IEC that may be responsible for the books and records of FCC as those names are not readily available.

46.        **SOFA 19b:** Grant Thornton, LLP, since July 2012, has been, and continues to be, the Debtors' auditor and also provides income tax compliance and consulting work to the Debtors.

47.        **SOFA 19d:**  From time to time, the Debtors provided financial statements in the ordinary course of business to certain parties for business, statutory, credit, financing and other reasons. Recipients have included regulatory agencies, financial institutions, investment banks, customers, vendors, unions, debt holders and their legal and financial advisors.  Additionally, financial statements have been provided to other parties as requested.  Rather than provide an extensive list of financial statement recipients (a process that would prove onerous for the Debtors), the Debtors offer this Global Note.

48.        **SOFA 23:**  The Debtors have reflected payments and distributions to insiders on the Statement of each Debtor, as applicable.  The amounts presented on the Statements are reflective of the net payments received by each of the reported insiders.

***END OF GLOBAL NOTES***

**SCHEDULES AND STATEMENTS BEGIN ON THE FOLLOWING PAGE**

B 6 Summary (Official Form 6 - Summary) (12/13)

# UNITED STATES BANKRUPTCY COURT
### District of Delaware

In re:  FCC Holdings, Inc. _____  Case No.  14-11987 _____

 _____*Debtor*_____  Chapter 11

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A. Real Property | N | 1 | | | |
| B. Personal Property | Y | 6 | $203,351,716.41 | | |
| C. Property Claimed as Exempt | N/A | | | | |
| D. Creditors Holding Secured Claims | Y | 2 | | $47,630,117.66 | |
| E. Creditors Holding Unsecured Priority Claims | Y | 3 | | $0.00 | |
| F. Creditors Holding Unsecured Non-Priority Claims | N | 1 | | | |
| G. Executory Contracts and Unexpired Leases | N | 1 | | | |
| H. Co-Debtors | Y | 5 | | | |
| I. Current Income of Debtor | N/A | | | | |
| J. Current Expenditures of Debtor | N/A | | | | |
| **TOTAL** | | 19 | $203,351,716.41 | $47,630,117.66 | |

B6A (Official Form 6A) (12/07)

In re:  FCC Holdings, Inc.                                          Case No.      14-11987
　　　　　　　　　Debtor　　　　　　　　　　　　　　　　　　　　　　　　　　　　(If known)

# SCHEDULE A - REAL PROPERTY

　　　Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

　　　**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

　　　If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

　　　If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|
| NONE | | | |

Total _____

(Report also on Summary of Schedules.)

B6B (Official Form 6B) (12/07)

In re:  **FCC Holdings, Inc.**                  **Case No.**    14-11987
              **Debtor**                                         **(If known)**

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|
| 1. Cash on hand. | X | | |
| 2. Checking, savings or other financial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | X | | |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | X | | |
| 5. Books; pictures and other art objects; antiques; stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | |
| 6. Wearing apparel. | X | | |
| 7. Furs and jewelry. | X | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | |
| 10. Annuities. Itemize and name each issuer. | X | | |

In re:  FCC Holdings, Inc.                                              Schedule B - Personal Property

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | See Schedule B13 | $197,317,663.73 |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | |
| 16. Accounts receivable. | | See Schedule B16 | $4,157,692.00 |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A – Real Property. | X | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | |

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | |
| 26. Boats, motors, and accessories. | X | | |
| 27. Aircraft and accessories. | X | | |
| 28. Office equipment, furnishings, and supplies. | X | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | |
| 30. Inventory. | X | | |
| 31. Animals. | X | | |
| 32. Crops - growing or harvested. Give particulars. | X | | |
| 33. Farming equipment and implements. | X | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | |
| 35. Other personal property of any kind not already listed. Itemize. | | See Schedule B35 | $1,876,360.68 |
| | | Total | $203,351,716.41 |

(Include amounts from any continuation sheets attached. Report total also on Summary of Schedules.)

**In re:**   FCC Holdings, Inc.                                    **Case No.**   14-11987

                           *Debtor*                                                         *(If known)*

# SCHEDULE B13 - STOCK AND INTERESTS

| ENTITY | ADDRESS | PERCENT OF OWNERSHIP | AMOUNT |
|--------|---------|----------------------|--------|
| Education Training Corporation | 1000 Corporate Dr.<br>Suite 500<br>Fort Lauderdale, FL  33334 | 100% | $197,317,663.73 |

|  |  | Total | $197,317,663.73 |
|--|--|-------|-----------------|

**In re:**  FCC Holdings, Inc.          **Case No.**    14-11987

              *Debtor*                                                       *(If known)*

# SCHEDULE B16 - ACCOUNTS RECEIVABLE

| COMPANY | ADDRESS | TYPE OF RECEIVABLE | RECEIVABLE BALANCE |
|---------|---------|--------------------|--------------------|
| Education Training Corporation | 1000 Corporate Dr. Suite 500 Fort Lauderdale, FL  33334 | Intercompany Receivable from ETC | $4,157,692.00 |
| | | Total | $4,157,692.00 |

**In re:**  FCC Holdings, Inc.                                    **Case No.**  14-11987

*Debtor*                                                                              *(If known)*

# SCHEDULE B35 - OTHER PERSONAL PROPERTY

| DESCRIPTION | LOCATION | BOOK VALUE |
|---|---|---|
| Deferred Financing Cost | | $1,876,360.68 |
| | Total | $1,876,360.68 |

B6D (Official Form 6D) (12/07)

In re: **FCC Holdings, Inc.**                                    **Case No.**    14-11987
_____
_Debtor_                                                              _(If known)_

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is the creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H – Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above.) | CO-DEBTOR | DATE CLAIM WAS INCURRED, NATURE OF LIEN , AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | (C)ONTIN-GENT, (U)NLIQUI-DATED OR (D)ISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|
| Community & Southern Bank 3333 Riverwood Pkwy Ste 350 Atlanta, GA  30339 | X | Credit Agreement 11/02/2012; Amended 04/29/2014; Term B Loans | | $4,070,050.13 | Unknown |
| C1 Bank 100 5th Street South St. Petersburg, FL  33701 | X | Credit Agreement 11/02/2012; Amended 04/29/2014; Term B Loans | | $1,614,103.90 | Unknown |
| Congressional Bank 6701 Democracy Blvd, Suite 400 Bethesda, MD  20817 | X | Credit Agreement 11/02/2012; Amended 04/29/2014; Term B Loans | | $5,382,621.53 | Unknown |
| GCP Anthem, LLC 600 Lexington Ave. 31st Floor New York, NY  10022 | X | 04/29/2014; Term A Loans | | $390,369.19 | Unknown |
| Abrams Capital Partners I, LP 21st floor Boston, MA  02116 | X | 04/29/2014; Term A Loans | | $5,790,489.17 | Unknown |
| Abrams Capital Partners II, LP 21st floor Boston, MA  02116 | X | 04/29/2014; Term A Loans | | $3,228,846.15 | Unknown |
| Whitecrest Partners, LP 21st floor Boston, MA  02116 | X | 04/29/2014; Term A Loans | | $7,675,000.00 | Unknown |

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above.) | CO-DEBTOR | DATE CLAIM WAS INCURRED, NATURE OF LIEN , AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | (C)ONTIN-GENT, (U)NLIQUI-DATED OR (D)ISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|
| Great Hollow International, LP<br>21st floor<br>Boston, MA  02116 | X | 04/29/2014; Term A Loans | | $429,364.33 | Unknown |
| Riva Capital Partners, LP<br>21st floor<br>Boston, MA  02116 | X | 04/29/2014; Term A Loans | | $650,129.31 | Unknown |
| Education Lender, LLC<br>19 W. Elm Street<br>Greenwich, CT  06830 | X | 04/29/2014; Term A Loans | | $414,648.00 | Unknown |
| Bank of Montreal<br>115 South LaSalle Street<br>Chicago, IL  60603 | X | Credit Agreement 11/02/2012; Amended 04/29/2014; Term B Loans | | $8,566,835.01 | Unknown |
| Synovus Bank<br>12450 Roosevelt Blvd N<br>St Petersburg, FL  33716 | X | Credit Agreement 11/02/2012; Amended 04/29/2014; Term B Loans | | $5,382,621.53 | Unknown |
| BancAlliance Inc.<br>4445 Willard Avenue Suite 1100<br>Chevy Chase, MD  20815 | X | Credit Agreement 11/02/2012; Amended 04/29/2014; Term B Loans | | $4,035,039.41 | Unknown |
| | | | Total | $47,630,117.66 | |

B6E (Official Form 6E) (04/13)

**In re:**    FCC Holdings, Inc.                                              **Case No.**    14-11987
_____                _____
                        *Debtor*                                                        *(If known)*

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

    A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

    The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

    If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

    Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

    Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

    Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

TYPES OF PRIORITY CLAIMS (Check the appropriate box(es) below if claims in that category are listed on the attached sheets.)

☐  **Domestic Support Obligations**

    Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐  **Extensions of credit in an involuntary case**

    Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐  **Wages, salaries, and commissions**

    Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $12,475* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐  **Contributions to employee benefit plans**

    Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $6,150* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,775* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☑ **Taxes and Certain Other Debts Owed to Governmental Units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

<u>        1        </u>    continuation sheets attached

B6E (Official Form 6E) (04/13) - Cont.

In re:  **FCC Holdings, Inc.**                                    **Case No.**    14-11987
_____                     _____
                        *Debtor*                                                              *(If known)*

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Type of Priority Claims Listed on This Sheet**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CO-DEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | (C)ONTIN-GENT, (U)NLIQUI-DATED OR (D)ISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|
| COLORADO DEPT. OF REVENUE<br>1375 Sherman Street<br>Denver, CO 80261-0008<br>Colorado Dept. Of Revenue | | Various - Government Taxing Authorities | C, U, D | $0.00 | $0.00 | $0.00 |
| DELAWARE SECRETARY OF STATE<br>401 Federal St<br>Dover, DE 19901<br>Delaware Secretary Of State | | Various - Government Taxing Authorities | C, U, D | $0.00 | $0.00 | $0.00 |
| FLORIDA DEPARTMENT OF REVENUE<br>5050 W. Tennessee street<br>Tallahassee, FL 32399-0135<br>Florida Department Of Revenue | | Various - Government Taxing Authorities | C, U, D | $0.00 | $0.00 | $0.00 |
| TEXAS STATE COMPTROLLER<br>P.O. Box 149348<br>Austin, TX 78714<br>Texas State Comptroller | | Various - Government Taxing Authorities | C, U, D | $0.00 | $0.00 | $0.00 |
| INTERNAL REVENUE SERVICE<br>Ogden, UT 84201-0039<br>Internal Revenue Service | | Various - Government Taxing Authorities | C, U, D | $0.00 | $0.00 | $0.00 |
| California Franchise Tax Board<br>P.O. Box 942857<br>Sacramento, CA 94257<br>California Franchise Tax Board | | Various - Government Taxing Authorities | C, U, D | $0.00 | $0.00 | $0.00 |
| | | Total<br>(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) | | $0.00 | | |
| | | Total<br>(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | | | $0.00 | $0.00 |

B6F (Official Form 6F) (12/07)

**In re:**  FCC Holdings, Inc. _____     **Case No.**  14-11987 _____
                          *Debtor*                                                    *(If known)*

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

[X]  Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CO-DEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | (C)ONTIN-GENT, (U)NLIQUI-DATED OR (D)ISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|
| NONE | | | | |

Total |

B 6G (Official Form 6G) (12/07)

In re: __FCC Holdings, Inc._____     Case No.   __14-11987_____
               *Debtor*                                                                   *(If known)*

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

      Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

    ☒  Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT |
|---|---|

NONE

B 6H (Official Form 6H) (12/07)

In re:  **FCC Holdings, Inc.**                                    **Case No.**    14-11987
_____                              _____
              *Debtor*                                                    *(If known)*

# SCHEDULE H - CO-DEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐   Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Education Training Corporation<br>1000 Corporate Dr.<br>Suite 500<br>Fort Lauderdale, FL  33334 | C1 Bank<br>100 5th Street South<br>St. Petersburg, FL  33701 |
| EduTech Acquisition Corporation<br>16404 N. Black Canyon HWY<br>Phoenix, AZ  85053 | C1 Bank<br>100 5th Street South<br>St. Petersburg, FL  33701 |
| High-Tech Institute Holdings, Inc.<br>1000 Corporate Dr.<br>Suite 500<br>Fort Lauderdale, FL  33334 | C1 Bank<br>100 5th Street South<br>St. Petersburg, FL  33701 |
| High-Tech Institute, Inc.<br>16404 N. Black Canyon HWY<br>Phoenix, AZ  85053 | C1 Bank<br>100 5th Street South<br>St. Petersburg, FL  33701 |
| FCC Holdings, Inc<br>1000 Corporate Dr.<br>Suite 500<br>Fort Lauderdale, FL  33334 | C1 Bank<br>100 5th Street South<br>St. Petersburg, FL  33701 |
| Education Training Corporation<br>1000 Corporate Dr.<br>Suite 500<br>Fort Lauderdale, FL  33334 | Community & Southern Bank<br>3333 Riverwood Pkwy<br>Ste 350<br>Atlanta, GA  30339 |
| EduTech Acquisition Corporation<br>16404 N. Black Canyon HWY<br>Phoenix, AZ  85053 | Community & Southern Bank<br>3333 Riverwood Pkwy<br>Ste 350<br>Atlanta, GA  30339 |
| High-Tech Institute Holdings, Inc.<br>1000 Corporate Dr.<br>Suite 500<br>Fort Lauderdale, FL  33334 | Community & Southern Bank<br>3333 Riverwood Pkwy<br>Ste 350<br>Atlanta, GA  30339 |
| High-Tech Institute, Inc.<br>16404 N. Black Canyon HWY<br>Phoenix, AZ  85053 | Community & Southern Bank<br>3333 Riverwood Pkwy<br>Ste 350<br>Atlanta, GA  30339 |
| FCC Holdings, Inc<br>1000 Corporate Dr.<br>Suite 500<br>Fort Lauderdale, FL  33334 | Community & Southern Bank<br>3333 Riverwood Pkwy<br>Ste 350<br>Atlanta, GA  30339 |

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Education Training Corporation<br>1000 Corporate Dr.<br>Suite 500<br>Fort Lauderdale, FL  33334 | Congressional Bank<br>6701 Democracy Blvd, Suite 400<br>Bethesda, MD  20817 |
| EduTech Acquisition Corporation<br>16404 N. Black Canyon HWY<br>Phoenix, AZ  85053 | Congressional Bank<br>6701 Democracy Blvd, Suite 400<br>Bethesda, MD  20817 |
| High-Tech Institute Holdings, Inc.<br>1000 Corporate Dr.<br>Suite 500<br>Fort Lauderdale, FL  33334 | Congressional Bank<br>6701 Democracy Blvd, Suite 400<br>Bethesda, MD  20817 |
| High-Tech Institute, Inc.<br>16404 N. Black Canyon HWY<br>Phoenix, AZ  85053 | Congressional Bank<br>6701 Democracy Blvd, Suite 400<br>Bethesda, MD  20817 |
| FCC Holdings, Inc<br>1000 Corporate Dr.<br>Suite 500<br>Fort Lauderdale, FL  33334 | Congressional Bank<br>6701 Democracy Blvd, Suite 400<br>Bethesda, MD  20817 |
| Education Training Corporation<br>1000 Corporate Dr.<br>Suite 500<br>Fort Lauderdale, FL  33334 | Education Lender, LLC<br>19 W. Elm Street<br>Greenwich, CT  06830 |
| EduTech Acquisition Corporation<br>16404 N. Black Canyon HWY<br>Phoenix, AZ  85053 | Education Lender, LLC<br>19 W. Elm Street<br>Greenwich, CT  06830 |
| High-Tech Institute Holdings, Inc.<br>1000 Corporate Dr.<br>Suite 500<br>Fort Lauderdale, FL  33334 | Education Lender, LLC<br>19 W. Elm Street<br>Greenwich, CT  06830 |
| High-Tech Institute, Inc.<br>16404 N. Black Canyon HWY<br>Phoenix, AZ  85053 | Education Lender, LLC<br>19 W. Elm Street<br>Greenwich, CT  06830 |
| FCC Holdings, Inc<br>1000 Corporate Dr.<br>Suite 500<br>Fort Lauderdale, FL  33334 | Education Lender, LLC<br>19 W. Elm Street<br>Greenwich, CT  06830 |
| Education Training Corporation<br>1000 Corporate Dr.<br>Suite 500<br>Fort Lauderdale, FL  33334 | GCP Anthem, LLC<br>600 Lexington Ave.<br>31st Floor<br>New York, NY  10022 |
| EduTech Acquisition Corporation<br>16404 N. Black Canyon HWY<br>Phoenix, AZ  85053 | GCP Anthem, LLC<br>600 Lexington Ave.<br>31st Floor<br>New York, NY  10022 |
| High-Tech Institute Holdings, Inc.<br>1000 Corporate Dr.<br>Suite 500<br>Fort Lauderdale, FL  33334 | GCP Anthem, LLC<br>600 Lexington Ave.<br>31st Floor<br>New York, NY  10022 |
| High-Tech Institute, Inc.<br>16404 N. Black Canyon HWY<br>Phoenix, AZ  85053 | GCP Anthem, LLC<br>600 Lexington Ave.<br>31st Floor<br>New York, NY  10022 |
| FCC Holdings, Inc<br>1000 Corporate Dr.<br>Suite 500<br>Fort Lauderdale, FL  33334 | GCP Anthem, LLC<br>600 Lexington Ave.<br>31st Floor<br>New York, NY  10022 |

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
| --- | --- |
| Education Training Corporation<br>1000 Corporate Dr.<br>Suite 500<br>Fort Lauderdale, FL  33334 | Great Hollow International, LP<br>21st floor<br>Boston, MA  02116 |
| EduTech Acquisition Corporation<br>16404 N. Black Canyon HWY<br>Phoenix, AZ  85053 | Great Hollow International, LP<br>21st floor<br>Boston, MA  02116 |
| High-Tech Institute Holdings, Inc.<br>1000 Corporate Dr.<br>Suite 500<br>Fort Lauderdale, FL  33334 | Great Hollow International, LP<br>21st floor<br>Boston, MA  02116 |
| High-Tech Institute, Inc.<br>16404 N. Black Canyon HWY<br>Phoenix, AZ  85053 | Great Hollow International, LP<br>21st floor<br>Boston, MA  02116 |
| FCC Holdings, Inc<br>1000 Corporate Dr.<br>Suite 500<br>Fort Lauderdale, FL  33334 | Great Hollow International, LP<br>21st floor<br>Boston, MA  02116 |
| Education Training Corporation<br>1000 Corporate Dr.<br>Suite 500<br>Fort Lauderdale, FL  33334 | Riva Capital Partners, LP<br>21st floor<br>Boston, MA  02116 |
| EduTech Acquisition Corporation<br>16404 N. Black Canyon HWY<br>Phoenix, AZ  85053 | Riva Capital Partners, LP<br>21st floor<br>Boston, MA  02116 |
| High-Tech Institute Holdings, Inc.<br>1000 Corporate Dr.<br>Suite 500<br>Fort Lauderdale, FL  33334 | Riva Capital Partners, LP<br>21st floor<br>Boston, MA  02116 |
| High-Tech Institute, Inc.<br>16404 N. Black Canyon HWY<br>Phoenix, AZ  85053 | Riva Capital Partners, LP<br>21st floor<br>Boston, MA  02116 |
| FCC Holdings, Inc<br>1000 Corporate Dr.<br>Suite 500<br>Fort Lauderdale, FL  33334 | Riva Capital Partners, LP<br>21st floor<br>Boston, MA  02116 |
| Education Training Corporation<br>1000 Corporate Dr.<br>Suite 500<br>Fort Lauderdale, FL  33334 | Synovus Bank<br>12450 Roosevelt Blvd N<br>St Petersburg, FL  33716 |
| EduTech Acquisition Corporation<br>16404 N. Black Canyon HWY<br>Phoenix, AZ  85053 | Synovus Bank<br>12453 Roosevelt Blvd N<br>St Petersburg, FL  33719 |
| High-Tech Institute Holdings, Inc.<br>1000 Corporate Dr.<br>Suite 500<br>Fort Lauderdale, FL  33334 | Synovus Bank<br>12451 Roosevelt Blvd N<br>St Petersburg, FL  33717 |
| High-Tech Institute, Inc.<br>16404 N. Black Canyon HWY<br>Phoenix, AZ  85053 | Synovus Bank<br>12452 Roosevelt Blvd N<br>St Petersburg, FL  33718 |
| FCC Holdings, Inc<br>1000 Corporate Dr.<br>Suite 500<br>Fort Lauderdale, FL  33334 | Synovus Bank<br>12450 Roosevelt Blvd N<br>St Petersburg, FL  33716 |
| Education Training Corporation<br>1000 Corporate Dr.<br>Suite 500<br>Fort Lauderdale, FL  33334 | Whitecrest Partners, LP<br>21st floor<br>Boston, MA  02116 |

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| EduTech Acquisition Corporation<br>16404 N. Black Canyon HWY<br>Phoenix, AZ  85053 | Whitecrest Partners, LP<br>21st floor<br>Boston, MA  02116 |
| High-Tech Institute Holdings, Inc.<br>1000 Corporate Dr.<br>Suite 500<br>Fort Lauderdale, FL  33334 | Whitecrest Partners, LP<br>21st floor<br>Boston, MA  02116 |
| High-Tech Institute, Inc.<br>16404 N. Black Canyon HWY<br>Phoenix, AZ  85053 | Whitecrest Partners, LP<br>21st floor<br>Boston, MA  02116 |
| FCC Holdings, Inc<br>1000 Corporate Dr.<br>Suite 500<br>Fort Lauderdale, FL  33334 | Whitecrest Partners, LP<br>21st floor<br>Boston, MA  02116 |
| Education Training Corporation<br>1000 Corporate Dr.<br>Suite 500<br>Fort Lauderdale, FL  33334 | Abrams Capital Partners I, LP<br>21st floor<br>Boston, MA  02116 |
| EduTech Acquisition Corporation<br>16404 N. Black Canyon HWY<br>Phoenix, AZ  85053 | Abrams Capital Partners I, LP<br>21st floor<br>Boston, MA  02116 |
| High-Tech Institute Holdings, Inc.<br>1000 Corporate Dr.<br>Suite 500<br>Fort Lauderdale, FL  33334 | Abrams Capital Partners I, LP<br>21st floor<br>Boston, MA  02116 |
| High-Tech Institute, Inc.<br>16404 N. Black Canyon HWY<br>Phoenix, AZ  85053 | Abrams Capital Partners I, LP<br>21st floor<br>Boston, MA  02116 |
| FCC Holdings, Inc<br>1000 Corporate Dr.<br>Suite 500<br>Fort Lauderdale, FL  33334 | Abrams Capital Partners I, LP<br>21st floor<br>Boston, MA  02116 |
| Education Training Corporation<br>1000 Corporate Dr.<br>Suite 500<br>Fort Lauderdale, FL  33334 | Abrams Capital Partners II, LP<br>21st floor<br>Boston, MA  02116 |
| EduTech Acquisition Corporation<br>16404 N. Black Canyon HWY<br>Phoenix, AZ  85053 | Abrams Capital Partners II, LP<br>21st floor<br>Boston, MA  02116 |
| High-Tech Institute Holdings, Inc.<br>1000 Corporate Dr.<br>Suite 500<br>Fort Lauderdale, FL  33334 | Abrams Capital Partners II, LP<br>21st floor<br>Boston, MA  02116 |
| High-Tech Institute, Inc.<br>16404 N. Black Canyon HWY<br>Phoenix, AZ  85053 | Abrams Capital Partners II, LP<br>21st floor<br>Boston, MA  02116 |
| FCC Holdings, Inc<br>1000 Corporate Dr.<br>Suite 500<br>Fort Lauderdale, FL  33334 | Abrams Capital Partners II, LP<br>21st floor<br>Boston, MA  02116 |
| Education Training Corporation<br>1000 Corporate Dr.<br>Suite 500<br>Fort Lauderdale, FL  33334 | BancAlliance Inc.<br>4445 Willard Avenue Suite 1100<br>Chevy Chase, MD  20815 |
| EduTech Acquisition Corporation<br>16404 N. Black Canyon HWY<br>Phoenix, AZ  85053 | BancAlliance Inc.<br>4448 Willard Avenue Suite 1100<br>Chevy Chase, MD  20818 |

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| High-Tech Institute Holdings, Inc.<br>1000 Corporate Dr.<br>Suite 500<br>Fort Lauderdale, FL  33334 | BancAlliance Inc.<br>4446 Willard Avenue Suite 1100<br>Chevy Chase, MD  20816 |
| High-Tech Institute, Inc.<br>16404 N. Black Canyon HWY<br>Phoenix, AZ  85053 | BancAlliance Inc.<br>4447 Willard Avenue Suite 1100<br>Chevy Chase, MD  20817 |
| FCC Holdings, Inc<br>1000 Corporate Dr.<br>Suite 500<br>Fort Lauderdale, FL  33334 | BancAlliance Inc.<br>4445 Willard Avenue Suite 1100<br>Chevy Chase, MD  20815 |
| Education Training Corporation<br>1000 Corporate Dr.<br>Suite 500<br>Fort Lauderdale, FL  33334 | Bank of Montreal<br>115 South LaSalle Street<br>Chicago, IL  60603 |
| EduTech Acquisition Corporation<br>16404 N. Black Canyon HWY<br>Phoenix, AZ  85053 | Bank of Montreal<br>115 South LaSalle Street<br>Chicago, IL  60603 |
| High-Tech Institute Holdings, Inc.<br>1000 Corporate Dr.<br>Suite 500<br>Fort Lauderdale, FL  33334 | Bank of Montreal<br>115 South LaSalle Street<br>Chicago, IL  60603 |
| High-Tech Institute, Inc.<br>16404 N. Black Canyon HWY<br>Phoenix, AZ  85053 | Bank of Montreal<br>115 South LaSalle Street<br>Chicago, IL  60603 |
| FCC Holdings, Inc<br>1000 Corporate Dr.<br>Suite 500<br>Fort Lauderdale, FL  33334 | Bank of Montreal<br>115 South LaSalle Street<br>Chicago, IL  60603 |

B7 (Official Form 7) (04/13)

In re: FCC Holdings, Inc. _____        Case No. _14-11987_____
                        *Debtor*                                    *(If known)*

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the _CRO_____ [the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership] of the _FCC HOLDINGS, INC._ [corporation or partnership] named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of 20 sheets (Total shown on summary page plus 1), and that they are true and correct to the best of my knowledge, information, and belief.

Date _9/24/14_____        Signature _____

_SEAN HARDING_
[Print or type name of individual signing on behalf of debtor.]

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

*Penalty for making a false statement or concealing property: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.*

### DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h) and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

_____        _____
Printed or Typed Name and Title, if any, of Bankruptcy Petition Preparer        Social-Security No. (Required by 11 U.S.C. § 110.)

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social-security number of the officer, principal, responsible person, or partner who signs this document.*

_____
Address

_____        _____
Signature of Bankruptcy Petition Preparer        Date

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

*If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.*

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 18 U.S.C. § 156.*