IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| FCC HOLDINGS, INC., *et al.*,[1] | Case No. 14-11987 (CSS) |
| Debtors. | (Jointly Administered) |
| | Hearing Date: December 19, 2014 at 10:00 a.m.<br>Ref. Docket Nos. 14, 46, 164, 252, 275 |

**NOTICE OF FILING OF PROPOSED FINAL ORDER PURSUANT TO
11 U.S.C §§ 361, 362, 363 AND 507 (I) AUTHORIZING THE USE OF CASH
COLLATERAL, AND (II) GRANTING ADEQUATE PROTECTION**

**PLEASE TAKE NOTICE** that on August 26, 2014, the above-captioned debtors and debtors-in-possession (collectively, the "**Debtors**") filed the *Motion for Entry of Interim and Final Orders Pursuant to 11 U.S.C §§ 361, 362, 363 and 507 (I) Authorizing the Use of Cash Collateral, (II) Granting Adequate Protection and (III) Scheduling a Final Hearing Pursuant to Bankruptcy Rule 4001(B) and Local Rule 4001-2* [Docket No. 14] (the "**Cash Collateral Motion**") with the U.S. Bankruptcy Court for the District of Delaware (the "**Court**").

**PLEASE TAKE FURTHER NOTICE** that on November 14, 2014, the Court entered the *Agreed Fourth Interim Order Pursuant to 11 U.S.C. §§ 361, 362, 363 and 507 (I) Authorizing the Use of Cash Collateral, (II) Granting Adequate Protection and (III) Scheduling a Final Hearing* (the "**Fourth Interim Order**") [Docket No. 275]. Pursuant to the Fourth Interim Order, December 19, 2014 was established as the final hearing date for approval of cash collateral.

**PLEASE TAKE FURTHER NOTICE** that attached hereto as **Exhibit A** is a proposed form of final order approving the Cash Collateral Motion (the "**Final Order**"), which has been agreed to by the Agent, the Committee and the Debtors. A blackline comparing the Fourth Interim Order against the proposed Final Order is attached hereto as **Exhibit B**.

---

[1] The Debtors in these chapter 11 cases, along with the last four (4) digits of each Debtor's federal tax identification number, are: FCC Holdings, Inc. (2598); Education Training Corporation (1478); High-Tech Institute Holdings, Inc. (4629); EduTech Acquisition Corporation (8490); and High-Tech Institute, Inc. (3099). The Debtors' business address is 1000 Corporate Drive, Suite 500, Fort Lauderdale, FL 33334.

**PLEASE TAKE FURTHER NOTICE** that the Debtors intend to present a form of order substantially in the form of the attached Final Order at the scheduled December 19, 2014 hearing.

Dated: December 10, 2014

GREENBERG TRAURIG, LLP

*/s/ Dennis A. Meloro*
Dennis A. Meloro (DE Bar No. 4435)
The Nemours Building
1007 North Orange Street, Suite 1200
Wilmington, Delaware 19801
Telephone: (302) 661-7000
Facsimile: (302) 661-7360
Email: melorod@gtlaw.com

-and-

Nancy A. Mitchell
Maria J. DiConza
200 Park Avenue
New York, New York 10166
Telephone: (212) 801-9200
Facsimile: (212) 801-6400
Email: mitchelln@gtlaw.com
diconzam@gtlaw.com

*Counsel for the Debtors and Debtors-in-Possession*