**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| FCC HOLDINGS, INC., *et al.*,[1] | Case No. 14-11987 (CSS) |
| Debtors. | (Jointly Administered) |

**<u>AMENDED</u> NOTICE OF AGENDA OF MATTERS SCHEDULED FOR
<u>HEARING ON JANUARY 29, 2015 AT 11:00 A.M.</u>[2]
Location: Before the Honorable Christopher S. Sontchi, 5th Floor, Courtroom No. 6**

<u>**ADJOURNED/RESOLVED MATTERS:**</u>

1. Motion for (I) Relief from the Automatic Stay Pursuant to 11 U.S.C. Section 362(d) and (II) Approval of Setoff under 11 U.S.C. Section 553 Filed by Tuition Options, LLC [Docket No. 69, Filed September 3, 2014]

    Response Deadline: September 15, 2014 at 4:00 p.m. Extended to November 11, 2014 for the Debtors

    Response(s) Received: Informal comments from the Debtors and Bank of Montreal.

    Related Documents:

    A. Order Granting Motion for an Order Authorizing Tuition Options LLC to File Under Seal Exhibits "A" and "B" to the Motion for (I) Relief From the Automatic Stay and (II) Approval of Setoff and Unredacted Version of Such Motion [Docket No. 149, Filed September 18, 2014]

    B. Order Granting In Part Motion of Tuition Options LLC For (I) Relief From Automatic Stay And (II) Approval of Setoff [Docket No. 168, Filed September 22, 2014]

    <u>Status</u>: This matter is being adjourned to the next omnibus hearing.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: FCC Holdings, Inc. (6928); Education Training Corporation (1478); High-Tech Institute Holdings, Inc. (4628); EduTech Acquisition Corporation (8490); High-Tech Institute, Inc. (3099); and Florida Career College, Inc. The Debtors' business address is 1000 Corporate Drive, Suite 500, Fort Lauderdale, FL 33334.

[2] Parties who are unable to attend the hearing in person may request telephonic participation in accordance with the Instructions for Telephonic Appearances (see www.deb.uscourts.gov) by contacting CourtCall at 1-866-582-6878 and providing written notice to Debtors' counsel.

2. Motion for Reconsideration of Order Fixing Cure Costs at Zero or, Alternatively Setting Aside that Portion of the Order for Improper Service and Granting Related Relief Filed by TCPC Associates, LLC [Docket No. 211, Filed October 3, 2014]

   Response Deadline: October 17, 2014 at 4:00 p.m.

   Response(s) Received:

   A. Objection to Motion of TCPC Associates LLC for Reconsideration of Order Fixing Cure Costs at Zero or, Alternatively Setting Aside that Portion of the Order for Improper Service and Granting Related Relief Filed by IEC Corporation [Docket No. 255, Filed October 24, 2014]

   B. Joinder to Objection of IEC Corporation to Motion of TCPC Associates LLC for Reconsideration of Order Fixing Cure Costs at Zero or, Alternatively Setting Aside that Portion of the Order for Improper Service and Granting Related Relief Filed by FCC Holdings, Inc. [Docket No. 256, Filed October 25, 2014]

   Related Documents: None.

   Status: This matter is being adjourned to the next omnibus hearing.

3. Motion for Allowance of Administrative Expense Claim Filed by United HealthCare Services, Inc. [Docket No. 253, Filed October 24, 2014]

   Response Deadline: November 7, 2014 at 4:00 p.m.

   Response(s) Received: None at this time.

   Related Documents: None.

   Status: This matter is being adjourned to the next omnibus hearing.

4. Motion for Payment of Administrative Expenses/Claims Filed by Arizona Public Service Co. [Docket No. 273, Filed November 14, 2014]

   Response Deadline: December 10, 2014 at 4:00 p.m.

   Response(s) Received:

   Related Documents: None.

   Status: The claim of Arizona Public Service Co. has been paid. This matter has been resolved.

**UNCONTESTED MATTER UNDER CNO:**

5. Motion of the Debtors for Entry of an Order Pursuant to 11 U.S.C. § 1121(D)(1) Extending the Exclusive Periods During Which the Debtors May File a Chapter 11 Plan and Solicit Acceptances Thereof [Docket No. 320, Filed December 23, 2014]

    Response Deadline: January 22, 2015 at 4:00 p.m.

    Response(s) Received: None.

    Related Documents:

    A.  Certificate of No Objection to Motion [Docket No. 364, Filed January 26, 2015]

    B.  **Order Granting Motion of the Debtors for Entry of an Order Extending the Exclusive Periods During Which the Debtors May File a Chapter 11 Plan and Solicit Acceptances Thereof [Docket No. 367, Filed January 28, 2015]**

    Status: **The Court has entered the order on this Motion. No hearing is necessary on this matter.**

**DISCLOSURE STATEMENT APPROVAL:**

6. Motion, Pursuant to Sections 1125, 1126, 1128 and 1129 of the Bankruptcy Code, Bankruptcy Rules 2002, 3003, 3016, 3017, 3018 and 3020 and Local Rules 3017-1 and 9006-1, for Entry of an Order (I) Approving the Disclosure Statement, (II) Establishing Procedures for the Solicitation and Tabulation of Votes to Accept or Reject the Plan, (III) Approving Forms of Notices and Ballots, (IV) Establishing Notice and Objection Procedures in Respect Thereof, (V) Setting Confirmation Hearing and Related Deadlines, and (VI) Granting Related Relief [Docket No. 337, Filed January 8, 2015]

    Response Deadline: January 22, 2015 at 4:00 p.m.

    Response(s) Received:

    A.  Objection to Adequacy of Disclosure Statement and Motion to Approve Solicitation Procedures Filed by Former Employees of Education Training Corporation [Docket No. 354, Filed January 22, 2015]

    B.  Joinder of the WARN Act Class Employees to the Objection of Former Employees to Adequacy of Disclosure Statement and Motion to Approve Solicitation Procedures [Docket No. 355, Filed January 22, 2015]

    C. Informal Response of U.S. Trustee

Related Documents:

    A. Disclosure Statement for Debtors' Joint Plan of Orderly Liquidation of FCC Holdings, Inc. and Its Affiliated Debtors under Chapter 11 of the Bankruptcy Code [Docket No. 316, Filed December 23, 2014]

    B. **First Amended Disclosure Statement for Debtors' First Amended Joint Plan of Orderly Liquidation of FCC Holdings, Inc. and Its Affiliated Debtors under Chapter 11 of the Bankruptcy Code [Docket No. 375, Filed January 28, 2015]**

    C. **Blackline of First Amended Disclosure Statement for Debtors' First Amended Joint Plan of Orderly Liquidation of FCC Holdings, Inc. and Its Affiliated Debtors under Chapter 11 of the Bankruptcy Code [Docket No. 376, Filed January 28, 2015]**

    D. **Notice of Filing of Revised Proposed Order Granting Motion, Pursuant to Sections 1125, 1126, 1128 and 1129 of the Bankruptcy Code, Bankruptcy Rules 2002, 3003, 3016, 3017, 3018 and 3020 and Local Rules 3017-1 and 9006-1, for Entry of an Order (I) Approving the Disclosure Statement, (II) Establishing Procedures for the Solicitation and Tabulation of Votes to Accept or Reject the Plan, (III) Approving Forms of Notices and Ballots, (IV) Establishing Notice and Objection Procedures in Respect Thereof, (V) Setting Confirmation Hearing and Related Deadlines, and (VI) Granting Related Relief [Docket No. 377, Filed January 28, 2015]**

<u>Status</u>: This matter will be going forward.

Dated: January 29, 2015    GREENBERG TRAURIG, LLP

            <u>*/s/ Dennis A. Meloro*</u>
            Dennis A. Meloro (DE Bar No. 4435)
            1007 North Orange Street, Suite 1200
            Wilmington, Delaware 19801
            Telephone: (302) 661-7000
            Facsimile (302) 661-7360
            Email: melorod@gtlaw.com

-and-

Nancy A. Mitchell
Maria J. DiConza
200 Park Avenue
New York, New York 10166
Telephone:   (212) 801-9200
Facsimile:   (212) 801-6400
Email:   mitchelln@gtlaw.com
            diconzam@gtlaw.com

*Counsel for the Debtors and
Debtors-in-Possession*

cc: via Facsimile or Overnight Mail:
Benjamin Hackman, Esq. (Office of the U.S. Trustee)
Ellen Slights, Esq. (Atty General's Office)
IRS
SEC
Counsel to Official Committee of Unsecured Creditors
2002/Interested Parties
Counsel to Tuition Options, LLC
Counsel to TCPC Associates, LLC
Counsel to United HealthCare Services, Inc.
Counsel to Arizona Public Service Co.