## **EXHIBIT A**



# IRON MOUNTAIN®
The Leader in Records & Information Management

## BANKRUPTCY CLAIM SUBMISSION FORM

| Lead Case: | | FCC HOLDINGS, INC. | | | | | |
|---|---|---|---|---|---|---|---|
| DATE: | | June 2, 2015 | | | | | |
| PRE-PETITION CLAIM | | | | | CHAPTER | 11 | |
| REJECTION DAMAGE CLAIM | | | | | CASE NUMBER | 14-11987 (CSS) | |
| ADMINISTRATIVE EXPENSE CLAIM | | X | | | COURT | Delaware | |
| UNITED STATES | | X | | | FILING DATE | 8/25/2014 | |
| CANADA | | | | | | | |
| CUSTOMER NAME | | TCI EDUCATION,INC/HIGH TECH INSTIT | FLORIDA CAREER COLLEGE | ANTHEM INSTITUTE | HIGH TECH INSTITUTE | HIGH TECH INSTITUTE | |
| CUSTOMER NUMBER(S) | | 07213.0J5759 | 04426.0F3678 | 02211.0PA761 | 04322.0D9473 | 44134.136392 | |
| DISTRICT (S) | | Central New Jersey | South Florida | Philadelphia | Dallas, Texas | Phoenix, AZ | |
| | | | | | | | TOTALS |
| BOXES IN STORAGE | | 6,345 | 1,417 | 388 | 132 | N/A | 8282 |
| CUBIC FEET | | 8,453.10 | 1,698.20 | 475.20 | 158.40 | N/A | 10784.9 |
| BUSINESS UNIT | | | | | | | |
| HARDCOPY | | X | X | X | X | | |
| TAPE | | | | | | | |
| SHREDDING | | | | | | | |
| DIGITAL | | | | | | X | |
| OUTSTANDING INVOICE TOTAL TO DATE | | | | | | | |
| PRE-PETITION TOTAL | | | | | | | |
| POST-PETITION TOTAL | $ | 32,389.53 | $ 9,323.17 | $ 1,548.17 | $ 1,546.60 | $ 1,096.27 | $ 45,903.74 |
| REJECTION DAMAGE TOTAL | | | | | | | |
| ADMINISTRATIVE EXPENSE TOTAL | $ | 32,389.53 | $ 9,323.17 | $ 1,548.17 | $ 1,546.60 | $ 1,096.27 | $ 45,903.74 |
| CLAIM TOTAL | $ | 32,389.53 | $ 9,323.17 | $ 1,548.17 | $ 1,546.60 | $ 1,096.27 | $ 45,903.74 |

SEE ATTACHED SPREADSHEET FOR MONTHLY ACCRUAL(S)

SUBMITTED BY:    CAROL ALTHOUSE

SIGNATURE: