**<u>EXHIBIT B</u>**

*A4845   J5759*
*09473   PA761*
Acct. No. *F3678   PE893*

Admin. notation made by *JM* on *6/11/13*

# ▲ IRON MOUNTAIN®

## CUSTOMER AGREEMENT

### IRON MOUNTAIN INFORMATION MANAGEMENT, LLC

| Address of Iron Mountain Branch/District Office: | | FOR IRON MOUNTAIN PURPOSES ONLY | |
|---|---|---|---|
| Iron Mountain Inc. | | Account Number: Multi | NAICS Code: |
| 4449 South 36th Street | | Branch/District Cost Ctr. No.: | |
| Phoenix, AX 85040 | | | |
| Contract Effective Date: ___06/01/2013___ | | | |

| CUSTOMER: ECUCATION TRAINING CORPORATION | | BILLING ADDRESS (If Different): 3383 N STATE ROAD 7 | |
|---|---|---|---|
| Street Address: 1000 Corporate Drive, Suite 500 | | Street or Box No.: | |
| City: Fort Lauderdale | State: FL   Zip + 4: 33334 | City: LAUDERDALE LAKES | State: FL   Zip + 4: 33319-5617 |
| Primary Contact and Title: Joseph Sous, VP, Procurement & Development | | Billing Contact: Accounts Payable | |
| Telephone: 954-400-2111   Fax: 954-400-2146 | | Telephone:   E-mail: | Fax: |
| E-mail: jsous@anthem.edu | | | |

Iron Mountain Information Management, LLC ("Iron Mountain" or "IM") will perform the services described on schedules annexed to this Agreement, either physically or by reference (each a "Schedule"), and Customer will pay IM for such services according to the rates and provisions in the Schedules. All services will be provided subject to this Agreement, which consists of this page, the Basic Terms and Conditions, the Schedules and the Glossary of terms that can be found at http://eic.ironmountain.com.

VALUE OF DEPOSITS. Customer declares, for the purposes of this Agreement, that (a) with respect to hard-copy (paper) records, microfilm and microfiche stored pursuant to this Agreement, the value of such stored items is $1.00 per carton, linear foot of open-shelf files, container or other storage unit, and (b) with respect to round reel tape, audio tape, video tape, film, data tape, cartridges or cassettes or other non-paper media stored pursuant to this Agreement, the value of such stored items is equal to the cost of replacing the physical media. Customer acknowledges that it has declined to declare an excess valuation, for which an excess valuation fee would have been charged.

LIMITATION OF LIABILITY. Iron Mountain's liability, if any, for loss or destruction of, or damage to, materials stored with Iron Mountain ("Deposits" or "Items") is limited to the value of each Deposit as described above, or as otherwise set forth herein. Iron Mountain's maximum liability with respect to services not related to storage is the amount paid by Customer for a discrete project or, if the loss is related to service of an ongoing and continuing nature, six months of fees paid by Customer for such service. Other limitations on Iron Mountain's and/or Customer's liability are set forth on the following pages.

| CUSTOMER: | IRON MOUNTAIN |
|---|---|
| Individual Signing: [print name] | Individual Signing: [print name] *Mick Fennell* |
| Signature: | Signature: |
| Title: *VP Procurement & Development* | Title: *Manager* |
| Signing Date: | Signing Date: *5/16/13* |

*In order to keep Customer apprised of Iron Mountain's service offerings, new regulations that may be of interest to customers and similar information, Iron Mountain will add Customer's representative to its informational mailing list. If an email address is provided above, to receive newsletters and communications through email or postal delivery. Customer may elect to unsubscribe any time after receiving the first newsletter or communication*

## BASIC TERMS AND CONDITIONS

(Based on terms and conditions promulgated by Professional Records & Information Services Management)

The following terms and conditions shall apply to this Agreement.

1.  **Term.** The term of this Agreement shall commence on the date of Customer's signature or, if later, the Effective Date set forth on the first page of this Agreement. The initial term of this Agreement shall continue for three (3) years after commencement. Upon expiration of the initial term, the term will continue with automatic renewals for additional one (1) year terms, unless written notice of non-renewal is delivered by either party to the other no less than thirty (30) days prior to the expiration date. In the event that IM continues to hold Deposits after the expiration or termination of this Agreement, the terms of this Agreement shall continue to apply until all Deposits have been removed from IM's facility, except that IM may adjust rates upon thirty (30) days' written notice.

2.  **Charges.** Rates and charges shall be as specified in the Pricing Schedule (Schedule A) and/or other Schedules. Rates and charges for storage and services shall remain fixed for the first 3 years of this Agreement, and may thereafter be changed at any time upon thirty (30) days' written notice, in an amount not to exceed the below percentages, rounded up to the nearest whole cent:

    Year 2: 0 %            ~~Year 4: 0 %~~

    Year 3: 0 %            ~~Year 5: 0 %~~

    Transportation surcharges apply and change monthly without notice in accordance with IM's fuel surcharge policy, which may be found at http://cic.ironmountain.com/fuelsurcharge/.

3.  **Storage Volume.** Customer acknowledges that the rates and charges on Schedule A have been offered by IM on the basis of Customer's agreement to maintain its storage levels with IM at no less than eighty percent (80%) of the storage levels maintained by Customer during the immediately preceding three (3) month period, excluding any Deposits destroyed by IM at Customer's request.

4.  **Customer Instructions.** Customer warrants that it is the owner or legal custodian of the Deposits and has full authority to store the Deposits and direct their disposition in accordance with this Agreement. IM will perform services pursuant to the direction of Customer's agent(s) identified pursuant to IM's standards. Authority granted to any persons on standard authorization forms shall constitute Customer's representation that the identified persons have full authority to order any service, including disposal or removal of Deposits. Such orders may be given in person, by telephone or in writing (fax, email or hard-copy). Customer releases IM from all liability by reason of the destruction of materials pursuant to Customer's authorization.

5.  **Operational Procedures.** Customer shall comply with IM's reasonable operational requirements, as modified from time to time, regarding cartons, carton integrity, delivery/pickup/account closing volumes, preparation for pickup, security, secure shredding protocols, access and similar matters. Extraordinary volume requests (defined as 125% of the average volume over the immediately preceding three month period) may involve additional costs, such as overtime, which Customer will pay at IM's overtime rates, provided Customer consents to such costs in advance.

6.  **Force Majeure.** Neither party shall be liable for delay or inability to perform caused by acts of God, governmental actions, labor unrest, acts of terrorism, riots, unusual traffic delays or other causes beyond its reasonable control.

7.  **Governmental Orders.** IM is authorized to comply with any subpoena or similar order related to the Deposits, at Customer's expense, provided that IM notifies Customer promptly upon receipt thereof, unless such notice is prohibited by law. IM will cooperate with Customer's efforts to quash or limit any subpoena, at Customer's expense.

8.  **Confidentiality.** "Confidential Information" means any information (i) contained in the Deposits, (ii) concerning or relating to the property, business and affairs of the party disclosing such information that is furnished to the receiving party, and (iii) regarding this Agreement, its Schedules and IM's processes and procedures; except for information that was previously known to the receiving party free of any obligation to keep it confidential, is subsequently made public by the disclosing party or is disclosed by a third party having a legal right to make such disclosure. Confidential Information shall be used only in the manner contemplated by this Agreement and shall not be intentionally disclosed to third parties without the disclosing party's written consent. IM shall not obtain any rights of any sort in or to the Confidential Information of Customer contained in Deposits. IM shall implement and maintain reasonable safeguards designed to protect Customer's Confidential Information.

9.  **Limitation of Liability.**

    a.  Liability for Loss or Damage to Deposits. IM shall not be liable for any loss or destruction of, or damage to, Deposits, including costs resulting from a loss of a Deposit constituting a breach of data security or confidentiality, unless such loss or damage resulted from IM's negligence. If liable, the amount of IM's liability is limited as provided on the first page hereof. Deposits are not insured by IM against loss or damage, however caused. Customer may insure Deposits through third-party insurers for any amount. Customer shall cause its insurers of Deposits to waive any right of subrogation against IM. If Deposits are placed in the custody of a third-

party carrier for transportation, the carrier shall be solely responsible for any loss or destruction of, or damage to, such Deposits while in the custody of the carrier.

  b. **Liability for Non-Storage Services.** With respect to services not related to the storage of Deposits, IM shall not be liable for any loss or default unless such loss or default is due to the negligence of IM. If liable, the amount of IM's liability is limited as provided on the first page hereof. IM shall not be liable for the loss of contents of shredding bins unless and until the contents are in the custody and control of IM.

  c. **No Consequential Damages.** In no event shall either party be liable for any consequential, incidental, special or punitive damages, or for loss of profits or loss of data, regardless of whether an action is brought in tort, contract or under any other theory.

10. **ITAR/EAR Compliance.** Customer represents that none of the Deposits stored by Iron Mountain pursuant to this Agreement require protection from access by foreign persons because they contain technical information regarding defense articles or defense services within the meaning of the International Traffic in Arms Regulations (22 CFR 120) or technical data within the meaning of the Export Administration Regulations (15 CFR 730-774). If any of Customer's Deposits do contain any such information, Customer shall notify Iron Mountain of the specific Deposits that contain such information and acknowledges that special storage and service rates shall apply thereto.

11. **Non-Custodial Status.** Unless Iron Mountain shall have explicitly agreed in writing, Iron Mountain's performance of services shall not cause Iron Mountain to be deemed a "custodian" of the records or "designee" of Customer under state or federal law with respect to such records.

12. **Notice of Claims.** Claims by Customer must be presented in writing within a reasonable time, in no event longer than ninety (90) days after delivery or return of the Deposits to Customer, or ninety (90) days after Customer is notified of loss, damage or destruction to part or all of the Deposits.

13. **Notice of Loss.** When Deposits have been lost, damaged or destroyed, Iron Mountain shall, upon confirmation of the event, report the matter in writing to Customer.

14. **Payment Terms.** Payment terms are net, thirty (30) days. Customer shall be liable for late charges totaling one percent (1%) per month of the outstanding balance. Prior to delivery of Deposits upon expiration, termination, or substantial withdrawal, IM may require payment by certified check.

15. **Customer Default.** If Customer fails to pay IM's charges (other than disputed charges) within sixty (60) days after the date of an invoice, IM may suspend service. If Customer fails to pay IM's charges (other than disputed charges) for six (6) months or longer, IM may securely destroy Deposits, provided IM shall have provided ninety (90) days' written notice to Customer; Customer shall pay IM's standard price for such secure destruction. A final notice will be sent to Customer ten (10) days prior to secure destruction of the Deposits. IM shall have other rights and remedies as may be provided by law. In the event IM takes any actions pursuant to this Section, it shall have no liability to Customer or anyone claiming by or through Customer.

16. **Termination.** Either party may terminate this Agreement upon written notice to the other party in the event that the other party shall have breached any of its material obligations hereunder and shall not have cured such default within forty-five (45) days after written notice of such default, subject to the fees set forth in the applicable Schedule(s).

17. **Safe Materials and Premises.** Customer shall not store with IM or place in shredding bins any material that is highly flammable, may attract vermin or insects, or is otherwise dangerous or unsafe to store or handle, or any material that is regulated by federal or state law or regulation relating to the environment or hazardous materials. Customer shall not store negotiable instruments, jewelry, check stock or other items that have intrinsic value. Customer warrants that it shall only place paper-based materials in the shredding bins. Customer shall reimburse IM for damage to equipment or injury to personnel resulting from Customer's breach of this warranty.

18. **Purchase Orders.** In the event that Customer issues a purchase order to IM covering the services provided under this Agreement, any terms and conditions set forth in the purchase order which are in addition to or establish conflicting terms and conditions to those set forth in this Agreement are expressly rejected by IM.

19. **Miscellaneous.** IM may subcontract its obligations under this Agreement, in whole or in part, to an affiliate. Neither party may assign this Agreement in whole or in part, except to an affiliate, without the prior written consent of the other party. An affiliate means any entity controlling, controlled by, under common control with, or having a common parent with IM or Customer. Any notice made pursuant to this Agreement may be given in writing at the addresses set out on the first page hereof until written notice of a change of address has been received. Notices to IM shall be sent to the attention of its General Manager. IM may exercise all rights granted to warehousemen by the Uniform Commercial Code as adopted in the state where the Deposits are stored. In the event of inconsistency between these Basic Terms and Conditions and a Schedule, the Basic Terms and Conditions shall prevail as to the services covered thereby. This Agreement shall be governed by the laws of the state in which Customer's office identified in this Agreement is located except for conflicts of laws principles.



February 28, 2013


Richard Johnson
TCI EDUCATION,INC/HIGH TECH INSTIT
2250 West Peoria Ave.
Suite A200
Mesa, AZ 85212-5156




Dear Iron Mountain Customer,

Thank you for continuing to trust Iron Mountain with your information management needs.
Enclosed please find your new Iron Mountain Pricing Schedule (Schedule A), for Records
Management storage and services, effective April 1, 2013.

Based on the business you have entrusted with us, you have earned a discount of 8% off of the
list prices for Standard Storage and Services, as further described in the enclosed Schedule A.
However, in recognition of our existing relationship we are applying a larger total discount of
20%. Please note that this discount does not apply to Premium or Custom Storage and
Services. Enclosed you will find a price list for commonly used storage and services.

Another useful source of information is our Customer Information Center website at
http://cic.ironmountain.com/. This site is designed to provide clarity around our services and
the billing practices associated with those services. It contains storage and service
descriptions, a glossary of terms, and billing protocols such as how we determine billable cubic
footage of non-standard cartons, which may be greater than physical carton size. This site is
frequently updated with additional information of interest to our customers, so please bookmark
it for easy reference.

We thank you for the business you entrust with us and we look forward to working with you over
the next year to ensure this high level of savings. If you have any questions or require
additional information, please contact us at 1-800-934-3453.

Sincerely,

Kevin Dice
New York Metro Territory, Vice President

Enclosures



# Iron Mountain Overview

Iron Mountain Incorporated (NYSE: IRM) provides information management services that help organizations lower the costs, risks and inefficiencies of managing their physical and digital data. The company's solutions enable customers to protect and better use their information — regardless of its format, location or lifecycle stage — so they can optimize their business and ensure proper recovery, compliance and discovery. Founded in 1951, Iron Mountain manages billions of information assets, including business records, electronic files, medical data, emails and more for organizations around the world. Visit www.ironmountain.com or follow the company on Twitter at www.twitter.com/IronMountain for more information.

## Solution Categories

Iron Mountain offers a comprehensive array of information management solutions that help companies reduce costs, risks and inefficiencies associated with managing their paper and digital data.

**INFORMATION GOVERNANCE AND DISCOVERY**



**DATA BACKUP AND RECOVERY**



**Information Governance and Discovery**
- Records Management
- Secure Shredding
- Federal Records Storage
- Compliant Records Management
- Compliant Information Destruction
- Health Information Services
- Medical Image Archiving
- Film and Sound Archives
- Fulfillment Services
- Energy Data Services

**Data Backup and Recovery**
- Offsite Tape Vaulting Services
- Online Vaulting Services, including:
  - Server Backup powered by Autonomy LiveVault
  - PC Backup powered by Autonomy Connected
- Data Restoration Services
- Consulting Services
- Value Added Services, including:
  - Disaster Recovery Testing
  - Library Moves
  - Media Destruction

**Document Process Efficiencies**
- Document Management Solutions
- Business Process Management

© 2012 Iron Mountain Incorporated. All Rights Reserved    EPW-11-3.9    (800) 899-IRON    |    www.ironmountain.com
J5759-9226



# Renewal Schedule A:
## PROGRAM PRICING SCHEDULE
### Records Management

This Records Management Pricing Schedule is incorporated into and made part of the Customer Agreement ("Agreement") between Iron Mountain Information Management, LLC., (the "Company" or "Iron Mountain") and TCI EDUCATION,INC/HIGH TECH INSTIT, (the "Customer").

The Customer will be eligible for a Discount Rate of 20%. List Price is the standard Iron Mountain price for a given service and the Discount Rate is your percentage off of List Price.

The Discount Rate applies to Standard Storage and Services only and does not apply to Premium Storage and Services, Custom Storage and Services, Other Program Fees, or other fees not explicitly identified within this document.

Please see our Customer Information Center at cic.ironmountain.com for a Glossary with definitions of the terms used in this Pricing Schedule and more detail regarding our services, standard processes, and billing practices. In addition, restrictions apply to volume and/or stated timeframes for some service transaction types and these may be found in the Glossary under each service type.

This Records Management Pricing Schedule supersedes and terminates any prior Records Management Pricing Schedule and/or Schedule A existing between Iron Mountain and the Customer for the accounts noted below. All other Records Management services not specifically listed on this Schedule A will be charged at Iron Mountain's then current rates.

### TCI EDUCATION,INC/HIGH TECH INSTIT
District Name/Number:  J / 07213  |  J5759
Effective Date:  April 1, 2013
Discount Rate: 20%



# List Prices (as of April 1, 2013)

**STANDARD STORAGE AND SERVICES** (see http://cic.ironmountain.com/records/glossary for service definitions)

| DESCRIPTION | CURRENT LIST PRICE | DISCOUNT % | EFFECTIVE PRICE | PER |
|---|---|---|---|---|
| Carton Storage | $0.508 | 20% | $ 0.406 | Cubic Foot |
| Receiving and Entry - Carton | $3.21 | 20% | $ 2.568 | Cubic Foot |
| Regular Retrieval - Carton | $4.15 | 20% | $ 3.320 | Cubic Foot |
| Regular Retrieval - File from Carton | $5.57 | 20% | $ 4.456 | File |
| Regular Refile - Carton | $4.15 | 20% | $ 3.320 | Cubic Foot |
| Regular Refile - File to Carton | $5.57 | 20% | $ 4.456 | File |
| Archival Destruction - Carton | $5.02 | 20% | $ 4.016 | CF plus Regular Retrieval Charge |
| Permanent Withdrawal - Carton | $6.27 | 20% | $ 5.016 | CF plus Regular Retrieval Charge |
| Permanent Withdrawal - File from Carton | $3.02 | 20% | $ 2.416 | File plus Regular Retrieval Charge |
| Open Shelf Storage | $0.998 | 20% | $ 0.798 | Linear Foot |
| Open Shelf Storage - X-Ray | $1.487 | 20% | $ 1.190 | Linear Foot |
| Receiving and Entry - Open Shelf File | $6.15 | 20% | $ 4.920 | Linear Foot |
| Regular Retrieval - File from Open Shelf | $3.26 | 20% | $ 2.608 | File |
| Regular Refile - File to Open Shelf | $3.26 | 20% | $ 2.608 | File |
| Archival Destruction - Open Shelf | $3.02 | 20% | $ 2.416 | File plus Regular Retrieval Charge |
| Permanent Withdrawal - Open Shelf | $3.02 | 20% | $ 2.416 | File plus Regular Retrieval Charge |
| Next Day Delivery | $39.47 | 20% | $ 31.576 | Visit plus Handling Charge |
| Regular Pickup | $39.47 | 20% | $ 31.576 | Visit plus Handling Charge |
| Handling Charge | $3.64 | 20% | $ 2.912 | Cubic Foot |

**PREMIUM STORAGE & SERVICES** (see http://cic.ironmountain.com/records/glossary for service definitions)

| DESCRIPTION | EFFECTIVE PRICE | PER |
|---|---|---|
| Rush Retrieval - Carton | $6.21 | Cubic Foot |
| Rush Retrieval - File from Carton | $8.28 | File |
| Regular Interfile - Carton | $7.56 | Each |
| Half Day Delivery | $54.52 | Visit plus Handling Charge |
| Rush Delivery - Business Day | $109.02 | Visit plus Handling Charge |
| Rush Delivery - Weekends/Holidays/After Hours | $218.05 | Visit plus Handling Charge |
| Archival Destruction - File from Open Shelf | $4.73 | File plus Regular Retrieval Charge |
| Rush Retrieval - File from Open Shelf | $6.50 | File |
| Regular Interfile - Open Shelf | $5.02 | Each |
| Miscellaneous Services - Labor | $56.21 | Hour |
| Re-Boxing Charge | $5.68 | Labor plus New Carton Cost |

**OTHER PROGRAM FEES** (see http://cic.ironmountain.com/records/glossary for service definitions)

| DESCRIPTION | EFFECTIVE PRICE | PER |
|---|---|---|
| Administrative Fee (Summary Billing) | $25.12 | Account ID per Month |
| Administrative Fee (Detailed Billing) | $62.80 | Account ID per Month |
| Fuel Surcharge | * | Transportation Visit |

*A Fuel Surcharge is applied monthly based upon changes in the price of diesel fuel as published by the US Department of Energy. This charge is calculated monthly and included as a percentage of transportation related service charges. The current monthly Fuel Surcharge information can be found at http://cic.ironmountain.com/FuelSurcharge.



| CUSTOM STORAGE & SERVICES (see http://cic.ironmountain.com/records/glossary for service definitions) | | |
| --- | --- | --- |
| DESCRIPTION | EFFECTIVE PRICE | PER |
| ■  Individual Listing | $ 0.62 | File |
| ■  Storage Minimum | $ 148.00 | Month |
| ■  Minimum Service Order Charge | $ 14.20 | Order |

Additional Services beyond those listed in this Pricing Schedule are available. For service descriptions, please go to Additional Services at cic.ironmountain.com/additionalservices.

SEPARATOR   PAGE

Acct. No. _F3678_

# IRON MOUNTAIN®

Admin. notation made by _SC_ on _5/20/10_

## CUSTOMER AGREEMENT

### IRON MOUNTAIN INFORMATION MANAGEMENT, INC.

Address of Iron Mountain Branch/District Office:

_13700 NW 2nd Street_
_Sunrise, Fl 33325_

| IRON MOUNTAIN PREMISES | |
|---|---|
| Account Number: | NAICS Code: |
| Branch/District Cost Ctr. No.: _0446_ | |

Contract Effective Date: _May 5, 2010_

| CUSTOMER: FLORIDA CAREER COLLEGE | | | BILLING ADDRESS (If Different): | | |
|---|---|---|---|---|---|
| Street Address: 3383 NORTH STATE RD 7 | | | Street or Box No.: SAME AS CUSTOMER INFO. | | |
| City: LAUDERDALE LAKES | State: FL | Zip + 4: 33319 | City: | State: | Zip + 4: |
| Primary Contact and Title: JOSEPH SOUS, VP PROCUREMENT & DEVELPMNT. | | | Billing Contact: KAREEN HUTCHINSON | | |
| Telephone: 954-535-8675 | Fax: 954-733-8768 | | Telephone: 954-535-8667 | | Fax: 954-733-8220 |
| E-mail: JSOUS@CAREERCOLLEGE.EDU | | | E-mail: KHUTCHINSON@CAREERCOLLEGE .EDU | | |

Iron Mountain Information Management, Inc. ("Iron Mountain") will perform the services described on schedules annexed to this Agreement, either physically or by reference (each a "Schedule"), and Customer will pay Iron Mountain for such services according to the rates and provisions in the Schedules. All services will be provided subject to this Agreement, which consists of this page, the Basic Terms and Conditions, the Schedules and the Glossary of terms that can be found at http://cis.ironmountain.com.

VALUE OF DEPOSITS. Customer declares, for the purposes of this Agreement, that (a) with respect to hard-copy (paper) records, microfilm and microfiche stored pursuant to this Agreement, the value of such stored items is $1.00 per carton, linear foot of open-shelf files, container or other storage unit, and (b) with respect to round reel tape, audio tape, video tape, film, data tape, cartridges or cassettes or other non-paper media stored pursuant to this Agreement, the value of such stored items is equal to the cost of replacing the physical media. Customer acknowledges that it has declined to declare an excess valuation, for which an excess valuation fee would have been charged.

LIMITATION OF LIABILITY. Iron Mountain's liability, if any, for loss or destruction of, or damage to, materials stored with Iron Mountain ("Deposits" or "Items") is limited to the value of each Deposit as described above, or as otherwise set forth herein. Iron Mountain reserves the right to replace media for which liability is so limited rather than pay the replacement cost. Iron Mountain's maximum liability with respect to services not related to storage is the amount paid by Customer for a discrete project or, if the loss is related to service of an ongoing and continuing nature, six months of fees paid by Customer for such service. Other limitations on Iron Mountain's and/or Customer's liability are set forth on the following pages.

| CUSTOMER: FLORIDA CAREER COLLEGE | IRON MOUNTAIN |
|---|---|
| Individual Signing: PEDRO DeGUZMAN [print name] | Individual Signing: _Hector Gualda_ [print name] |
| Signature: _[signature]_ | Signature: _[signature]_ |
| Title: PRESIDENT | Title: _GM_ |
| Signing Date: MAY 5, 2010 | Signing Date: _5/5/10_ |

In order to keep Customer apprised of Iron Mountain's service offerings, new regulations that may be of interest to customers and similar information, Iron Mountain will add Customer's representative to its informational mailing list, if an email address is provided above, to receive newsletters and communications through email or postal delivery. Customer may elect to unsubscribe any time after receiving the first newsletter or communication.

## BASIC TERMS AND CONDITIONS
(Based on terms and conditions promulgated by Professional Records & Information Services Management)

The following terms and conditions shall apply to this Agreement.

1. **Term.** The term of this Agreement shall commence on the date of Customer's signature or, if later, the Effective Date set forth on the first page of this Agreement. The initial term of this Agreement shall continue for one (1) year after commencement, unless otherwise set forth in a Schedule. Unless otherwise provided in a Schedule, upon expiration of the initial term, the term will continue with automatic renewals for additional one (1) year terms, unless written notice of non-renewal is delivered by either party to the other not less than thirty (30) days prior to the expiration date. In the event that Iron Mountain continues to hold Deposits after the expiration or termination of this Agreement, the terms of this Agreement shall continue to apply until all Deposits have been removed from Iron Mountain's facility, except that Iron Mountain may adjust rates upon thirty (30) days' written notice. Notwithstanding any of the foregoing, Customer shall have the right to terminate this Agreement at any time after the initial term, provided that Customer provides to Iron Mountain at least thirty (30) days prior written notice.

2. **Charges.** Rates and charges shall be as specified in the Pricing Schedule (Schedule A) and/or other Schedules. Unless otherwise provided in a Schedule, rates for storage and services shall remain fixed for the first year of this Agreement, and may thereafter be changed at any time upon sixty (60) days' written notice, provided, however, that such rate changes shall not exceed three percent (3%) per year. Transportation surcharges apply and change monthly without notice in accordance with the fuel surcharge policy, which is based on the national price of diesel fuel and may be found at http://cic.ironmountain.com/fuelsurcharge/.

3. **Principal Provider.** The charges for the services set forth in the Schedules are predicated upon the expectation that Customer will utilize Iron Mountain as its primary third-party provider of such services. In the event that Customer does not so utilize Iron Mountain's services, Iron Mountain reserves the right to adjust rates and charges to standard list rates and charges.

4. **Authorization; Customer Instructions.** Iron Mountain will perform services pursuant to direction of Customer's agent(s) identified pursuant to Iron Mountain's standards. Authority granted to any persons on standard authorization forms shall constitute Customer's representation that the identified persons have full authority to order any service for, or disposal or removal of, Customer's Deposits. Such orders may be given in person, by telephone or in writing (fax, electronically or hard-copy).

5. **Operational Procedures.** Customer shall comply with Iron Mountain's reasonable operational requirements, as modified from time to time, regarding containers, container integrity, delivery/pickup volumes, preparation for pickup, security, access and similar matters. Customer acknowledges that volume requests that exceed one hundred twenty-five percent (125%) of normal volume (defined as Customer's average transaction volume over the immediately preceding three month period) may require Iron Mountain to incur additional costs, which Customer will pay at Iron Mountain's overtime rates, provided that Iron Mountain shall have advised Customer thereof in advance.

6. **Force Majeure.** In no event shall either party be liable for delay or inability to perform caused by acts of God, governmental actions, labor unrest, acts of terrorism, riots, unusual traffic delays or other causes beyond its reasonable control.

7. **Governmental Orders.** Iron Mountain shall immediately notify Customer of any subpoena or similar order related to the Deposits, unless such notice is prohibited by law, and, unless required by law, shall not comply with such subpoena or similar order unless and until Customer advises Iron Mountain in writing that Customer has met its applicable legal and regulatory requirements, if any, with respect to such, including taking all actions required by the Family Educational Rights and Privacy Act. Customer shall pay Iron Mountain's applicable charges set forth in a Schedule(s) for such compliance. Iron Mountain will cooperate with Customer's efforts to quash or limit any subpoena, at Customer's expense. Customer acknowledges that its shipments may be subject to inspection while in transit by federal, state or local government entities ("Government Inspectors"), and Customer authorizes Iron Mountain to fully cooperate with such inspections. Iron Mountain shall bear no responsibility for loss or damage to Deposits, or containers housing Deposits, caused by Government Inspectors.

8. **Confidentiality.** "Confidential Information" means any information (i) contained in the Deposits, (ii) concerning or relating to the property, business and affairs of the party disclosing such information that is furnished to the receiving party, and (iii) regarding this Agreement and its Schedules and Iron Mountain's processes and procedures; except for information that was previously known to the receiving party free of any obligation to keep it confidential, is subsequently made public by the disclosing party or is disclosed by a third party having a legal right to make such disclosure. Confidential Information shall be used only in the manner contemplated by this Agreement and shall not

be disclosed to third parties without the disclosing party's written consent. Iron Mountain shall not obtain any rights of any sort in or to the Confidential Information of Customer contained in Deposits. Iron Mountain shall implement and maintain reasonable safeguards designed to protect Customer's Confidential Information. Furthermore, Iron Mountain shall not access the contents of any of Customer's boxes or records stored with or by Iron Mountain, except as directed by Customer in writing in advance.

9. **Liability in Event of Loss of Deposits.** Iron Mountain shall not be liable for any loss or destruction of, or damage to, Deposits, including costs resulting from a loss of a Deposit constituting a breach of data security or confidentiality, however caused, unless such loss or damage resulted from the failure by Iron Mountain to exercise such care as a reasonably careful person would exercise under like circumstances; Iron Mountain is not liable for loss or damage which could not have been avoided by the exercise of such care. If liable, the amount of Iron Mountain's liability is limited as provided on the first page hereof. Deposits are not insured by Iron Mountain against loss or damage, however caused. Customer may insure Deposits through third-party insurers for any amount, including amounts in excess of the agreed value set forth above. Customer shall cause its insurers of Deposits to waive any right of subrogation against Iron Mountain. If Deposits are placed in the custody of a third-party carrier for transportation, the carrier shall be solely responsible for any loss or destruction of, or damage to, such Deposits while in the custody of the carrier.

10. **Liability for Non-Storage Services.** With respect to services not related to the storage of Deposits, Iron Mountain shall not be liable for any loss or default unless such loss or default is due to the negligence of Iron Mountain. If liable, the amount of Iron Mountain's liability is limited as provided on the first page hereof. Iron Mountain shall not be liable for the loss of contents of shredding bins unless and until the bins are in the custody and control of Iron Mountain.

11. **No Consequential Damages, etc.** In no event shall either party be liable for any consequential, incidental, special or punitive damages, or for loss of profits or loss of data, regardless of whether an action is brought in tort, contract or under any other theory.

12. **Destruction of Deposits.** Customer releases Iron Mountain from all liability by reason of the destruction of Deposits pursuant to Customer's written authorization. Deposits will be destroyed by shredding (except that media may be destroyed by pulverization or incineration). Services will be performed at the rates set forth in a Schedule.

13. **No Product Warranty.** IRON MOUNTAIN MAKES NO WARRANTIES, EXPRESS OR IMPLIED, WITH RESPECT TO PRODUCTS PROVIDED TO OR SOLD TO CUSTOMER, INCLUDING, BUT NOT LIMITED TO, IMPLIED WARRANTIES OF MERCHANTABILITY AND FITNESS FOR A PARTICULAR PURPOSE.

14. **Notice of Claims; Filing of Actions.** Claims by Customer must be presented in writing within a reasonable time, and in no event longer than ninety (90) days after delivery or return of the Deposits to Customer or ninety (90) days after Customer is notified of loss, damage or destruction to part or all of the Deposits. No action may be maintained against Iron Mountain for loss, damage or destruction of Deposits, unless timely written notice has been given as provided herein, and unless such action is commenced within the earlier of one (1) year after (i) the date of delivery or return of the Deposits, or (ii) the date Customer is notified of the loss, damage or destruction.

15. **Notice of Loss.** When Deposits have been lost, damaged or destroyed, notice thereof may be given by mailing a letter via U.S. mail to Customer, and the time limitation for presentation of a claim and commencement of action or suit begins on the date of Customer's receipt of such notice.

16. **Payment; Late Fees, etc.** Payment terms are net thirty (30) days. Customer shall be liable for late charges at the rate equal to the lesser of one percent (1%) per month or the highest rate legally permitted in the state where Customer is located, calculated from the date payment was due until the date payment is made together with all expenses incurred in collection, including reasonable attorneys' fees and expenses. Prior to delivery of Deposits upon the expiration or termination of this Agreement, Iron Mountain may require payment by certified check.

17. **Customer Default.** If Customer fails to pay Iron Mountain's charges (other than disputed charges) within forty-five (45) days after the date of an invoice, Iron Mountain may, at its option: (a) suspend service, or (b) terminate this Agreement. If Customer fails to pay Iron Mountain's charges (other than disputed charges) for six (6) months or longer, Iron Mountain may securely transport the Deposits to Customer's corporate office, provided Iron Mountain shall have provided ninety (90) days' written notice to Customer via certified mail, return receipt requested; Customer shall pay Iron Mountain's standard price for such secure transport. A final notice will be sent via certified mail, return receipt requested, to Customer thirty (30) days prior to such secure transport of the Deposits. Iron Mountain shall have other rights and remedies as may be provided by law. In the event Iron Mountain takes any actions pursuant to this Section, it shall have no liability to Customer or anyone claiming by or through Customer with regard to such secure transport.

18. **Ownership Warranty.** Customer warrants that it is the owner or legal custodian of the Deposits and has full authority to store the Deposits and direct their disposition in accordance with this Agreement. Customer shall reimburse Iron Mountain for any expenses reasonably incurred by Iron Mountain (including reasonable legal fees) by reason of (i) Iron Mountain's compliance with the instructions of Customer in the event of a dispute concerning the ownership, custody or disposition of Deposits, or (ii) any representation by Customer in this Agreement being untrue or incorrect.

19. **Restrictions on Material; Customer Premises.** Customer shall not store with Iron Mountain nor deliver for shredding any material that is highly flammable, explosive, hazardous, toxic, radioactive, medical waste, organic material that may emit vapors or odors, or otherwise dangerous or unsafe to store or handle, or any material that is regulated under any federal or state law or regulation relating to the environment or hazardous materials. Customer shall not store negotiable instruments, jewelry, check stock or other items that have intrinsic value. Customer's premises where Iron Mountain employees perform services or make deliveries hereunder shall be free of hazardous substances and hazardous or dangerous conditions. Customer warrants that it shall only place paper-based materials in the shredding bins. Customer shall reimburse Iron Mountain for damage to equipment or injury to personnel resulting from Customer's breach of this warranty.

20. **Software.** Customer acknowledges that all software and the inventory management system comprised of the software belong to Iron Mountain. During the term of this Agreement, Iron Mountain shall have the exclusive right to use Deposit inventory information (including metadata) to provide records management services to Customer; upon [...] of this Paper [...] Iron Mountain shall have the right to use such inventory information for administrative purposes. Iron Mountain's obligation to protect the confidentiality of such information shall survive the termination or expiration of this Agreement.

21. **Purchase Orders.** In the event that Customer issues a purchase order to Iron Mountain covering the services provided under this Agreement, any terms and conditions set forth in the purchase order which are in addition to or establish conflicting terms and conditions to those set forth in this Agreement are expressly rejected by Iron Mountain.

22. **Custodial Status.** Unless Iron Mountain shall have explicitly agreed in writing, Iron Mountain's performance of services shall not cause Iron Mountain to be deemed a "custodian" of the records or "designee" of Customer with respect to any records, or to any other liability under state or federal law with respect to such records.

23. **ITAR/EAR Compliance.** Customer represents that none of the Deposits stored by Iron Mountain pursuant to this Agreement require protection from access by foreign persons because they contain technical information regarding defense articles or defense services set in the meaning of the International Traffic in Arms Regulations (22 CFR 120) or technical data within the meaning of the Export Administration Regulations (15 CFR 730-774). If any of Customer's Deposits do contain any such information, Customer shall notify Iron Mountain of the specific Deposits that contain such information and acknowledges the that special storage and service rates shall apply thereto.

24. **Miscellaneous.** This Agreement binds the successors and assigns of the respective parties and cannot be changed orally. This Agreement may [...] by either party (other than to an affiliate which shall assume the obligations of the assignor by written instrument) without the written consent of the other party, which shall not be [...] withheld or delayed. Any notice made pursuant to this Agreement may be given in writing at the [...] address set out on the first page [...] or until written notice of a change of address has been received. Notices to Iron Mountain shall [...] to the attention of its General Manager at such address. Iron Mountain shall have, and may exercise all rights granted to warehousemen by the Uniform Commercial Code as adopted in the state where the Deposits are stored. In the event of inconsistency between these printed Basic Terms and Conditions and the terms of a Schedule, the Schedule shall prevail as to the services covered thereby.

Approved as to Form and Legal Content
Iron Mountain Legal Department

J. Dorsey Stone, Corporate Counsel
Date: March 23, 2010
Customer: Florida Career College

DocuSign Envelope ID: 0F57EEA1-80CC-4BBC-B588-2F80C475A04E

# ⛰ IRON MOUNTAIN®

This Secure Shredding Services Agreement ("Agreement") between Iron Mountain Information Management, Inc. ("IM") and **FLORIDA CAREER COLLEGE** ("Customer") is effective as of  November 14, 2012

| Customer: | Address | 1000 Corporate Drive, Floor 5 & 6 | | | |
|---|---|---|---|---|---|
| | City | Fort Lauderdale | State | FL | Zip  33334 |
| | Contact Name | Joseph Sous | Phone | (954) 535-8675 | |
| | Contact email | jsous@careercollege.edu | Fax | (954) 733-8768 | Sales Rep ID  D3T |
| IM: | District Name | F | Customer ID  F3678 | Name  Daniel Troppello | |

## RECURRING PAPER SHREDDING SERVICES

On-site (Mobile) ___   X  Off-site

Weekly ___   Every 2 Weeks ___   X  Every 4 Weeks

| Unit Type | # | Price Per | Total |
|---|---|---|---|
| Secure Console | 0 | x $ 2.00 | = $ 0.00 |
| 65-Gallon Bin | 8 | x $ 3.00 | = $ 24.00 |
| | | Total Per Service Visit¹ = | $ 24.00 |
| | | Container Drop-off Fee, per container = | $ 0.00 |
| | | Implementation & Education Package = | $ |
| | | Employee Awareness Posters = | $ |

¹Minimum charge per service visit: (On-site) $ ___   (Off-site) $  20.00

## ONE-TIME PAPER SHREDDING SERVICES (PURGE)

On-site (Mobile) ___   Off-site ___

| Unit Type | # | Price Per | Total |
|---|---|---|---|
| Pound | | x $ | = $ |
| 65-Gallon Bin | | x $ | = $ |
| | | x $ | = $ |
| | | Total Shredding = | $ |
| | | Additional Labor = | $ |
| | | Container Drop-off Fee, per container = | $ |
| | | Estimated Total² = | $ |

²Total is subject to actual service billings.

Minimum charge per service visit is $

## ADDITIONAL SERVICES (All other services, not specifically listed, will be charged at IM's then current rates.)

- Additional charge for Unscheduled Service Visit: $25 / visit
- Additional Compliance & Education Packages: $50 / package
- Shredding of Standard 1.2 Cubic Foot Carton: $ 5 / Carton
- Additional Employee Awareness Posters: $5 / poster

³Additional charge for remote locations may apply.

## TERMS AND CONDITIONS

1. **Compliance with Contracts, Laws and Regulations.** Customer shall be responsible for, and warrants compliance with, all contractual restrictions and all applicable laws, rules and regulations, including but not limited to environmental laws and laws governing the confidentiality, retention and disposition of information contained in any materials delivered to IM. Customer is the owner or legal custodian of the materials. Customer shall reimburse IM for any reasonable costs, fees or expenses (including reasonable attorneys' fees) incurred by IM in litigation which IM becomes involved solely because it is shredding materials for Customer.
2. **Hazardous Substances.** Customer shall not deposit in containers or deliver to IM any material considered toxic, hazardous, dangerous or which is regulated under any federal or state law.
3. **Limitation of Liability.** IM shall not be responsible or liable in any manner whatsoever for the contents of any item delivered to it for shredding, and shall have no liability for the shredding of materials pursuant to Customer's direction. IM's maximum liability for any and all claims arising with respect to any particular services performed hereunder shall not exceed the aggregate amount Customer paid for the particular service during the one (1) month preceding the event which gives rise to the claim. IM'S LIABILITY SHALL BE LIMITED TO DIRECT DAMAGES, AND IN NO EVENT AND UNDER NO LEGAL THEORY, INCLUDING TORT, CONTRACT, OR OTHERWISE, SHALL IM BE LIABLE FOR ANY INDIRECT, SPECIAL, INCIDENTAL, OR CONSEQUENTIAL DAMAGES (INCLUDING LOST PROFITS) EVEN IF ADVISED OF THE POSSIBILITY OF SUCH DAMAGES.
4. **Force Majeure.** Each party shall be excused from any delay or failure in performance under this Agreement for any period if and to the extent that such delay or failure is caused by acts of God, governmental actions, labor unrest, riots, unusual traffic delays or other causes beyond its control.
5. **Additional Services.** This Agreement sets forth the complete terms and conditions for paper secure shredding services only. In the event that any other services are provided under this Customer ID, such services shall be governed by the terms and conditions of IM's standard Customer Agreement for such services.
6. **Term and Payment.** The Agreement shall continue in effect for 30 days, with automatic renewal for successive 30 day terms, unless written notice of non-renewal is delivered by either party to the other. Prices are set forth above. After the first year, the prices may be set forth in a separate schedule. Services are invoiced monthly and payment is due net 30 days. Late payment fee: 1.00% per month. Transportation surcharges may be applied and changed monthly without notice in accordance with the fuel surcharge policy located at www.ironmountain.com/fuelsurcharge.

CUSTOMER: FLORIDA CAREER COLLEGE         IRON MOUNTAIN INFORMATION MANAGEMENT, INC.

Sign and date: _Joseph Sous_  11/28/2012    Sign and date: _____ 11/29/12

Print Name and Title: JOSEPH SOUS  VP Procurement Dvelop    Print Name and Title: ERIC BRYDEN  ISM

## SERVICE NOTES (Describe container location, number of packages and Posters, & any special instructions.)

PLEASE SEE ATTACHED SPREADSHEET FOR ADDITIONAL LOCATIONS THAT CONTAIN DEPT ID'S & DEPT NAMES

IM-38.US/PHY/07.01.07/Lt10   © 2009 Iron Mountain Incorporated. All Rights Reserved.        Page 1 of 1

 IRON MOUNTAIN®

May 31, 2013

Joseph Sous
FLORIDA CAREER COLLEGE
3383 N State Road 7
Lauderdale Lakes, FL 33319-5617

Dear Valued Customer,

Thank you for continuing to trust Iron Mountain with your information management needs. Enclosed please find your new Iron Mountain Pricing Schedule (Schedule A), for Records Management storage and services, effective July 1, 2013.

Based on the business you have entrusted with us, we are extending a discount of 35.0% off of the list prices for Standard Storage and Services, as further described in the enclosed Schedule A. Please note that this discount does not apply to Premium or Custom Storage and Services. Enclosed you will find a price list for commonly used storage and services.

Another useful source of information is our Customer Information Center website at http://**cic.ironmountain.com**/. This site is designed to provide clarity around our services and the billing practices associated with those services. It contains storage and service descriptions, a glossary of terms, and billing protocols such as how we determine billable cubic footage of non-standard cartons, which may be greater than physical carton size. This site is frequently updated with additional information of interest to our customers, so please bookmark it for easy reference.

We thank you for the business you entrust with us. If you have any questions or require additional information, please contact us at 1-800-934-3453.

Sincerely,

Amado Cabrera
Sun Coast Territory, Vice President

Enclosures



# Iron Mountain Overview

Iron Mountain Incorporated (NYSE: IRM) provides information management services that help organizations lower the costs, risks and inefficiencies of managing their physical and digital data. The company's solutions enable customers to protect and better use their information — regardless of its format, location or lifecycle stage — so they can optimize their business and ensure proper recovery, compliance and discovery. Founded in 1951, Iron Mountain manages billions of information assets, including business records, electronic files, medical data, emails and more for organizations around the world. Visit www.ironmountain.com or follow the company on Twitter at www.twitter.com/IronMountain for more information.

## Solution Categories

Iron Mountain offers a comprehensive array of information management solutions that help companies reduce costs, risks and inefficiencies associated with managing their paper and digital data.

**INFORMATION GOVERNANCE AND DISCOVERY**



**DATA BACKUP AND RECOVERY**



### Information Governance and Discovery

- Records Management
- Secure Shredding
- Federal Records Storage
- Compliant Records Management
- Compliant Information Destruction
- Health Information Services
- Medical Image Archiving
- Film and Sound Archives
- Fulfillment Services
- Energy Data Services

### Data Backup and Recovery

- Offsite Tape Vaulting Services
- Online Vaulting Services, including:
  - Server Backup powered by Autonomy LiveVault
  - PC Backup powered by Autonomy Connected
- Data Restoration Services
- Consulting Services
- Value Added Services, including:
  - Disaster Recovery Testing
  - Library Moves
  - Media Destruction

### Document Process Efficiencies

- Document Management Solutions
- Business Process Management



# Renewal Schedule A:
## PROGRAM PRICING SCHEDULE
### Records Management

This Records Management Pricing Schedule is incorporated into and made part of the Customer Agreement ("Agreement") between Iron Mountain Information Management, LLC., (the "Company" or "Iron Mountain") and FLORIDA CAREER COLLEGE, (the "Customer").

The Customer will be eligible for a Discount Rate of 35.0%. List Price is the standard Iron Mountain price for a given service and the Discount Rate is your percentage off of List Price.

The Discount Rate applies to Standard Storage and Services only and does not apply to Premium Storage and Services, Custom Storage and Services, Other Program Fees, or other fees not explicitly identified within this document.

Please see our Customer Information Center at cic.ironmountain.com for a Glossary with definitions of the terms used in this Pricing Schedule and more detail regarding our services, standard processes, and billing practices. In addition, restrictions apply to volume and/or stated timeframes for some service transaction types and these may be found in the Glossary under each service type.

This Records Management Pricing Schedule supersedes and terminates any prior Records Management Pricing Schedule and/or Schedule A existing between Iron Mountain and the Customer for the accounts noted below. All other Records Management services not specifically listed on this Schedule A will be charged at Iron Mountain's then current rates.

### FLORIDA CAREER COLLEGE
District Name/Number: South Florida / 04426   |   F3678
Effective Date: July 1, 2013
Discount Rate: 35.0%



# List Prices (as of July 1, 2013)

## STANDARD STORAGE AND SERVICES (see http://cic.ironmountain.com/records/glossary for service definitions)

| DESCRIPTION | CURRENT LIST PRICE | DISCOUNT % | EFFECTIVE PRICE | PER |
|---|---|---|---|---|
| Carton Storage | $0.508 | 35.0% | $ 0.330 | Cubic Foot |
| Receiving and Entry - Carton | $3.21 | 35.0% | $ 2.087 | Cubic Foot |
| Regular Retrieval - Carton | $4.15 | 35.0% | $ 2.698 | Cubic Foot |
| Regular Retrieval - File from Carton | $5.57 | 35.0% | $ 3.621 | File |
| Regular Refile - Carton | $4.15 | 35.0% | $ 2.698 | Cubic Foot |
| Regular Refile - File to Carton | $5.57 | 35.0% | $ 3.621 | File |
| Archival Destruction - Carton | $5.02 | 35.0% | $ 3.263 | CF plus Regular Retrieval Charge |
| Permanent Withdrawal - Carton | $6.27 | 35.0% | $ 4.076 | CF plus Regular Retrieval Charge |
| Permanent Withdrawal - File from Carton | $3.02 | 35.0% | $ 1.963 | File plus Regular Retrieval Charge |
| Open Shelf Storage | $0.998 | 35.0% | $ 0.649 | Linear Foot |
| Open Shelf Storage - X-Ray | $1.487 | 35.0% | $ 0.967 | Linear Foot |
| Receiving and Entry - Open Shelf File | $6.15 | 35.0% | $ 3.998 | Linear Foot |
| Regular Retrieval - File from Open Shelf | $3.26 | 35.0% | $ 2.119 | File |
| Regular Refile - File to Open Shelf | $3.26 | 35.0% | $ 2.119 | File |
| Archival Destruction - Open Shelf | $3.02 | 35.0% | $ 1.963 | File plus Regular Retrieval Charge |
| Permanent Withdrawal - Open Shelf | $3.02 | 35.0% | $ 1.963 | File plus Regular Retrieval Charge |
| Next Day Delivery | $39.47 | 35.0% | $ 25.656 | Visit plus Handling Charge |
| Regular Pickup | $39.47 | 35.0% | $ 25.656 | Visit plus Handling Charge |
| Handling Charge | $3.64 | 35.0% | $ 2.366 | Cubic Foot |

## PREMIUM STORAGE & SERVICES (see http://cic.ironmountain.com/records/glossary for service definitions)

| DESCRIPTION | EFFECTIVE PRICE | PER |
|---|---|---|
| Rush Retrieval - Carton | $6.21 | Cubic Foot |
| Rush Retrieval - File from Carton | $8.28 | File |
| Regular Interfile - Carton | $7.56 | Each |
| Half Day Delivery | $54.52 | Visit plus Handling Charge |
| Rush Delivery - Business Day | $109.02 | Visit plus Handling Charge |
| Rush Delivery - Weekends/Holidays/After Hours | $218.05 | Visit plus Handling Charge |
| Rush Pickup - Business Day | $109.02 | Visit plus Handling Charge |
| Archival Destruction - File from Carton | $4.73 | File plus Regular Retrieval Charge |
| Rush Retrieval - File from Open Shelf | $6.50 | File |
| Regular Interfile - Open Shelf | $5.02 | Each |
| Miscellaneous Services - Labor | $56.21 | Hour |
| Re-Boxing Charge | $5.68 | Labor plus New Carton Cost |

## OTHER PROGRAM FEES (see http://cic.ironmountain.com/records/glossary for service definitions)

| DESCRIPTION | EFFECTIVE PRICE | PER |
|---|---|---|
| Fuel Surcharge | * | Transportation Visit |

*A Fuel Surcharge is applied monthly based upon changes in the price of diesel fuel as published by the US Department of Energy. This charge is calculated monthly and included as a percentage of transportation related service charges. The current monthly Fuel Surcharge information can be found at http://cic.ironmountain.com/FuelSurcharge.

F3678-4672



| CUSTOM STORAGE & SERVICES (see http://cic.ironmountain.com/records/glossary for service definitions) | | |
|---|---|---|
| DESCRIPTION | EFFECTIVE PRICE | PER |
| ■ Individual Listing | $ 0.62 | File |
| ■ Storage Minimum | $ 148.00 | Month |
| ■ Minimum Service Order Charge | $ 14.20 | Order |

Additional Services beyond those listed in this Pricing Schedule are available. For service descriptions, please go to Additional Services at cic.ironmountain.com/additionalservices.

SEPARATOR PAGE

A4845  J5759
D9473  PA761
Asst No. F3678  PE893
Admin. notation made by _JM_ on 6/11/13

 IRON MOUNTAIN°

CUSTOMER AGREEMENT

### IRON MOUNTAIN INFORMATION MANAGEMENT, LLC

**Address of Iron Mountain Branch/District Office:**

| | |
|---|---|
| Iron Mountain Inc. | **FOR IRON MOUNTAIN PURPOSES ONLY** |
| 4449 South 36th Street | Account Number: Multi    NAIC'S Code: |
| Phoenix, AX 85040 | Branch/District Cost Ctr. No.: |
| **Contract Effective Date:    06/01/2013** | |

| CUSTOMER: | BILLING ADDRESS (If Different): |
|---|---|
| ECUCATION TRAINING CORPORATION | 3383 N STATE ROAD.7 |
| Street Address: 1000 Corporate Drive, Suite 500 | Street or Box No.: |

| City: Fort Lauderdale | State: FL | Zip + 4: 33334 | City: LAUDERDALE LAKES | State: FL | Zip + 4: 33319-3617 |
|---|---|---|---|---|---|

| Primary Contact and Title: | Billing Contact: |
|---|---|
| Joseph Sous, VP, Procurement & Development | Accounts Payable |

| Telephone: 954-400-2111 | Fax: 954-400-2146 | Telephone: | Fax: |
|---|---|---|---|
| E-mail: jsous@anthem.edu | | E-mail: | |

Iron Mountain Information Management, LLC ("Iron Mountain" or "IM") will perform the services described on schedules annexed to this Agreement, either physically or by reference (each a "Schedule"), and Customer will pay IM for such services according to the rates and provisions in the Schedules. All services will be provided subject to this Agreement, which consists of this page, the Basic Terms and Conditions, the Schedules and the Glossary of terms that can be found at http://cic.ironmountain.com.

VALUE OF DEPOSITS. Customer declares, for the purposes of this Agreement, that (a) with respect to hard-copy (paper) records, microfilm and microfiche stored pursuant to this Agreement, the value of such stored items is $1.00 per carton, linear foot of open-shelf files, container or other storage unit, and (b) with respect to round reel tape, audio tape, video tape, film, data tape, cartridges or cassettes or other non-paper media stored pursuant to this Agreement, the value of such stored items is equal to the cost of replacing the physical media. Customer acknowledges that it has declined to declare an excess valuation, for which an excess valuation fee would have been charged.

LIMITATION OF LIABILITY. Iron Mountain's liability, if any, for loss or destruction of, or damage to, materials stored with Iron Mountain ("Deposits" or "Items") is limited to the value of each Deposit as described above, or as otherwise set forth herein. Iron Mountain's maximum liability with respect to services not related to storage is the amount paid by Customer for a discrete project, or, if the loss is related to service of an ongoing and continuing nature, six months of fees paid by Customer for such service. Other limitations on Iron Mountain's and/or Customer's liability are set forth on the following pages.

| CUSTOMER: | IRON MOUNTAIN |
|---|---|
| Individual Signing: [print name] | Individual Signing: [print name] _Mark Lowell_ |
| Signature: | Signature: |
| Title: VP Procurement & Development | Title: _Manager_ |
| Signing Date: | Signing Date: 5/16/13 |

In order to keep Customer apprised of Iron Mountain's service offerings, new regulations that may be of interest to customers and similar information Iron Mountain will add Customer's representative to its informational mailing list, if an email address is provided above, to receive newsletters and communications through email or postal delivery. Customer may elect to unsubscribe any time after receiving the first newsletter or communication.

## BASIC TERMS AND CONDITIONS
(Based on terms and conditions promulgated by Professional Records & Information Services Management)

The following terms and conditions shall apply to this Agreement.

1. **Term.** The term of this Agreement shall commence on the date of Customer's signature or, if later, the Effective Date set forth on the first page of this Agreement. The initial term of this Agreement shall continue for three (3) years after commencement. Upon expiration of the initial term, the term will continue with automatic renewals for additional one (1) year terms, unless written notice of non-renewal is delivered by either party to the other no less than thirty (30) days prior to the expiration date. In the event that IM continues to hold Deposits after the expiration or termination of this Agreement, the terms of this Agreement shall continue to apply until all Deposits have been removed from IM's facility, except that IM may adjust rates upon thirty (30) days' written notice.

2. **Charges.** Rates and charges shall be as specified in the Pricing Schedule (Schedule A) and/or other Schedules. Rates and charges for storage and services shall remain fixed for the first 3 years of this Agreement, and may thereafter be changed at any time upon thirty (30) days' written notice, in an amount not to exceed the below percentages, rounded up to the nearest whole cent:

   Year 2: 0 %  ~~Year 4: 0 %~~
   Year 3: 0 %  ~~Year 5: 0 %~~

   Transportation surcharges apply and change monthly without notice in accordance with IM's fuel surcharge policy, which may be found at http://cic.ironmountain.com/fuelsurcharge/.

3. **Storage Volume.** Customer acknowledges that the rates and charges on Schedule A have been offered by IM on the basis of Customer's agreement to maintain its storage levels with IM at no less than eighty percent (80%) of the storage levels maintained by Customer during the immediately preceding three (3) month period, excluding any Deposits destroyed by IM at Customer's request.

4. **Customer Instructions.** Customer warrants that it is the owner or legal custodian of the Deposits and has full authority to store the Deposits and direct their disposition in accordance with this Agreement. IM will perform services pursuant to the direction of Customer's agent(s) identified pursuant to IM's standards. Authority granted to any persons on standard authorization forms shall constitute Customer's representation that the identified persons have full authority to order any service, including disposal or removal of Deposits. Such orders may be given in person, by telephone or in writing (fax, email or hard-copy). Customer releases IM from all liability by reason of the destruction of materials pursuant to Customer's authorization.

5. **Operational Procedures.** Customer shall comply with IM's reasonable operational requirements, as modified from time to time, regarding cartons, carton integrity, delivery/pickup/account closing volumes, preparation for pickup, security, secure shredding protocols, access and similar matters. Extraordinary volume requests (defined as 125% of the average volume over the immediately preceding three month period) may involve additional costs, such as overtime, which Customer will pay at IM's overtime rates, provided Customer consents to such costs in advance.

6. **Force Majeure.** Neither party shall be liable for delay or inability to perform caused by acts of God, governmental actions, labor unrest, acts of terrorism, riots, unusual traffic delays or other causes beyond its reasonable control.

7. **Governmental Orders.** IM is authorized to comply with any subpoena or similar order related to the Deposits, at Customer's expense, provided that IM notifies Customer promptly upon receipt thereof, unless such notice is prohibited by law. IM will cooperate with Customer's efforts to quash or limit any subpoena, at Customer's expense.

8. **Confidentiality.** "Confidential Information" means any information (i) contained in the Deposits, (ii) concerning or relating to the property, business and affairs of the party disclosing such information that is furnished to the receiving party, and (iii) regarding this Agreement, its Schedules and IM's processes and procedures; except for information that was previously known to the receiving party free of any obligation to keep it confidential, is subsequently made public by the disclosing party or is disclosed by a third party having a legal right to make such disclosure. Confidential Information shall be used only in the manner contemplated by this Agreement and shall not be intentionally disclosed to third parties without the disclosing party's written consent. IM shall not obtain any rights of any sort in or to the Confidential Information of Customer contained in Deposits. IM shall implement and maintain reasonable safeguards designed to protect Customer's Confidential Information.

9. **Limitation of Liability.**
   a. Liability for Loss or Damage to Deposits. IM shall not be liable for any loss or destruction of, or damage to, Deposits, including costs resulting from a loss of a Deposit constituting a breach of data security or confidentiality, unless such loss or damage resulted from IM's negligence. If liable, the amount of IM's liability is limited as provided on the first page hereof. Deposits are not insured by IM against loss or damage, however caused. Customer may insure Deposits through third-party insurers for any amount. Customer shall cause its insurers of Deposits to waive any right of subrogation against IM. If Deposits are placed in the custody of a third-

party carrier for transportation, the carrier shall be solely responsible for any loss or destruction of, or damage to, such Deposits while in the custody of the carrier.

    b.  Liability for Non-Storage Services.  With respect to services not related to the storage of Deposits, IM shall not be liable for any loss or default unless such loss or default is due to the negligence of IM.  If liable, the amount of IM's liability is limited as provided on the first page hereof.  IM shall not be liable for the loss of contents of shredding bins unless and until the contents are in the custody and control of IM.

    c.  No Consequential Damages.  In no event shall either party be liable for any consequential, incidental, special or punitive damages, or for loss of profits or loss of data, regardless of whether an action is brought in tort, contract or under any other theory.

10.  **ITAR/EAR Compliance.**  Customer represents that none of the Deposits stored by Iron Mountain pursuant to this Agreement require protection from access by foreign persons because they contain technical information regarding defense articles or defense services within the meaning of the International Traffic in Arms Regulations (22 CFR 120) or technical data within the meaning of the Export Administration Regulations (15 CFR 730-774).  If any of Customer's Deposits do contain any such information, Customer shall notify Iron Mountain of the specific Deposits that contain such information and acknowledges that special storage and service rates shall apply thereto.

11.  **Non-Custodial Status.**  Unless Iron Mountain shall have explicitly agreed in writing, Iron Mountain's performance of services shall not cause Iron Mountain to be deemed a "custodian" of the records or "designee" of Customer under state or federal law with respect to such records.

12.  **Notice of Claims.**  Claims by Customer must be presented in writing within a reasonable time, in no event longer than ninety (90) days after delivery or return of the Deposits to Customer, or ninety (90) days after Customer is notified of loss, damage or destruction to part or all of the Deposits.

13.  **Notice of Loss.**  When Deposits have been lost, damaged or destroyed, Iron Mountain shall, upon confirmation of the event, report the matter in writing to Customer.

14.  **Payment Terms.**  Payment terms are net, thirty (30) days.  Customer shall be liable for late charges totaling one percent (1%) per month of the outstanding balance.  Prior to delivery of Deposits upon expiration, termination, or substantial withdrawal, IM may require payment by certified check.

15.  **Customer Default.**  If Customer fails to pay IM's charges (other than disputed charges) within sixty (60) days after the date of an invoice, IM may suspend service.  If Customer fails to pay IM's charges (other than disputed charges) for six (6) months or longer, IM may securely destroy Deposits, provided IM shall have provided ninety (90) days' written notice to Customer; Customer shall pay IM's standard price for such secure destruction.  A final notice will be sent to Customer ten (10) days prior to secure destruction of the Deposits. IM shall have other rights and remedies as may be provided by law.  In the event IM takes any actions pursuant to this Section, it shall have no liability to Customer or anyone claiming by or through Customer.

16.  **Termination.**  Either party may terminate this Agreement upon written notice to the other party in the event that the other party shall have breached any of its material obligations hereunder and shall not have cured such default within forty-five (45) days after written notice of such default, subject to the fees set forth in the applicable Schedule(s).

17.  **Safe Materials and Premises.**  Customer shall not store with IM or place in shredding bins any material that is highly flammable, may attract vermin or insects, or is otherwise dangerous or unsafe to store or handle, or any material that is regulated by federal or state law or regulation relating to the environment or hazardous materials.  Customer shall not store negotiable instruments, jewelry, check stock or other items that have intrinsic value.  Customer warrants that it shall only place paper-based materials in the shredding bins.  Customer shall reimburse IM for damage to equipment or injury to personnel resulting from Customer's breach of this warranty.

18.  **Purchase Orders.**  In the event that Customer issues a purchase order to IM covering the services provided under this Agreement, any terms and conditions set forth in the purchase order which are in addition to or establish conflicting terms and conditions to those set forth in this Agreement are expressly rejected by IM.

19.  **Miscellaneous.**  IM may subcontract its obligations under this Agreement, in whole or in part, to an affiliate. Neither party may assign this Agreement in whole or in part, except to an affiliate, without the prior written consent of the other party. An affiliate means any entity controlling, controlled by, under common control with, or having a common parent with IM or Customer. Any notice made pursuant to this Agreement may be given in writing at the addresses set out on the first page hereof until written notice of a change of address has been received. Notices to IM shall be sent to the attention of its General Manager. IM may exercise all rights granted to warehousemen by the Uniform Commercial Code as adopted in the state where the Deposits are stored.  In the event of inconsistency between these Basic Terms and Conditions and a Schedule, the Basic Terms and Conditions shall prevail as to the services covered thereby.  This Agreement shall be governed by the laws of the state in which Customer's office identified in this Agreement is located except for conflicts of laws principles.

 IRON MOUNTAIN®

February 28, 2013


Accounts Payable
ANTHEM INSTITUTE
16404 North Black Canyon Highway
Suite 180
Phoenix, AZ 85053-4070



Dear Valued Customer,

Thank you for continuing to trust Iron Mountain with your information management needs.
Enclosed please find your new Iron Mountain Pricing Schedule (Schedule A), for Records
Management storage and services, effective April 1, 2013.

Based on the business you have entrusted with us, we are extending a discount of 16% off of
the list prices for Standard Storage and Services, as further described in the enclosed Schedule
A. Please note that this discount does not apply to Premium or Custom Storage and Services.
Enclosed you will find a price list for commonly used storage and services.

Another useful source of information is our Customer Information Center website at
http://**cic.ironmountain.com**/.  This site is designed to provide clarity around our services and
the billing practices associated with those services.  It contains storage and service
descriptions, a glossary of terms, and billing protocols such as how we determine billable cubic
footage of non-standard cartons, which may be greater than physical carton size.  This site is
frequently updated with additional information of interest to our customers, so please bookmark
it for easy reference.

We thank you for the business you entrust with us.  If you have any questions or require
additional information, please contact us at 1-800-934-3453.

Sincerely,

James Foley
Pennsylvania Territory, Vice President

Enclosures



# Iron Mountain Overview

Iron Mountain Incorporated (NYSE: IRM) provides information management services that help organizations lower the costs, risks and inefficiencies of managing their physical and digital data. The company's solutions enable customers to protect and better use their information — regardless of its format, location or lifecycle stage — so they can optimize their business and ensure proper recovery, compliance and discovery. Founded in 1951, Iron Mountain manages billions of information assets, including business records, electronic files, medical data, emails and more for organizations around the world. Visit www.ironmountain.com or follow the company on Twitter at www.twitter.com/IronMountain for more information.

## Solution Categories

Iron Mountain offers a comprehensive array of information management solutions that help companies reduce costs, risks and inefficiencies associated with managing their paper and digital data.

**INFORMATION GOVERNANCE AND DISCOVERY**



**DATA BACKUP AND RECOVERY**



### Information Governance and Discovery

- Records Management
- Secure Shredding
- Federal Records Storage
- Compliant Records Management
- Compliant Information Destruction
- Health Information Services
- Medical Image Archiving
- Film and Sound Archives
- Fulfillment Services
- Energy Data Services

### Data Backup and Recovery

- Offsite Tape Vaulting Services
- Online Vaulting Services, including:
  - Server Backup powered by Autonomy LiveVault
  - PC Backup powered by Autonomy Connected
- Data Restoration Services
- Consulting Services
- Value Added Services, including:
  - Disaster Recovery Testing
  - Library Moves
  - Media Destruction

### Document Process Efficiencies

- Document Management Solutions
- Business Process Management



# Renewal Schedule A:
## PROGRAM PRICING SCHEDULE
### Records Management

This Records Management Pricing Schedule is incorporated into and made part of the Customer Agreement ("Agreement") between Iron Mountain Information Management, LLC., (the "Company" or "Iron Mountain") and ANTHEM INSTITUTE, (the "Customer").

The Customer will be eligible for a Discount Rate of 16%. List Price is the standard Iron Mountain price for a given service and the Discount Rate is your percentage off of List Price.

The Discount Rate applies to Standard Storage and Services only and does not apply to Premium Storage and Services, Custom Storage and Services, Other Program Fees, or other fees not explicitly identified within this document.

Please see our Customer Information Center at cic.ironmountain.com for a Glossary with definitions of the terms used in this Pricing Schedule and more detail regarding our services, standard processes, and billing practices. In addition, restrictions apply to volume and/or stated timeframes for some service transaction types and these may be found in the Glossary under each service type.

This Records Management Pricing Schedule supersedes and terminates any prior Records Management Pricing Schedule and/or Schedule A existing between Iron Mountain and the Customer for the accounts noted below. All other Records Management services not specifically listed on this Schedule A will be charged at Iron Mountain's then current rates.

ANTHEM INSTITUTE
District Name/Number: P / 02211   |   PA761
Effective Date: April 1, 2013
Discount Rate: 16%

 © 2013 Iron Mountain Incorporated. All Rights Reserved.    EPW-9.4.10        (800) 899-IRON   |   www.ironmountain.com
PA761-9212



## List Prices (as of April 1, 2013)

**STANDARD STORAGE AND SERVICES** (see http://cic.ironmountain.com/records/glossary for service definitions)

| DESCRIPTION | CURRENT LIST PRICE | DISCOUNT % | EFFECTIVE PRICE | PER |
|---|---|---|---|---|
| Carton Storage | $0.508 | 16% | $ 0.427 | Cubic Foot |
| Receiving and Entry - Carton | $3.21 | 16% | $ 2.696 | Cubic Foot |
| Regular Retrieval - Carton | $4.15 | 16% | $ 3.486 | Cubic Foot |
| Regular Retrieval - File from Carton | $5.57 | 16% | $ 4.679 | File |
| Regular Refile - Carton | $4.15 | 16% | $ 3.486 | Cubic Foot |
| Regular Refile - File to Carton | $5.57 | 16% | $ 4.679 | File |
| Archival Destruction - Carton | $5.02 | 16% | $ 4.217 | CF plus Regular Retrieval Charge |
| Permanent Withdrawal - Carton | $6.27 | 16% | $ 5.267 | CF plus Regular Retrieval Charge |
| Permanent Withdrawal - File from Carton | $3.02 | 16% | $ 2.537 | File plus Regular Retrieval Charge |
| Open Shelf Storage | $0.998 | 16% | $ 0.838 | Linear Foot |
| Open Shelf Storage - X-Ray | $1.487 | 16% | $ 1.249 | Linear Foot |
| Receiving and Entry - Open Shelf File | $6.15 | 16% | $ 5.166 | Linear Foot |
| Regular Retrieval - File from Open Shelf | $3.26 | 16% | $ 2.738 | File |
| Regular Refile - File to Open Shelf | $3.26 | 16% | $ 2.738 | File |
| Archival Destruction - Open Shelf | $3.02 | 16% | $ 2.537 | File plus Regular Retrieval Charge |
| Permanent Withdrawal - Open Shelf | $3.02 | 16% | $ 2.537 | File plus Regular Retrieval Charge |
| Next Day Delivery | $39.47 | 16% | $ 33.155 | Visit plus Handling Charge |
| Regular Pickup | $39.47 | 16% | $ 33.155 | Visit plus Handling Charge |
| Handling Charge | $3.64 | 16% | $ 3.058 | Cubic Foot |

**PREMIUM STORAGE & SERVICES** (see http://cic.ironmountain.com/records/glossary for service definitions)

| DESCRIPTION | EFFECTIVE PRICE | PER |
|---|---|---|
| Rush Retrieval - Carton | $6.21 | Cubic Foot |
| Rush Retrieval - File from Carton | $8.28 | File |
| Regular Interfile - Carton | $7.56 | Each |
| Half Day Delivery | $54.52 | Visit plus Handling Charge |
| Rush Delivery - Business Day | $109.02 | Visit plus Handling Charge |
| Rush Delivery - Weekends/Holidays/After Hours | $218.05 | Visit plus Handling Charge |
| Rush Pickup - Business Day | $109.02 | Visit plus Handling Charge |
| Archival Destruction - File from Carton | $4.73 | File plus Regular Retrieval Charge |
| Rush Retrieval - File from Open Shelf | $6.50 | File |
| Regular Interfile - Open Shelf | $5.02 | Each |
| Miscellaneous Services - Labor | $56.21 | Hour |
| Re-Boxing Charge | $5.68 | Labor plus New Carton Cost |

**OTHER PROGRAM FEES** (see http://cic.ironmountain.com/records/glossary for service definitions)

| DESCRIPTION | EFFECTIVE PRICE | PER |
|---|---|---|
| Administrative Fee (Summary Billing) | $25.12 | Account ID per Month |
| Administrative Fee (Detailed Billing) | $62.80 | Account ID per Month |
| Fuel Surcharge | * | Transportation Visit |

*A Fuel Surcharge is applied monthly based upon changes in the price of diesel fuel as published by the US Department of Energy. This charge is calculated monthly and included as a percentage of transportation related service charges. The current monthly Fuel Surcharge information can be found at http://cic.ironmountain.com/FuelSurcharge.



**CUSTOM STORAGE & SERVICES** (see http://cic.ironmountain.com/records/glossary for service definitions)

| DESCRIPTION | EFFECTIVE PRICE | PER |
|---|---|---|
| ■ Individual Listing | $ 0.62 | File |
| ■ Storage Minimum | $ 148.00 | Month |
| ■ Minimum Service Order Charge | $ 14.20 | Order |

Additional Services beyond those listed in this Pricing Schedule are available. For service descriptions, please go to Additional Services at cic.ironmountain.com/additionalservices.

SEPARATOR PAGE

A4845  J5759
09473  PA761
F3678  PE 893

Acct. No. _____ Admin. notation made by JM on 6/11/13



# IRON MOUNTAIN®

## CUSTOMER AGREEMENT

### IRON MOUNTAIN INFORMATION MANAGEMENT, LLC

Address of Iron Mountain Branch/District Office:

| Iron Mountain Inc. | FOR IRON MOUNTAIN PURPOSES ONLY | |
|---|---|---|
| 4449 South 36th Street | Account Number: Multi | NAICS Code: |
| Phoenix, AX 85040 | Branch/District Cost Ctr. No.: | |

Contract Effective Date:  06/01/2013

| CUSTOMER: ECUCATION TRAINING CORPORATION | BILLING ADDRESS (If Different): 3383 N STATE ROAD 7 | | |
|---|---|---|---|
| Street Address: 1000 Corporate Drive, Suite 500 | Street or Box No.: | | |
| City: Fort Lauderdale | State: FL | Zip + 4: 33334 | City: LAUDERDALE LAKES | State: FL | Zip + 4: 33319-5617 |
| Primary Contact and Title: Joseph Sous, VP, Procurement & Development | Billing Contact: Accounts Payable | | |
| Telephone: 954-400-2111 E-mail: jsous@anthem.edu | Fax: 954-400-2146 | Telephone: E-mail: | Fax: |

Iron Mountain Information Management, LLC ("Iron Mountain" or "IM") will perform the services described on schedules annexed to this Agreement, either physically or by reference (each a "Schedule"), and Customer will pay IM for such services according to the rates and provisions in the Schedules. All services will be provided subject to this Agreement, which consists of this page, the Basic Terms and Conditions, the Schedules and the Glossary of terms that can be found at http://cic.ironmountain.com.

VALUE OF DEPOSITS. Customer declares, for the purposes of this Agreement, that (a) with respect to hard-copy (paper) records, microfilm and microfiche stored pursuant to this Agreement, the value of such stored items is $1.00 per carton, linear foot of open-shelf files, container or other storage unit, and (b) with respect to round reel tape, audio tape, video tape, film, data tape, cartridges or cassettes or other non-paper media stored pursuant to this Agreement, the value of such stored items is equal to the cost of replacing the physical media. Customer acknowledges that it has declined to declare an excess valuation, for which an excess valuation fee would have been charged.

LIMITATION OF LIABILITY. Iron Mountain's liability, if any, for loss or destruction of, or damage to, materials stored with Iron Mountain ("Deposits" or "Items") is limited to the value of each Deposit as described above, or as otherwise set forth herein. Iron Mountain's maximum liability with respect to services not related to storage is the amount paid by Customer for a discrete project or, if the loss is related to service of an ongoing and continuing nature, six months of fees paid by Customer for such service. Other limitations on Iron Mountain's and/or Customer's liability are set forth on the following pages.

| CUSTOMER: | IRON MOUNTAIN: |
|---|---|
| Individual Signing: [print name] | Individual Signing: [print name] Mich Farrell |
| Signature: | Signature: |
| Title: VP _____ | Title: Manager |
| Signing Date: 5/16/13 | Signing Date: 5/16/13 |

*In order to keep Customer apprised of Iron Mountain's service offerings, new regulations that may be of interest to customers and similar information, Iron Mountain will add Customer's representative to its informational mailing list. If an email address is provided above, to receive newsletters and communications through email or postal delivery. Customer may elect to unsubscribe any time after receiving the first newsletter or communication*

## BASIC TERMS AND CONDITIONS
(Based on terms and conditions promulgated by Professional Records & Information Services Management)

The following terms and conditions shall apply to this Agreement.

1. **Term.** The term of this Agreement shall commence on the date of Customer's signature or, if later, the Effective Date set forth on the first page of this Agreement. The initial term of this Agreement shall continue for three (3) years after commencement. Upon expiration of the initial term, the term will continue with automatic renewals for additional one (1) year terms, unless written notice of non-renewal is delivered by either party to the other no less than thirty (30) days prior to the expiration date. In the event that IM continues to hold Deposits after the expiration or termination of this Agreement, the terms of this Agreement shall continue to apply until all Deposits have been removed from IM's facility, except that IM may adjust rates upon thirty (30) days' written notice.

2. **Charges.** Rates and charges shall be as specified in the Pricing Schedule (Schedule A) and/or other Schedules. Rates and charges for storage and services shall remain fixed for the first 3 years of this Agreement, and may thereafter be changed at any time upon thirty (30) days' written notice, in an amount not to exceed the below percentages, rounded up to the nearest whole cent:

   Year 2: 0 %          ~~Year 4: 0 %~~
   Year 3: 0 %          ~~Year 5: 0 %~~

   Transportation surcharges apply and change monthly without notice in accordance with IM's fuel surcharge policy, which may be found at http://cic.ironmountain.com/fuelsurcharge/.

3. **Storage Volume.** Customer acknowledges that the rates and charges on Schedule A have been offered by IM on the basis of Customer's agreement to maintain its storage levels with IM at no less than eighty percent (80%) of the storage levels maintained by Customer during the immediately preceding three (3) month period, excluding any Deposits destroyed by IM at Customer's request.

4. **Customer Instructions.** Customer warrants that it is the owner or legal custodian of the Deposits and has full authority to store the Deposits and direct their disposition in accordance with this Agreement. IM will perform services pursuant to the direction of Customer's agent(s) identified pursuant to IM's standards. Authority granted to any persons on standard authorization forms shall constitute Customer's representation that the identified persons have full authority to order any service, including disposal or removal of Deposits. Such orders may be given in person, by telephone or in writing (fax, email or hard-copy). Customer releases IM from all liability by reason of the destruction of materials pursuant to Customer's authorization.

5. **Operational Procedures.** Customer shall comply with IM's reasonable operational requirements, as modified from time to time, regarding cartons, carton integrity, delivery/pickup/account closing volumes, preparation for pickup, security, secure shredding protocols, access and similar matters. Extraordinary volume requests (defined as 125% of the average volume over the immediately preceding three month period) may involve additional costs, such as overtime, which Customer will pay at IM's overtime rates, provided Customer consents to such costs in advance.

6. **Force Majeure.** Neither party shall be liable for delay or inability to perform caused by acts of God, governmental actions, labor unrest, acts of terrorism, riots, unusual traffic delays or other causes beyond its reasonable control.

7. **Governmental Orders.** IM is authorized to comply with any subpoena or similar order related to the Deposits, at Customer's expense, provided that IM notifies Customer promptly upon receipt thereof, unless such notice is prohibited by law. IM will cooperate with Customer's efforts to quash or limit any subpoena, at Customer's expense.

8. **Confidentiality.** "Confidential Information" means any information (i) contained in the Deposits, (ii) concerning or relating to the property, business and affairs of the party disclosing such information that is furnished to the receiving party, and (iii) regarding this Agreement, its Schedules and IM's processes and procedures; except for information that was previously known to the receiving party free of any obligation to keep it confidential, is subsequently made public by the disclosing party or is disclosed by a third party having a legal right to make such disclosure. Confidential Information shall be used only in the manner contemplated by this Agreement and shall not be intentionally disclosed to third parties without the disclosing party's written consent. IM shall not obtain any rights of any sort in or to the Confidential Information of Customer contained in Deposits. IM shall implement and maintain reasonable safeguards designed to protect Customer's Confidential Information.

9. **Limitation of Liability.**
   a. Liability for Loss or Damage to Deposits. IM shall not be liable for any loss or destruction of, or damage to, Deposits, including costs resulting from a loss of a Deposit constituting a breach of data security or confidentiality, unless such loss or damage resulted from IM's negligence. If liable, the amount of IM's liability is limited as provided on the first page hereof. Deposits are not insured by IM against loss or damage, however caused. Customer may insure Deposits through third-party insurers for any amount. Customer shall cause its insurers of Deposits to waive any right of subrogation against IM. If Deposits are placed in the custody of a third-

party carrier for transportation, the carrier shall be solely responsible for any loss or destruction of, or damage to, such Deposits while in the custody of the carrier.

b. Liability for Non-Storage Services. With respect to services not related to the storage of Deposits, IM shall not be liable for any loss or default unless such loss or default is due to the negligence of IM. If liable, the amount of IM's liability is limited as provided on the first page hereof. IM shall not be liable for the loss of contents of shredding bins unless and until the contents are in the custody and control of IM.

c. No Consequential Damages. In no event shall either party be liable for any consequential, incidental, special or punitive damages, or for loss of profits or loss of data, regardless of whether an action is brought in tort, contract or under any other theory.

10. ITAR/EAR Compliance. Customer represents that none of the Deposits stored by Iron Mountain pursuant to this Agreement require protection from access by foreign persons because they contain technical information regarding defense articles or defense services within the meaning of the International Traffic in Arms Regulations (22 CFR 120) or technical data within the meaning of the Export Administration Regulations (15 CFR 730-774). If any of Customer's Deposits do contain any such information, Customer shall notify Iron Mountain of the specific Deposits that contain such information and acknowledges that special storage and service rates shall apply thereto.

11. Non-Custodial Status. Unless Iron Mountain shall have explicitly agreed in writing, Iron Mountain's performance of services shall not cause Iron Mountain to be deemed a "custodian" of the records or "designee" of Customer under state or federal law with respect to such records.

12. Notice of Claims. Claims by Customer must be presented in writing within a reasonable time, in no event longer than ninety (90) days after delivery or return of the Deposits to Customer, or ninety (90) days after Customer is notified of loss, damage or destruction to part or all of the Deposits.

13. Notice of Loss. When Deposits have been lost, damaged or destroyed, Iron Mountain shall, upon confirmation of the event, report the matter in writing to Customer.

14. Payment Terms. Payment terms are net, thirty (30) days. Customer shall be liable for late charges totaling one percent (1%) per month of the outstanding balance. Prior to delivery of Deposits upon expiration, termination, or substantial withdrawal, IM may require payment by certified check.

15. Customer Default. If Customer fails to pay IM's charges (other than disputed charges) within sixty (60) days after the date of an invoice, IM may suspend service. If Customer fails to pay IM's charges (other than disputed charges) for six (6) months or longer, IM may securely destroy Deposits, provided IM shall have provided ninety (90) days' written notice to Customer; Customer shall pay IM's standard price for such secure destruction. A final notice will be sent to Customer ten (10) days prior to secure destruction of the Deposits. IM shall have other rights and remedies as may be provided by law. In the event IM takes any actions pursuant to this Section, it shall have no liability to Customer or anyone claiming by or through Customer.

16. Termination. Either party may terminate this Agreement upon written notice to the other party in the event that the other party shall have breached any of its material obligations hereunder and shall not have cured such default within forty-five (45) days after written notice of such default, subject to the fees set forth in the applicable Schedule(s).

17. Safe Materials and Premises. Customer shall not store with IM or place in shredding bins any material that is highly flammable, may attract vermin or insects, or is otherwise dangerous or unsafe to store or handle, or any material that is regulated by federal or state law or regulation relating to the environment or hazardous materials. Customer shall not store negotiable instruments, jewelry, check stock or other items that have intrinsic value. Customer warrants that it shall only place paper-based materials in the shredding bins. Customer shall reimburse IM for damage to equipment or injury to personnel resulting from Customer's breach of this warranty.

18. Purchase Orders. In the event that Customer issues a purchase order to IM covering the services provided under this Agreement, any terms and conditions set forth in the purchase order which are in addition to or establish conflicting terms and conditions to those set forth in this Agreement are expressly rejected by IM.

19. Miscellaneous. IM may subcontract its obligations under this Agreement, in whole or in part, to an affiliate. Neither party may assign this Agreement in whole or in part, except to an affiliate, without the prior written consent of the other party. An affiliate means any entity controlling, controlled by, under common control with, or having a common parent with IM or Customer. Any notice made pursuant to this Agreement may be given in writing at the addresses set out on the first page hereof until written notice of a change of address has been received. Notices to IM shall be sent to the attention of its General Manager. IM may exercise all rights granted to warehousemen by the Uniform Commercial Code as adopted in the state where the Deposits are stored. In the event of inconsistency between these Basic Terms and Conditions and a Schedule, the Basic Terms and Conditions shall prevail as to the services covered thereby. This Agreement shall be governed by the laws of the state in which Customer's office identified in this Agreement is located except for conflicts of laws principles.



February 28, 2013


Latrice Lester
HIGH TECH INSTITUTE
4250 N Belt Line Rd
Irving, TX 75038-4201



Dear Valued Customer,

Thank you for continuing to trust Iron Mountain with your information management needs.
Enclosed please find your new Iron Mountain Pricing Schedule (Schedule A), for Records
Management storage and services, effective April 1, 2013.

Based on the business you have entrusted with us, we are extending a discount of 11% off of
the list prices for Standard Storage and Services, as further described in the enclosed Schedule
A. Please note that this discount does not apply to Premium or Custom Storage and Services.
Enclosed you will find a price list for commonly used storage and services.

Another useful source of information is our Customer Information Center website at
http://cic.ironmountain.com/. This site is designed to provide clarity around our services and
the billing practices associated with those services. It contains storage and service
descriptions, a glossary of terms, and billing protocols such as how we determine billable cubic
footage of non-standard cartons, which may be greater than physical carton size. This site is
frequently updated with additional information of interest to our customers, so please bookmark
it for easy reference.

We thank you for the business you entrust with us. If you have any questions or require
additional information, please contact us at 1-800-934-3453.

Sincerely,

Michael Gordon

Michael C. Gordon
Red River Territory, Vice President

Enclosures



# Iron Mountain Overview

Iron Mountain Incorporated (NYSE: IRM) provides information management services that help organizations lower the costs, risks and inefficiencies of managing their physical and digital data. The company's solutions enable customers to protect and better use their information — regardless of its format, location or lifecycle stage — so they can optimize their business and ensure proper recovery, compliance and discovery. Founded in 1951, Iron Mountain manages billions of information assets, including business records, electronic files, medical data, emails and more for organizations around the world. Visit www.ironmountain.com or follow the company on Twitter at www.twitter.com/IronMountain for more information.

## Solution Categories

Iron Mountain offers a comprehensive array of information management solutions that help companies reduce costs, risks and inefficiencies associated with managing their paper and digital data.

**INFORMATION GOVERNANCE AND DISCOVERY**



**DATA BACKUP AND RECOVERY**



### Information Governance and Discovery
- Records Management
- Secure Shredding
- Federal Records Storage
- Compliant Records Management
- Compliant Information Destruction
- Health Information Services
- Medical Image Archiving
- Film and Sound Archives
- Fulfillment Services
- Energy Data Services

### Data Backup and Recovery
- Offsite Tape Vaulting Services
- Online Vaulting Services, including:
  - Server Backup powered by Autonomy LiveVault
  - PC Backup powered by Autonomy Connected
- Data Restoration Services
- Consulting Services
- Value Added Services, including:
  - Disaster Recovery Testing
  - Library Moves
  - Media Destruction

### Document Process Efficiencies
- Document Management Solutions
- Business Process Management

© 2013 Iron Mountain Incorporated. All Rights Reserved.    EPW-11.3.9    (800) 899-IRON  |  www.ironmountain.com
D9473-7669



# Renewal Schedule A:
## PROGRAM PRICING SCHEDULE
### Records Management

This Records Management Pricing Schedule is incorporated into and made part of the Customer Agreement ("Agreement") between Iron Mountain Information Management, LLC., (the "Company" or "Iron Mountain") and HIGH TECH INSTITUTE, (the "Customer").

The Customer will be eligible for a Discount Rate of 11%. List Price is the standard Iron Mountain price for a given service and the Discount Rate is your percentage off of List Price.

The Discount Rate applies to Standard Storage and Services only and does not apply to Premium Storage and Services, Custom Storage and Services, Other Program Fees, or other fees not explicitly identified within this document.

Please see our Customer Information Center at cic.ironmountain.com for a Glossary with definitions of the terms used in this Pricing Schedule and more detail regarding our services, standard processes, and billing practices. In addition, restrictions apply to volume and/or stated timeframes for some service transaction types and these may be found in the Glossary under each service type.

This Records Management Pricing Schedule supersedes and terminates any prior Records Management Pricing Schedule and/or Schedule A existing between Iron Mountain and the Customer for the accounts noted below. All other Records Management services not specifically listed on this Schedule A will be charged at Iron Mountain's then current rates.


HIGH TECH INSTITUTE
District Name/Number:  D / 04322   |   D9473
Effective Date:  April 1, 2013
Discount Rate: 11%



# List Prices (as of April 1, 2013)

**STANDARD STORAGE AND SERVICES** (see http://cic.ironmountain.com/records/glossary for service definitions)

| DESCRIPTION | CURRENT LIST PRICE | DISCOUNT % | EFFECTIVE PRICE | PER |
|---|---|---|---|---|
| Carton Storage | $0.508 | 11% | $ 0.452 | Cubic Foot |
| Receiving and Entry - Carton | $3.21 | 11% | $ 2.857 | Cubic Foot |
| Regular Retrieval - Carton | $4.15 | 11% | $ 3.694 | Cubic Foot |
| Regular Retrieval - File from Carton | $5.57 | 11% | $ 4.957 | File |
| Regular Refile - Carton | $4.15 | 11% | $ 3.694 | Cubic Foot |
| Regular Refile - File to Carton | $5.57 | 11% | $ 4.957 | File |
| Archival Destruction - Carton | $5.02 | 11% | $ 4.468 | CF plus Regular Retrieval Charge |
| Permanent Withdrawal - Carton | $6.27 | 11% | $ 5.580 | CF plus Regular Retrieval Charge |
| Permanent Withdrawal - File from Carton | $3.02 | 11% | $ 2.688 | File plus Regular Retrieval Charge |
| Open Shelf Storage | $0.998 | 11% | $ 0.888 | Linear Foot |
| Open Shelf Storage - X-Ray | $1.487 | 11% | $ 1.323 | Linear Foot |
| Receiving and Entry - Open Shelf File | $6.15 | 11% | $ 5.474 | Linear Foot |
| Regular Retrieval - File from Open Shelf | $3.26 | 11% | $ 2.901 | File |
| Regular Refile - File to Open Shelf | $3.26 | 11% | $ 2.901 | File |
| Archival Destruction - Open Shelf | $3.02 | 11% | $ 2.688 | File plus Regular Retrieval Charge |
| Permanent Withdrawal - Open Shelf | $3.02 | 11% | $ 2.688 | File plus Regular Retrieval Charge |
| Next Day Delivery | $39.47 | 11% | $ 35.128 | Visit plus Handling Charge |
| Regular Pickup | $39.47 | 11% | $ 35.128 | Visit plus Handling Charge |
| Handling Charge | $3.64 | 11% | $ 3.240 | Cubic Foot |

**PREMIUM STORAGE & SERVICES** (see http://cic.ironmountain.com/records/glossary for service definitions)

| DESCRIPTION | EFFECTIVE PRICE | PER |
|---|---|---|
| Rush Retrieval - Carton | $6.21 | Cubic Foot |
| Rush Retrieval - File from Carton | $8.28 | File |
| Regular Interfile - Carton | $7.56 | Each |
| Half Day Delivery | $54.52 | Visit plus Handling Charge |
| Rush Delivery - Business Day | $109.02 | Visit plus Handling Charge |
| Rush Delivery - Weekends/Holidays/After Hours | $218.05 | Visit plus Handling Charge |
| Rush Pickup - Business Day | $109.02 | Visit plus Handling Charge |
| Archival Destruction - File from Carton | $4.73 | File plus Regular Retrieval Charge |
| Rush Retrieval - File from Open Shelf | $6.50 | File |
| Regular Interfile - Open Shelf | $5.02 | Each |
| Miscellaneous Services - Labor | $56.21 | Hour |
| Re-Boxing Charge | $5.68 | Labor plus New Carton Cost |

**OTHER PROGRAM FEES** (see http://cic.ironmountain.com/records/glossary for service definitions)

| DESCRIPTION | EFFECTIVE PRICE | PER |
|---|---|---|
| Fuel Surcharge | * | Transportation Visit |

*A Fuel Surcharge is applied monthly based upon changes in the price of diesel fuel as published by the US Department of Energy. This charge is calculated monthly and included as a percentage of transportation related service charges. The current monthly Fuel Surcharge information can be found at http://cic.ironmountain.com/FuelSurcharge.



| CUSTOM STORAGE & SERVICES (see http://cic.ironmountain.com/records/glossary for service definitions) | | |
|---|---|---|
| **DESCRIPTION** | **EFFECTIVE PRICE** | **PER** |
| ■ Individual Listing | $ 0.62 | File |
| ■ Storage Minimum | $ 148.00 | Month |
| ■ Minimum Service Order Charge | $ 14.20 | Order |

Additional Services beyond those listed in this Pricing Schedule are available. For service descriptions, please go to Additional Services at cic.ironmountain.com/additionalservices.



## Important Information Regarding Changes to Your Schedule A

To make it easier and more convenient for you to access your own records, we have added Image on Demand as an alternative method to retrieve your records digitally. With Image on Demand's just-in-time imaging services, you can scan only the documents that you need, when you need them. Because this service is provided on a pay-as-you-go basis, getting access to Image on Demand costs you nothing. Should you choose to take advantage of this service, you will notice the addition of the applicable imaging rates in the Records Management – Image on Demand Schedule A.

For more information about how to read your Schedule A, please visit our **Customer Information Center** website at **http://cic.ironmountain.com/**. This site is designed to provide clarity around our services and the billing practices associated with those services. This site is frequently updated with additional information of interest to our customers, so please bookmark it for easy reference.

We thank you for the business you entrust with us. If you have any questions or require additional information about this fee, please contact us at 1-800-934-3453.

 © 2013 Iron Mountain Incorporated. All Rights Reserved    EPW-9.4.18    (800) 899-IRON  |  www.ironmountain.com
D9473-7669



# Renewal Schedule A:
## PROGRAM PRICING SCHEDULE
### Records Management – Image on Demand™ (IOD)

This Pricing Schedule is incorporated into and made part of the Customer Agreement ("Agreement") between Iron Mountain Information Management, LLC., (the "Company" or "Iron Mountain") and HIGH TECH INSTITUTE, (the "Customer").

Please see our Customer Information Center at cic.ironmountain.com for a Glossary with definitions of the terms used in this Pricing Schedule and more detail regarding our services, standard processes, and billing practices. In addition, restrictions apply to volume and/or stated timeframes for some service transaction types and these may be found in the Glossary under each service type.

This Records Management — Image on Demand (IOD) Pricing Schedule supersedes and terminates any prior Records Management — Image on Demand (IOD) Pricing Schedule and/or Schedule A existing between Iron Mountain and the Customer for the accounts and document types noted below.

HIGH TECH INSTITUTE

District Name/Number: D / 04322   |   D9473
Effective Date: April 1, 2013

Image on Demand

The pricing included in this schedule applies specifically to the conversion of (stored) business records. Due to the complexity inherent to document conversion, additional document types may be subject to additional and/or specific pricing.

► **CHARGES\***

| DESCRIPTION | PRICE | PER |
|---|---|---|
| ■ Image on Demand – Imaging Minimum (Includes first 50 images) | $25.00 | Order |
| ■ Image on Demand – Digital Images Scanned (after first 50 images) | $.25 | Image |
| ■ Image on Demand – Hourly Labor | $56.21 | Hour |

\*Not available in all markets

Document Conversion using Image on Demand (IOD):

- The IOD File scan rate includes up to 8-minutes of total labor covering document preparation, scanning, quality control, extra indexing, scanning non-letter legal documents



and reassembly; file conversion work that exceeds 8-minutes per file will be charged an hourly rate in 15-minute increments (per order).

- Flatbed Scanning may be required and will be invoiced at the current photocopy rate.
- Because of the technical requirements for delivering digital images, Image on Demand Services are only available on a next day service.
- Activation is required before receipt of images can begin.
- All pages contained in the file will be scanned, unless there is an agreed upon statement of work that explicitly defines the pages to be scanned.
- If the customer's requirements differ from those described in this Schedule A or the description contained in "Image on Demand – Overview" within the glossary of the Customer Information Center (http://cic.ironmountain.com), then those requirements must be described in an agreed upon statement of work.

Additional labor charges may apply for work beyond this scope and will be billed under the Hourly Image Conversion Labor charge in 15-minute increments.

Damaged, illegible and/or odd sized documents will be scanned using a flat bed scanner, a fee will be charged for every image generated at Iron Mountain's current photocopy rate.

Rates defined above do not include charges for retrieval, refile, disposition, or physical delivery of source documentation. Rates for these services are based on customer's existing rates. All other services, not specifically listed herein or quoted on a separate Schedule A, will be charged at Iron Mountain's then current rates.

## Business Process

▶ **PROFESSIONAL SERVICES**

Professional services as required to define the business requirements.

| DESCRIPTION | PRICE | PER |
|---|---|---|
| ■ Professional services | $250.00 | Hour |

SEPARATOR PAGE



SEND ALL CORRESPONDENCE TO:
DATAPROS
23042 N 15ᵗʰ LANE
PHOENIX, ARIZONA 85027

# SERVICE AGREEMENT

| THIS IS AN AGREEMENT BETWEEN DATAPROS, INC. HEREIN CALLED DATAPROS, AND: | DATE | ACCOUNT NO |
|---|---|---|
| | 2/13/2009 | 1211 |

High Tech Institute
16404 N Black Canyon HFwy
Phoenix, AZ 85053

*PURCHASE ORDER NUMBER*

*CONTACT (CLIENT)*
Mark Schillereff (602) 331-2225

*HEREIN CALLED "CLIENT"*

## A. STANDARD CHARGES

| QUANTITY (EST) | SERVICE/MISC. DESCRIPTION | UNIT PRICE | MONTHLY CHARGES |
|---|---|---|---|
| 4 | Pickup/Delivery Charge | $19.00 | $76.00 |
| 4 | LTO Transport Container with Lock | $2.50 | $10.00 |
| 60 (Estimated) | LTO Tape Storage Slots | $0.25 | $15.00 |
| 70 (Estimated) | LTO Tape Storage Pull/File | $0.50 | $35.00 |

ADMINISTRATIVE FEE — Waived
TOTAL MONTHLY CHARGES — $136.00

## B. SPECIAL CHARGES

| SPECIAL SERVICE | CHARGE | RESPONSE TIME: |
|---|---|---|
| CRITICAL | $79.00 | 1.5 hours |
| EMERGENCY | $34.00 | Same Day   Call by Noon |
| UNSCHEDULED * | $19.00 | Next Working Day |
| *(Does not apply to daily service)* | | |
| HOLIDAY* | $89.00 | |
| *(Refer to holiday schedule in Client Service Guide)* | | |

MISCELLANEOUS: PROJECTS, AUDITS, INV.
LIBRARY MAINT & EXCEPTION HANDLING
ONE HOUR MINIMUM    $14.00   PER HOUR
*(DURING NORMAL BUSINESS HOURS)*

LIBRARY HANDLING: _____ PER ITEM

CONTAINER HANDLING: _____ PER ITEM

## C. GENERAL INFORMATION

TIME AND FREQUENCY OF SERVICE:   Monthly Service-Monday between 10:00 AM -Noon
Scheduled for Last Working Day of the Month

SERVICE LOCATION:   Same as above

TERM OF AGREEMENT:   I Year

| CLIENT | DATAPROS |
|---|---|
| | |
| AUTHORIZED SIGNATURE / DATE | AUTHORIZED SIGNATURE / DATE |
| | Dennis Hamel |
| PRINT NAME | PRINT NAME |
| | Director, Business Development |
| TITLE | TITLE |

SEE ADDITIONAL TERMS AND CONDITIONS ON THE REVERSE SIDE OF THIS AGREEMENT.

1211

_STORAGE AGREEMENT_

**FACS MEDIA ✳ PROTECTION**

THIS AGREEMENT is entered into between:
High-Tech Institute    hitor
16404 N. Black Canyon Hwy. Suite #180
Phoenix, AZ 85053

and

FACS RECORDS CENTER, a division of Walsh Bros.
125 N. 67th Avenue Ste. 1
Phoenix, AZ 85043
("FACS").

1. _Storage._ FACS hereby agrees to store the Client's business records and/or media (the "Records"), which are delivered to FACS for storage pursuant to this Agreement.

2. _Tender for Storage._
   a) All Records will be delivered to FACS properly marked and packed for handling.
   b) FACS will store Records only in the packages in which they are originally received, unless otherwise provided. If in the opinion of FACS, acting reasonably, the package in which any Records are received is not suitable for the storage of those Records, FACS may repackage the Records and the Client will pay the cost of material and labor required to accomplish such repackaging. Designated individual media tapes will be stored in slotted media storage.

3. _Warehouse Lien._ Pursuant to the provisions of the Uniform Commercial Code-Documents of Title (Arizona Revised Statutes 47-7209), from the delivery of the Records to the warehouse, FACS will have a warehousemen's lien upon the Records and each item thereof for all charges incurred prior to issue of this Receipt and for all charges incurred after such issue while the Records remain in storage.

4. _Term._ This Agreement will have a term of 12 months (the "Initial Term") commencing on the date hereof and will be automatically renewed thereafter from year to year on the terms and conditions set out herein (other than the amount payable by the Client for storage set out in Paragraph 6.1 which will be the amount notified by FACS to the Client at least 30 days prior to the expiration of the Initial Term or any renewal term) unless either party has given not less than 30 days' prior written notice to the other party of its intention to terminate this Agreement and, in the case of termination by the Client, the amount set out in Paragraph 6 is paid.

5. _Delivery and Transfer Requirements._
   a) Records covered by this Receipt shall be delivered or transferred only upon:
      i. Payment of all sums due FACS, including FACS charges for the permanent removal, transfer or delivery of Records.
      ii. Receipt by FACS of acceptable instructions from the Client and, when required by FACS, surrender of the receipt for cancellation or for endorsement by FACS; and
      iii. Acknowledgement in writing of receipt of the Records.
   b) FACS shall incur no liability for the delivery or transfer of Records to any person previously authorized by Client. It shall be the responsibility of Client to notify FACS in writing of any persons that Client wishes to delete from its authorization list. Similarly, FACS shall incur no liability for the delivery or transfer of Records to any person when FACS reasonably believes in good faith that the person is entitled to title or possession of the Records.
   c) If there is any question or dispute concerning the person or persons rightfully entitled to the transfer or delivery of Records, FACS may, but shall not be

required to refuse to transfer or deliver the Records until ordered by a court of competent jurisdiction, or at the option of FACS, until furnished with an indemnity bond in form acceptable to FACS' counsel, indemnifying FACS from any liability cost or expense arising out of the transfer or delivery of the Records.
   d) FACS reserves the right to transfer at its own expense any Records in storage from one storage area to another within the building where the Records are currently located or to transfer the Records to another building. If the Records are transferred to another building, FACS shall give the Client advance written notice of the new storage location.

6. _Delivery Services._
   a) Delivery requests which are received by FACS before 3:00 PM on any weekday, excluding holidays (referred to as a "Regular Working Day") will be classified as Standard Service and completed Next Day between the hours of 9:00 AM and 5:00 PM.
   b) Same Day (Rush) delivery requests received by FACS between the hours of 7:30 AM and 3:00 PM on any Regular Working Day will be classified as Rush service and will be completed by FACS the same day in accordance with the Delivery Time agreed upon with the Client. Delivery Rates will vary based on the existing Courier rates for specific time requirements (ex. 1 Hour, 2 Hour, 3 Hour and Half-Day).
   c) Immediate delivery requests received by FACS before 7:30 AM or after 4:00 PM on a Regular Working Day or at any time on a weekend or holiday will be classified as emergency service and effected by FACS as soon as received.
   d) Emergency deliveries received outside of normal operating hours will be accomplished within 2 hours of receipt and at the then published rate.
   e) Scheduled delivery rotations will occur within the pre-determined 2 hour time slots on the scheduled day(s).

7. _Fees._
   a) The amount payable by the Client during the Term for storage service provided by FACS will be $0.25 per gross cubic foot of Records stored per month. This rate shall have a term of 12 months. Storage charges will commence on the first day of the calendar month in which the Records were delivered into storage.
   b) Media will be stored in a fire resistant vault, which is climate and temperature controlled. Fees for this type of storage will be according to the attached price schedule "C". The rates in Schedule "C" may be changed by FACS from time to time with thirty days notice to Client.
   c) Charges for other services provided by FACS will be at the rates set forth on FACS then-current rate schedule. The rate schedule presently in effect is set forth in Schedule "B" hereto. The rates in Schedule "B" may be changed by FACS from time to time with thirty days notice to Client.
   d) All charges for services rendered or to be rendered and storage fees through permanent removal, including account closure fees, shall be paid by customer prior to the delivery of Client's records at the expiration of the term.

8. _Invoicing._
   a) Upon delivery of any Records into storage, storage charges for such Records for the period from the first day of the month in which such records were delivered to the next following anniversary date, will be payable by the Client. Commencing with the next following anniversary date, FACS will invoice the client for the following year's storage charges for the Records then in storage.

1

b) Media Client will be invoiced at the beginning of each month for storage and other services performed by FACS during the previous month.

c) The Client will be invoiced at the beginning of each month for other services performed by FACS during the previous month.

d) All amounts are due and payable within 30 days.

9. *Access and Inspection*. The Client, or any person upon the written authority of the Client may, subject to insurance regulations or other reasonable limitations imposed by, and upon reasonable notice to FACS, have access to the Records for inspection.

10. *Removal of Stored Goods*. Where in the opinion of FACS, the nature or conditions of the goods stored by the Client creates a condition hazardous to the safekeeping and storage of other stored goods in the warehouse or any property of the warehouse or to any property of any other. FACS may forthwith remove such stored goods from the warehouse and shall thereupon give such notice to the Client of such removal and the location thereof. In such case, the Client shall be liable for the safekeeping of the stored goods and all liability of FACS shall cease. FACS acknowledges and agrees that files of paper products are not and shall not be deemed to be hazardous to the safekeeping and storage of other stored goods.

11. *Liability of FACS*.
a) FACS will exercise the care and diligence in storing the Records that a careful and vigilant owner of business records would exercise in the custody of them in similar circumstances. FACS will not permit access to Client's records except as described in section 5 or 9 above. FACS will notify Client as soon as reasonably practicable in the event of any unauthorized breach of FACS facilities. If the Client makes a reasonable determination that Client's Records may have been compromised FACS will incur all reasonable costs incurred by Client as a result of such breach including costs incurred by Client as a result of State and Federal regulations.

b) The quality, condition, contents and value of the Records are not known to FACS except as declared and described on the face of this Receipt.

c) Storage rates do not include insurance. The Records are not insured by FACS except where specifically required in writing by the Client and the amount and rate of such insurance is endorsed upon the face of the Receipt.

d) Without limiting the generality of the foregoing subparagraphs (a), (b) and (c), it is specifically declared and agreed that:

   I. FACS will not be responsible for loss or damage to the Records resulting from any of the following perils: fire or explosion from any cause; flood, wind, storm, earthquake, or other acts of God, war, insurrection, riot, civil or military authority, strikes, picketing, or any other labor trouble; loss in quality due to the nature of the Records; inadequate or insufficient boxing, crating or packaging; wear and tear; any cause not originating in the warehouse; any cause beyond the control of FACS; concealed damage; breakage, theft, pilferage, vermin, roof or sprinkler leakage or water; and

   II. that all FACS' charges incurred with respect to the Records lost or damaged as a result of any such peril shall be payable by the Client and shall constitute a charge on the remaining Records.

e) Any liability of FACS is limited to the declared value of the Records if indicated on the face of the Receipt or the monetary amount of the damage incurred, whichever is the lesser, but in no case shall such liability exceed ten cents per pound on any one package or stored unit. If during storage, the value per unit of the Records changes and the Client so

declares in writing to FACS, a revision of the storage rates in accordance with such new value may be made.

f) FACS is not in any case or under any circumstances, whether negligent or not, responsible for any loss or damage to Records unless and until notice in writing of such loss or damage, together with full and detailed particulars thereof, is given to FACS within 21 days after the Client becomes aware of such loss or damage or takes delivery of the Records or any portion thereof, whichever event is earlier.

g) In the event of damage to tape(s) caused by FACS, they agree to be responsible for the replacement of the tape(s) only, and does not assume any liability for the replacement of data.

12. *Right to Destroy Records*. Where the Records are files or documents which appear to FACS, acting reasonably, to have a negligible value if offered for sale by public auction and the Client has neglected or refused for a period of six months to pay to FACS the charges required to be paid by the Client, FACS may by notice to the Client and to any other person known by FACS to claim an interest in the Records, require the payment of all outstanding charges and the removal of the Records within 60 days from the date such notice is delivered. If the parties so notified, neglect or refuse to pay such charges and remove the Records within the 60-day period, FACS may destroy the Records without further notice and such parties will not have a right of action against FACS. The Client will indemnify and save harmless FACS from any losses, costs, charges, expenses, damages, and liabilities arising in any way, directly or indirectly, from the destruction of the Records according to this procedure

13. *Destruction of Data*. Client releases FACS from all liability by reason of the destruction of stored material pursuant to Customer's written Direction.

14. *Assignment*. The Client acknowledges and agrees that FACS may:
a) Assign all or any of its rights, privileges and powers hereunder to any party purchasing all or any portion of the business or assets of FACS; or
b) Mortgage, pledge, charge, assign or otherwise encumber all or any of its rights, privileges or powers hereunder to any financial institution as security for a financing transaction.

   Notice of any assignment pursuant to Paragraph 14(a) shall be given to Client.

15. *Notice*. Any notice hereunder will be effective only if in writing and delivered or forwarded by certified mail to FACS or the Client at their respective addresses set out above (or to such other addresses as may be notified by either party). If delivered, notice will be deemed to be given when delivered. If mailed, notice will be deemed to be given three Regular Working Days following the date of mailing.

16. *Entire Agreement*. The foregoing sets forth the entire agreement between the parties. There are no representations, warranties, promises or understandings except those set forth in this Agreement.

EFFECTIVE DATE:

EXECUTED by the parties as of _2-11_ 2008

By: _[signature]_

Title: _Dir g MIS_

FACS RECORDS CENTER, a division of Walsh Bros.

By: _[signature]_

Title: _G.M._

2

FACS RECORDS CENTRE - SCHEDULE A
NON-NEGOTIABLE WAREHOUSE
RECEIPT

The Records listed herein were received into storage in apparent good order (except as otherwise noted) on the Terms and Conditions set out herein.

CONTRACT TERMS AND CONDITIONS

1. CONTRACT – This Receipt when delivered or mailed to the owner or depositor (the "Client") of the goods described in the Receipt (the "Records") at this address last known to FACS shall, together with the "Storage Agreement"), constitute the contract between the Client and FACS in respect of the storage of the Records. The Storage Agreement is incorporated in this Receipt by reference.

2. WAREHOUSE LIEN – Pursuant to the provisions of the Uniform Commercial Code-Documents of Title (Arizona Revised Statutes 47-7209), from the delivery of the Records to the warehouse, FACS will have a warehouseman's lien upon the Records and each item thereof for all charges incurred prior to issue of this Receipt and for all charges incurred after such issue while the Records remain in storage.

3. TENDER FOR STORAGE – (A) All Records will be delivered to FACS properly marked and packed for handling. (B) FACS will storage Records only in the packages in which they are originally received, unless otherwise provided. If, in the opinion of FACS, acting reasonably, the package in which any Records are received is not suitable for the storage of those Records, FACS may repackage the records and the Client will pay the cost of material and labor required to accomplish repackaging.

4. DELIVERY AND TRANSFER REQUIREMENTS - (A) records covered by this Receipt shall be delivered or transferred only upon: (i) payment of all sums due FACS, including FACS charges for the permanent removal, transfer or delivery of Records; (ii) receipt by FACS of acceptable instructions from the Client and, when required, surrender of this Receipt for

cancellation or for endorsement by FACS; and (iii) acknowledgement in writing of receipt of the Records. (B) FACS shall incur no liability for the delivery or transfer of Records to any person previously authorized by Client. It shall be the responsibility of client to notify FACS in writing of any persons that Client wishes to delete from its authorization list. Similarly, FACS shall incur no liability for the delivery or transfer of Records to any person when FACS reasonably believes in good faith that the person is entitled to title or possession of the Records. (C) If there is any question or dispute concerning the person or persons rightfully entitled to the transfer or delivery of Records, FACS may, but shall not be required to refuse to transfer or deliver the Records until ordered by a court of competent jurisdiction, or at the option of FACS, until furnished with an indemnity bond in form acceptable to FACS' counsel, indemnifying FACS from any liability cost or expense arising out of the transfer or delivery of the Records. (D) FACS reserves the right to transfer at its own expense any Records in storage from one storage area to another within the building where the Records are currently located or to transfer the Records to another building. If the Records are transferred to another building, FACS shall give the Client advance written notice of the new storage location.

5. REMOVAL OF STORED GOODS – Where in the opinion of FACS the nature or condition of the goods stored by the Client creates a condition hazardous to the safekeeping and storage of other stored goods in the warehouse or to any property of the warehouse or to any property or person, FACS may forthwith remove such stored goods from the warehouse and shall thereupon give such notice to the Client of such removal and the location thereof. In such case the Client shall be liable for the safekeeping of the stored goods and all liability of FACS shall cease. FACS acknowledges and agrees that files of paper products are not and shall not be deemed to be hazardous to the safekeeping and storage of other stored goods.

6. LIABILITY OF FACS – (A) FACS will exercise the care and diligence in storing the Records that a careful and vigilant owner of business records would exercise in the custody of them in similar

circumstances. (B) The quality, condition, contents and value of the Records are not known to FACS except as declared and described on the face of this Receipt. (C) Storage rates do not include insurance. The Records are not insured by FACS except where specifically required in writing by the Client and the amount and rate of such insurance is endorsed upon the face of this Receipt. (D) Without limiting the generality of the foregoing subparagraphs (A), (B) and (C), it is specifically declared and agreed that: (i) FACS will not be responsible for loss or damage to the Records resulting from any of the following perils: fire or explosion from any cause; flood, wind, storm, earthquake, or other acts of God, war, insurrection, riot, civil or military authority, strikes, picketing, or any other labor trouble; loss in quality due to the nature of the Records; inadequate or insufficient boxing, crating or packaging; wear and tear; any cause not originating in the warehouse; any cause beyond the control of FACS; concealed damage; breakage, theft, pilferage, vermin, roof or sprinkler leakage or water; and (ii) that all FACS' charges incurred with respect to Records lost or damaged as a result of any such peril shall be payable by the Client and shall constitute a charge on the remaining records. (E) Any liability of FACS is limited to the declared value of the Records if indicated on the face hereof or the monetary amount of the damage incurred, whichever is the lesser, but in no case shall such liability exceed ten cents per pound on any one package or stored unit. If during storage, the value per unit of the Records changes and the Client so declares in writing to FACS, a revision of the storage rates in accordance with such new value may be made. (F) FACS is not in any case or under any circumstances, whether negligent or not, responsible for any loss or damage to Records unless and until notice in writing of such loss or damage, together with full and detailed particulars thereof, is given to FACS within 21 days after the Client becomes aware of such loss or damage or takes delivery of the Records or any portion thereof, whichever event is earlier.

7.    RIGHT TO DESTROY RECORDS – Where the Records are files or documents which appear to FACS, acting reasonably, to have a negligible value if offered for sale by public auction and the Client has neglected or refused for a period of six months to pay to FACS the charges required to be paid by the Client, FACS may, by notice to the Client and to any other person known by FACS to claim an interest in the Records, require the payment of all outstanding charges and the removal of the Records within 60 days from the date such notice is delivered. If the parties so notified neglect or refuse to pay such charges and remove the Records within the 60 day period, FACS may destroy the Records without further notice and such parties will not have a right of action against FACS. The Client will indemnify and save harmless FACS from any losses, costs, charges, expenses, damages and liabilities arising in any way, directly or indirectly, from the destruction of the Records according to this procedure.

## FACS Records Center
A Division of Walsh Bros
*Media Storage & Service Rates*
Exhibit C:
2008

## Monthly Media Storage Charges

| | |
|---|---|
| Per Slotted Tape: | $0.25 |
| Per Case < 3 cubic feet | $4.00 |
| Per Case 3 – 5 cubic feet | $6.50 |

## Media Pickup and Delivery Fees (round trip)

| | Weekday | Holiday |
|---|---|---|
| Scheduled Pickup/Delivery | $19.00 | $29.00 |
| Same-Day pickup/Delivery | $34.00 | $39.00 |
| Emergency/After Hours Holiday Pickup/Delivery | $79.00 | $89.00 |

## Vault Management

| | |
|---|---|
| Pull or refile slotted tape | $0.50 |
| Pull or refile DVD/CD Jewel case | $0.50 |
| Pull or refile case | $1.50 |

## Miscellaneous

| | |
|---|---|
| Media Case | Call for quote (variety available) |
| Hourly Labor (special projects) | $34.50 per hour |
| Client Viewing Area | No charge |
| Permanent Removal Fee | None |
| Media Case Rental | $2.50 per month plus tax |

 IRON MOUNTAIN®

November 29, 2013

Tyler Pullins
HIGH TECH INSTITUTE
16404 N. Black Canyon Freeway
Phoenix, AZ 85053

Dear Iron Mountain Customer:

Thank you for continuing to trust Iron Mountain with your information management
needs. Enclosed please find your new Iron Mountain Pricing Schedule (Schedule A)
which provides updated rates for Data Protection storage and services, effective January
1, 2014.

If you would like more detailed information, please reference the Customer Information
Center on our website at **http://cic.ironmountain.com/dataprotection**. The Customer
Information Center is a resource that contains storage and service descriptions, a
glossary of terms, and billing protocols such as how we determine container billing -
which may be greater than the physical container size. This site is frequently updated
with additional information of interest to our customers, so please bookmark it for easy
reference.

We thank you for the business you entrust with us. If you have any questions or require
additional information, please contact us at 1-888-365-IRON (4766).

Sincerely,

Bryan Laches
General Manager

Enclosures



# Iron Mountain Overview

Iron Mountain Incorporated (NYSE: IRM) provides information management services that help organizations lower the costs, risks and inefficiencies of managing their physical and digital data. The company's solutions enable customers to protect and better use their information — regardless of its format, location or lifecycle stage — so they can optimize their business and ensure proper recovery, compliance and discovery. Founded in 1951, Iron Mountain manages billions of information assets, including business records, electronic files, medical data, emails and more for organizations around the world. Visit www.ironmountain.com or follow the company on Twitter at www.twitter.com/IronMountain for more information.

## Solution Categories

Iron Mountain offers a comprehensive array of information management solutions that help companies reduce costs, risks and inefficiencies associated with managing their paper and digital data.

**INFORMATION
GOVERNANCE
AND DISCOVERY**



**DATA BACKUP AND
RECOVERY**



### Information Governance and Discovery

- Records Management
- Secure Shredding
- Federal Records Storage
- Compliant Records Management
- Compliant Information Destruction
- Health Information Services
- Medical Image Archiving
- Film and Sound Archives
- Fulfillment Services
- Energy Data Services

### Data Backup and Recovery

- Offsite Tape Vaulting Services
- Online Vaulting Services, including:
  - Server Backup powered by Autonomy LiveVault
  - PC Backup powered by Autonomy Connected
- Data Restoration Services
- Consulting Services
- Value Added Services, including:
  - Disaster Recovery Testing
  - Library Moves
  - Media Destruction

### Document Process Efficiencies

- Document Management Solutions
- Business Process Management



# Renewal Schedule A:
## PROGRAM PRICING SCHEDULE
## Offsite Tape Vaulting

This Offsite Tape Vaulting Pricing Schedule is incorporated into and made part of the Customer Agreement ("Agreement") between Iron Mountain Information Management, LLC., (the "Company" or "Iron Mountain") and HIGH TECH INSTITUTE, (the "Customer").

Please see our Customer Information Center at cic.ironmountain.com/dataprotection for a Glossary with definitions of the terms used in this Pricing Schedule and more detail regarding our services, standard processes, and billing practices. In addition, restrictions apply to volume and/or stated timeframes for some service transaction types and these may be found in the Glossary under each service type.

This Offsite Tape Vaulting Pricing Schedule supersedes and terminates any prior Offsite Tape Vaulting Pricing Schedule and/or Schedule A existing between Iron Mountain and the Customer for the accounts noted below. All Offsite Tape Vaulting services not specifically listed on this Schedule A will be charged at Iron Mountain's then current rates.

HIGH TECH INSTITUTE
District Name/Number:  PHOENIX - DP / 44134   |   DP1211
Effective Date:  January 1, 2014

Sub Account Locations — See Affiliate ML-1 for additional designated locations to be serviced.



# Prices

**STANDARD SERVICES** (see http://cic.ironmountain.com/dataprotection/glossary for service definitions)

| DESCRIPTION | EFFECTIVE PRICE | PER |
|---|---|---|
| ■ Scheduled Service | $79.80 | Trip |
| ■ Scheduled Service | $147.00 | Month |
| ■ Transport Container | $8.40 | Container |
| ■ Media Handling (Minimum: $23.18/Month) | $0.53 | Item |
| ■ Closed Container/Cart Handling | $0.00 | Item |
| ■ Transport Container Handling | $0.00 | Item |

**STANDARD STORAGE** (see http://cic.ironmountain.com/dataprotection/glossary for service definitions)

| DESCRIPTION | EFFECTIVE PRICE | PER |
|---|---|---|
| ■ Slotted Media | $0.263 | Slot |
| ■ Closed Container (Compact) | $8.40 | Container |
| ■ Closed Container (Small) | $8.40 | Container |
| ■ Closed Container (Medium) | $8.40 | Container |
| ■ Closed Container (Large) | $8.40 | Container |

**PREMIUM STORAGE & SERVICES** (see http://cic.ironmountain.com/dataprotection/ for service definitions)

| DESCRIPTION | EFFECTIVE PRICE | PER |
|---|---|---|
| ■ Standard Special Transport (24 hours) | $19.95 | Trip / Sub-Acct |
| ■ Critical Special Transport (3 hours) | $35.70 | Trip / Sub-Acct |
| ■ Holiday Charge | $115.85 | Holiday |
| ■ Container Locks | $13.89 | Lock |
| ■ Security Clips | $3.18 | Clip |

**OTHER PROGRAM FEES** (see http://cic.ironmountain.com/dataprotection/ for service definitions)

| DESCRIPTION | EFFECTIVE PRICE | PER |
|---|---|---|
| ■ Administrative Fee | $18.00 | Account Number |



**CUSTOM STORAGE & SERVICES** (see http://cic.ironmountain.com/dataprotection/ for service definitions)

| DESCRIPTION | EFFECTIVE PRICE | PER |
|---|---|---|
| ■ Third Party Transportation | | Priced per Shipment |
| ■ Out of Service Territory Premium | $1.32 | Mile |

Additional Services beyond those listed in this Pricing Schedule are available. For service descriptions, please go to Additional Services at cic.ironmountain.com/dataprotection/additional.