IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>FCC HOLDINGS, INC., et al.,[1]<br><br>　　　　　　　　　Debtors. | Chapter 11<br><br>Case No. 14-11987 (CSS)<br>Jointly Administered<br><br>Hearing Date: Feb. 22, 2016 at 11:00 a.m. (ET)<br>Obj. Deadline: Dec. 16, 2015 at 4:00 p.m. (ET)<br><br>Related D.I. 637 |

**NOTICE OF SUBMISSION OF PROOFS OF CLAIM IN CONNECTION WITH THE FIRST OMNIBUS OBJECTION (SUBSTANTIVE) OF LIQUIDATING TRUSTEE TO CLAIMS PURSUANT TO BANKRUPTCY CODE SECTIONS 105 AND 502 AND RULE 3007 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE**

PLEASE TAKE NOTICE that on December 28, 2015, copies of the proofs of claim in connection with the **First Omnibus Objection (Substantive) of Liquidating Trustee to Claims Pursuant to Bankruptcy Code Sections 105 and 502 and Rule 3007 of the Federal Rules of Bankruptcy Procedure [D.I. 637]** were hand delivered to the Honorable Christopher S. Sontchi, United States Bankruptcy Court for the District of Delaware, 824 Market Street, 5th Floor, Wilmington, DE 19801.  Copies are available by contacting the undersigned counsel for the Liquidating Trustee.

---

1　　　The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: FCC Holdings, Inc. (6928); Education Training Corporation (1478); High-Tech Institute Holdings, Inc. (4629); EduTech Acquisition Corporation (8490); and High-Tech Institute, Inc. (3099). The Debtors' business address is 1000 Corporate Drive, Suite 500, Fort Lauderdale, FL 33334.

WCSR 35447361v1

| | |
|---|---|
| Dated:  December 28, 2015 | **WOMBLE CARLYLE SANDRIDGE & RICE, LLP** |
| | |
| | <u>/s/ Ericka F. Johnson</u> |
| | Matthew P. Ward (Del. Bar No. 4471) |
| | Ericka F. Johnson (Del. Bar No. 5024) |
| | 222 Delaware Avenue, Ste. 1501 |
| | Wilmington, DE  19801 |
| | Telephone:  (302) 252-4320 |
| | Facsimile:  (302) 661-7738 |
| | E-mail: maward@wcsr.com |
| | E-mail: erjohnson@wcsr.com |
| | |
| | *Counsel for the Liquidating Trustee* |

WCSR 35447361v1