IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br><br> FCC HOLDINGS, INC., et al., <br><br> Debtors. | ) Chapter 11 <br> ) Case No. 14-11987 <br> ) <br> ) <br> ) (Jointly Administered) <br> ) <br> ) **Related Docket No. \_\_\_\_** |

**ORDER GRANTING MOTION TO APPROVE STIPULATION
BETWEEN THE LIQUIDATING TRUSTEE AND
ANNA BUPASIRI, JULIANN HARRIS, TRUDY CAMPBELL,
ADRIAN BROOKS, AND SCOTT REYNOLDS GRANTING
RELIEF FROM AUTOMATIC STAY AND PLAN INJUNCTION**

Upon consideration of the Motion to Approve Stipulation Between the Liquidating Trustee and Anna Bupasiri, Juliann Harris, Trudy Campbell, Adrian Brooks, and Scott Reynolds (the "Claimants") Granting Relief from the Automatic Stay and Plan Injunction (the "Motion"); and after due deliberation; and it appearing that sufficient cause exists for granting the relief requested by the Motion; it is hereby:

ORDERED that the Stipulation (a copy of which is attached hereto as Exhibit 1) is approved; and it is further

ORDERED that the Claimants are granted limited relief from the automatic stay pursuant to 11 U.S.C § 362 and the injunction provided for in Section 11.05 of the Plan to seek to liquidate their claims for recovery solely against any applicable insurance policy of the Debtors; and it is further

ORDERED that the Claimants and two related plaintiffs in the Proceeding, Christopher Scott and August Moses, shall not conduct any discovery in the Proceeding directly against the Trust, Trustee or their bankruptcy professionals; and it is further

ORDERED that if the Claimants obtain a recovery or judgment against the Debtors in the Proceeding, the Claimants will seek to enforce it solely against the proceeds of insurance and will not seek to enforce the recovery or judgment against the Trust, Trustee, Debtors, the Debtors' estates, or property of the Debtors or the Trust; and it is further

ORDERED that the Court shall retain jurisdiction to hear and determine all matters arising from or related to the Stipulation and this Order.

Dated: Wilmington, Delaware

July __, 2016

                                           The Honorable Christopher S. Sontchi
                                           United States Bankruptcy Judge

*36480995-v.1*