IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>FCC HOLDINGS, INC., et al.<br><br>　　　　　　　　　Debtors. | ) Chapter 11<br>)<br>) Case No. 14-11987 (CSS)<br>)<br>) (Jointly Administered)<br>)<br>) Objection Deadline: July 15, 2016 at 4:00 p.m. (EST)<br>) Hearing Date:  TBD |

## NOTICE OF MOTION

**PLEASE TAKE NOTICE** that on June 28, 2016, Anna Bupasiri, Juliann Harris, Trudy Campbell, Adrian Brooks, and Scott Reynolds , through their undersigned counsel, filed a Motion to Approve Stipulation Between the Liquidating Trustee and Anna Bupasiri, Juliann Harris, Trudy Campbell, Adrian Brooks, and Scott Reynolds Granting Relief from the Automatic Stay and Plan Injunction (the "Motion") with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801 (the "Bankruptcy Court") and a copy of the Motion.

**PLEASE TAKE FURTHER NOTICE** that any objections to the Motion must be made in writing, filed with the Bankruptcy Court, and served upon, so as to actually be received by, the undersigned counsel for Anna Bupasiri, Juliann Harris, Trudy Campbell, Adrian Brooks, and Scott Reynolds, on or before **July 15, 2016 at 4:00 p.m. (Eastern Time)**.

**PLEASE TAKE FURTHER NOTICE** that if an objection is filed, a hearing on the Motion may be held before the Honorable Christopher S. Sontchi in the Bankruptcy Court, 824 Market Street, 5th Floor, Courtroom #6, Wilmington, Delaware 19801, on **a date to be determined.**

**PLEASE TAKE FURTHER NOTICE** that if no objection to the Motion is timely filed in accordance with the procedures enumerated above, the Bankruptcy Court may enter an Order granting the relief sought in the Motion without further notice or hearing.

Dated: June 28, 2016　　　　　　　　　　**WHITEFORD TAYLOR & PRESTON LLC**[1]
　　　　Wilmington, DE

　　　　　　　　　　　　　　　　　　　　/s/ Thomas J. Francella, Jr.
　　　　　　　　　　　　　　　　　　　　Thomas J. Francella, Jr. (No. 3835)
　　　　　　　　　　　　　　　　　　　　The Renaissance Centre
　　　　　　　　　　　　　　　　　　　　405 North King Street, Suite 500
　　　　　　　　　　　　　　　　　　　　Wilmington, DE 19801-3700
　　　　　　　　　　　　　　　　　　　　Telephone: (302) 357-3252
　　　　　　　　　　　　　　　　　　　　Facsimile: (302) 357-3272
　　　　　　　　　　　　　　　　　　　　Email: tfrancella@wtplaw.com

---

[1] Whiteford Taylor & Preston LLC is a limited liability company. Whiteford Taylor & Preston's offices outside of Delaware operate under a separate Maryland limited liability partnership Whiteford Taylor & Preston L.L.P.