IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>FCC HOLDINGS, INC., et al.<br><br>Debtors. | ) Chapter 11<br>)<br>) Case No. 14-11987 (CSS)<br>)<br>) (Jointly Administered)<br>)<br>) Objection Deadline: July 15, 2016 at 4:00 p.m. (EST)<br>) Hearing Date: TBD |

## CERTIFICATE OF SERVICE

I, Thomas J. Francella, Jr., Esquire, do hereby certify that on this 28th day of June 2016, I caused true and correct copy of the *Motion to Approve Stipulation Between The Liquidating Trustee and Anna Bupasiri, Juliann Harris, Trudy Campbell, Adrian Brooks, and Scott Reynolds and Granting Relief from Automatic Stay and Plan Injunction* to be served upon the attached service list, which is attached hereto as **Exhibit A**, via U.S. First Class Mail.

Dated: June 28, 2016
Wilmington, DE

WHITEFORD TAYLOR & PRESTON LLC

*/s/ Thomas J. Francella, Jr.*
Thomas J. Francella, Jr., Esq., #3835
The Renaissance Centre
405 North King Street, Suite 500
Wilmington, Delaware 19801-3700
Telephone: (302) 357-3252
Facsimile: (302) 357-3272
Email: tfrancella@wtplaw.com

*2205249*