# EXHIBIT A

Anthem Education
1000 Corporate Dr Ste 500
Ft. Lauderdale, FL 33334

Greenberg Traurig, LLP
Dennis A. Meloro
1007 North Orange Street, Suite 1200
Wilmington, DE 19801

Greenberg Traurig, LLP
Nancy A. Mitchell & Maria J. DiConza & Zack Polidoro
200 Park Avenue
New York, NY 10166

Akerman LLP
Sundeep S. Sidhu Esq.
420 S. Orange Avenue, Suite 1200
Orlando, FL 32801-4904

Andrew S. Conway, Esq.
200 East Long Lake Road, Suite 300
Bloomfield Hills, MI 48304

Archer & Greiner, P.C.
David W. Carickhoff, Esq.
300 Delaware Ave., Suite 1370
Wilmington, DE 19801

Archer & Greiner, P.C.
Edward J. Kelleher, Esq.
One Centennial Square
Haddonfield, NJ 08033

Arnstein & Lehr LLP
Michelle G. Novick, Esq.
120 South Riverside Plaza
Suite 1200
Chicago, IL 60606-3910

Attorney General State of Michigan
Bill Schuette & Heather L. Donald
Assistant Attorney General
Cadillac Place, Suite 10-200
3030 W. Grand Blvd.
Detroit, MI 48202

Bank of Montreal
James Jerz
115 South LaSalle Street
Chicago, IL 60603

Barnes & Thornburg LLP
David M. Powlen, Esq.
Kevin G. Collins, Esq.
1000 N. West Street, Suite 1500
Wilmington, DE 19801

Barnes & Thornburg LLP
Mark R. Owens, Esq.
11 S. Meridian Street
Indianapolis, IN 46204

Bayard, P.A.
Scott D. Cousins Esquire
222 Delaware Avenue, Suite 900
Wilmington, DE 19801

Capehart & Scatchard, P.A.
A Professional Corporation
William G. Wright, Esquire
8000 Midlantic Drive, Suite 300 S
Mt. Laurel, NJ 08054

Carmody MacDonald P.C.
John E. Hilton
120 South Central Avenue, Suite 1800
St. Louis, MO 63105

Chapman and Cutler LLP
Stephen R. Tetro II
111 West Monroe Street
Chicago, IL 60603-4080

Clingman & Hanger Management Associates, LLC
Teresa S. Hanger - Principal
880 Technology Park Drive
Glen Allen, VA 23059

Darosy, Inc.
c/o Ricardo A. Reyes Esq.
Tobin & Reyes, PA
225 N.E. Mizner Boulevard, Suite 510
Boca Raton, FL 33432

Delaware Dept. of Justice
Attn: Bankruptcy Dept.
820 N French St 6th Fl
Wilmington, DE 19801

Delaware Secretary of State
Franchise Tax
401 Federal Street
PO Box 898
Dover, DE 19903

Delaware State Treasury
820 Silver Lake Blvd., Suite 100
Dover, DE 19904

Gibbons P.C.
Attn: David N. Crapo, Esq.
One Gateway Center
Newark, NJ 07102-5310

Gibbons P.C.
Attn: Natasha M. Songonuga, Esq.
1000 N. West Street, Suite 1200
Wilmington, DE 19801-1058

Gotten, Wilson, Savory & Beard PLLC
Russell W. Savory
88 Union Avenue, 14th Floor
Memphis, TN 38103

Higher Ed Growth, LLC
c/o Edward M. Fitzgerald, Esq.
Holland & Knight LLP
200 S. Orange Avenue, Suite 2600
Orlando, FL 32801

IBM Corporation
Attn: Bankruptcy Coordinator
275 Viger East, Suite 400
Montreal, QC H2X 3R7 CANADA

IEC Corporation
Attention: Dr. Fardad Fateri
16485 Laguna Canyon Rd. Ste. 300
Irvine, CA 92618

Internal Revenue Service
Centralized Insolvency Operation
P.O. Box 7346
Philadelphia, PA 19101-7346

Internal Revenue Service
Insolvency Section
31 Hopkins Plaza, Room 1150
Baltimore, MD 21201

Internal Revenue Service
Centralized Insolvency Operation
2970 Market Street
Philadelphia, PA 19104

*2145382*

| | | |
|---|---|---|
| Iron Mountain Information Management, LLC<br>Joseph Corrigan<br>Boston, MA 02110 | Jay W. Hurst<br>Assistant Attorney General<br>Bankruptcy & Collections Division<br>One Federal Street<br>Austin, TX 78711-2548 | KCC<br>Leanne V. Rehder Scott<br>P.O. Box 12548<br>2335 Alaska Ave.<br>El Segundo, CA 90245 |
| Kercsmar & Feltus PLLC<br>Geoffrey S. Kercsmar<br>7150 East Camelback Road, Suite 285<br>Scottsdale, AZ 85251 | Kirkland & Ellis LLP<br>Noah J. Ornstein<br>300 North LaSalle<br>Chicago, IL 60654 | Klehr Harrison Harvey Branzburg LLP<br>Domenic Pacitti, Esquire<br>919 N. Market Street, Suite 1000<br>Wilmington, DE 19801 |
| Klehr Harrison Harvey Branzburg LLP<br>Jeffrey Kurtzman, Esquire<br>1835 Market Street, Suite 1400<br>Philadelphia, PA 19103 | Linebarger Goggan Blair & Sampson, LLP<br>Elizabeth Weller<br>2777 N. Stemmons Freeway<br>Suite 1000<br>Dallas, TX 75207 | Maricopa County Attorney's Office Civil Service Division<br>Lori A. Lewis<br>222 North Central Avenue, Suite 1100<br>Phoenix, AZ 85004-2206 |
| Missouri Department of Revenue, Bankruptcy Unit<br>Attn: Steven A. Ginther<br>P.O. Box 475<br>Jefferson City, MO 65105-0475 | Monzack Mersky McLaughlin and Browder, P.A.<br>Rachel B. Mersky, Esquire<br>1201 N. Orange Street, Suite 400<br>Wilmington, DE 19801-1155 | Morris James LLP<br>Brett D. Fallon, Esq.<br>500 Delaware Avenue, Suite 1500<br>P.O. Box 2306<br>Wilmington, DE 19899-2306 |
| Office of the United States Trustee<br>Delaware<br>Benjamin Hackman<br>844 King St Suite 2207<br>Lockbox 35<br>Wilmington, DE 19899-0035 | Office of the US Attorney General<br>Matthew Denn<br>Carvel State Office Building<br>820 N French St<br>Wilmington, DE 19801 | Ritzert & Leyton, P.C.<br>Attention: Peter Leyton<br>11350 Random Hills Road, Suite 400<br>Fairfax, VA 22030 |
| Quarles & Brady LLP<br>Brittany S. Ogden<br>33 E. Main Street, Suite 900<br>Madison, WI 53703 | Ricoh USA Inc.<br>Recovery & Bankruptcy Group<br>3920 Arkwright Road, Suite 400<br>Macon, GA 31210 | Securities & Exchange Commission<br>Sharon Binger Regional Director<br>One Penn Center<br>1617 JFK Boulevard, Suite 520<br>Philadelphia, PA 19103 |
| Satterlee Stephens Burke & Burke LLP<br>Christopher R. Belmonte, Esq.<br>Abigail Snow, Esq.<br>230 Park Avenue, Suite 1130<br>New York, NY 10169 | Securities & Exchange Commission<br>Secretary of the Treasury<br>100 F Street, NE<br>Washington, DC 20549 | Stevens & Lee, P.C.<br>John D. Demmy, Esquire<br>1105 North Market Street, 7th Floor<br>Wilmington, DE 19801 |
| Securities & Exchange Commission NY Office<br>George S Canellos, Regional Director<br>3 World Financial Center Suite 400<br>New York, NY 10281-1022 | Sichenzia Ross Friedman Ference LLP<br>Ralph E. Preite, Esq.<br>61 Broadway, 32nd Floor<br>New York, NY 10006 | Sullivan Hazeltine Allinson LLC<br>Elihu E. Allinson III, Esq.<br>901 N. Market Street, Suite 1300<br>Wilmington, DE 19801 |
| Stevens & Lee, P.C.<br>Leonard P. Goldberger, Esquire<br>620 Freedom Business Center, Suite 200<br>King of Prussia, PA 19406 | Stevens & Lee, P.C.<br>John C. Kilgannon, Esquire<br>1818 Market Street, 29th Floor<br>Philadelphia, PA 19103 | Thompson, O'Brien, Kemp & Nasuti, P.C.<br>Bret T. Thrasher, Esq.<br>40 Technology Parkway South, Suite 300<br>Norcross, GA 30092 |

*2145382*

| | | |
|---|---|---|
| The Lamm Group<br>Deirdre M. Richards, Esq.<br>1608 Walnut Street, Suite 703<br>Philadelphia, PA 19103 | Thompson, O'Brien, Kemp & Nasuti, P.C.<br>Albert F. Nasuti, Esq.<br>40 Technology Parkway South<br>Suite 300<br>Norcross, GA 30092 | TW Telecom Inc.<br>Linda Boyle<br>10475 Park Meadows Drive, #400<br>Littleton, CO 80124 |
| Young Conaway Stargatt & Taylor, LLP<br>Michael R. Nestor<br>Rodney Square<br>1000 North King Street<br>Wilmington, DE 19801 | US Attorney for Delaware<br>Charles Oberly c/o Ellen Slights<br>1007 Orange St., Ste 700<br>P.O. Box 2046<br>Wilmington, DE 19899-2046 | Wisconsin Department of Justice<br>F. Mark Bromley, AAG<br>Post Office Box 7857<br>Madison, WI 53707-7857 |
| Bayard, P.A.<br>Charlene D. Davis, Esquire<br>P.O. Box 25130<br>Wilmington, DE 19899 | Baker, Donelson, Bearman, Caldwell & Berkowitz, PC<br>Ben Bodzy, Esquire<br>211 Commerce Street<br>Suite 800<br>Nashville, TN 37201 | |

*2145382*