IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| FCC Holdings, Inc., et al.,[1] ) | Case No. 14-11987 (CSS) |
| ) | |
| Debtors. ) | (Jointly Administered) |
| ) | |
| ) | Related Docket Nos. 542, 584, and ____ |
| ) | |

**ORDER GRANTING LIQUIDATING TRUSTEE'S MOTION TO APPROVE STIPULATION BETWEEN DEBTOR LIQUIDATING TRUSTEE AND 40 JOURNAL SQUARE LLC PURSUANT TO BANKRUPTCY RULE 9019**

Upon consideration of the above-captioned Liquidating Trustee's Motion (the "Motion")[2] for entry of an order pursuant to section 105(a) of title 11 of the United States Code, 11 U.S.C. §§ 101- 1532 (as amended, the "Bankruptcy Code") and Rule 9019 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") approving the stipulation (the "Stipulation") between the Liquidating Trustee and 40 Journal Square LLC ("40 Journal"); and the Court having jurisdiction to consider the Motion and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334; and consideration of the Motion and the requested relief therein being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Motion having been provided under

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: FCC Holdings, Inc. (6928); Education Training Corporation (1478); High-Tech Institute Holdings, Inc. (4629); EduTech Acquisition Corporation (8490); and High-Tech Institute, Inc. (3099). The Debtors' business address is 1000 Corporate Drive, Suite 500, Fort Lauderdale, FL 33334.

[2] Capitalized terms used herein, but not defined herein shall have the meanings ascribed such terms in the Motion.

the circumstances; and it appearing that no other or further notice need be provided; and the Court having determined that the relief sought in the Motion is in the best interests of the Debtors, their creditors, and their estates; and the Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and that the settlement embodied in the Stipulation, including the releases contained therein, represents a reasonable and fair compromise of the issues subject thereto; and upon all of the proceedings had before the Court and after due deliberation and sufficient cause appearing therefor, it is HEREBY ORDERED THAT:

1. The Motion is GRANTED in its entirety.

2. The Stipulation attached hereto as <u>Exhibit 1</u> is approved, and the terms thereof are incorporated into this Order.

3. The Liquidating Trustee is authorized to take all actions necessary or appropriate to perform under and consummate the Stipulation and to comply with this Order.

4. This Court shall retain jurisdiction to hear and determine all matters related to and/or arising from the implementation and/or interpretation of this Order.

Dated: 1/3/17 , 2016

The Honorable Christopher S. Sontchi
United States Bankruptcy Judge