## OFFICE OF THE UNITED STATES TRUSTEE - REGION 3
## POST-CONFIRMATION QUARTERLY SUMMARY REPORT

This Report is to be submitted for all bank accounts that are presently maintained by the post confirmation debtor.

Debtor's Name: FCC Holdings, Inc., et al  
Bankruptcy Number: 14-11987 (CSS)  
Date of Confirmation: March 18, 2015  

Bank: Xenith Bank  
Account Holder Name: FCC Liquidating Trust  
Account Number: ** 0967 and **0942  
Account Type: Consolidated Checking/Money Market  

Reporting Period (month/year): January 1, 2017 - March 31, 2017  1st Quarter 2017

|  | 1st Quarter To Date 01/01/17 - 03/31/17 | Case Inception To Date 05/07/15 - 03/31/17 |
|---|---:|---:|
| **Beginning Cash Balance:** | $ 2,918,798.82 | $ 0.00 |
| All receipts received by the Trust: | | |
| Initial Trust Funding pursuant to the Plan: | $ 0.00 | $ 1,541,945.71 |
| Additional Funding | | |
| Closed Bank Account | $ 0.00 | $ 220,745.25 |
| Insurance Policy Redemption | $ 0.00 | $ 1,674,013.68 |
| Tax Refunds | $ 0.00 | $ 5,793,474.30 |
| Other Receipts | $ 10.00 | $ 47,403.96 |
| Interest Income | $ 3,112.97 | $ 17,906.86 |
| **Total Cash Received:** | $ 3,122.97 | $ 9,295,489.76 |
| **Total Cash Available:** | $ 2,921,921.79 | $ 9,295,489.76 |
| Less all disbursements or payments (including payments made under the confirmed plan) made by the Trust: | | |
| Disbursements made under the plan for Debtor's Claims | $ 62,236.67 | $ 3,866,295.17 |
| Disbursements made for pre-effective date professionals and expenses | $ 0.00 | $ 1,238,488.13 |
| Disbursements made pursuant to the administrative claims of Trust's professionals | $ 37,109.27 | $ 1,089,080.23 |
| Disbursements made pursuant to the administrative claims of US Trustee | $ 975.00 | $ 33,475.00 |
| All other disbursements made in the ordinary course: | $ 79,453.48 | $ 326,003.86 |
| **Total Disbursements** | $ 179,774.42 | $ 6,553,342.39 |
| **Ending Cash Balance** | $ 2,742,147.37 | $ 2,742,147.37 |

Pursuant to 28 U.S.C. Section 1746(2), I hereby declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief

By Clingman & Hanger Management Associates LLC, Trustee

5/10/17  
Date

By Name / Title: W. Edward Clingman Jr., Principal

Debtor: FCC Holding's, Inc., et al  
Case Number: 14-11987 (CSS)  
Trust Name: FCC Liquidating Trust

**FCC LIQUIDATING TRUST**

**Liabilities Not Subject to Compromise ( Postpetition Liabilities) - Other**

**Reserve for Distributions and Expenses Summary**

| | 1st Quarter To Date 01/01/17 - 03/31/17 | Case Inception To Date 05/07/15 - 03/31/17 |
|---|---:|---:|
| **Beginning Balance** | $ 2,918,798.82 | $ 0.00 |
| Initial Trust Funding pursuant to the Plan | $ 0.00 | $ 1,541,945.71 |
| Additional Funding and interest income | $ 3,122.97 | $ 7,753,544.05 |
| **Reserve Receipts** | $ 2,921,921.79 | $ 9,295,489.76 |
| Disbursements made under the plan for Debtor's Claims | $ (62,236.67) | $ (3,866,295.17) |
| Disbursements made for pre-effective date professionals and expenses | $ 0.00 | $ (1,238,488.13) |
| Other Disbursements | $ (117,537.75) | $ (1,448,559.09) |
| **Reserve Disbursements** | $ (179,774.42) | $ (6,553,342.39) |
| **Ending Balance** | $ 2,742,147.37 | $ 2,742,147.37 |

FCC LIQUIDATING TRUST

Balance Sheet

|  | 03/31/17 |
|---|---|
| **ASSETS** | |
| Cash | 2,742,147.37 |
| **TOTAL ASSETS** | $ 2,742,147.37 |
| **LIABILITIES** | |
| Reserve for Remaining Distributions and Expenses | |
|   Calculation of Reserve for Remaining Distributions and Expenses | |
|   Total Trust Funding and Interest Income | $ 9,295,489.76 |
|   Creditor Distributions | $ (3,866,295.17) |
|   Disbursements made for pre-effective date professionals and expenses | $ (1,238,488.13) |
|   Other post-effective date disbursements | $ (1,448,559.09) |
| **Total Reserve for Remaining Distributions and Expenses** | $ 2,742,147.37 |
| **TOTAL LIABILITIES - Reserve for Remaining Distributions and Expenses** | $ 2,742,147.37 |
| **EQUITY** | 0.00 |
| **TOTAL EQUITY** | $ 0.00 |
| **TOTAL LIABILITIES and EQUITY** | $ 2,742,147.37 |

# FCC Liquidating Trust
## Cash/Debit/Check Disbursement Details

| Name of Bank | Xenith Bank |
|---|---|
| Account Number | 0967 |
| Purpose of Account | Plan Receipts and Disbursements |
| Type of Account | Checking |

| Check Number | Date of Transaction | Payee | Purpose or Description | Amount |
|---|---|---|---|---|
| 1044 | 01/23/17 | Weissman & Dervishi, P.A. | Litigation Expense | 1,740.20 |
| ACH | 01/26/17 | Womble Carlyle Sandridge & Rice | Professional Fees - Legal | 8,184.13 |
| ACH | 01/26/17 | Womble Carlyle Sandridge & Rice | Professional Fees - Legal | 2,493.83 |
| ACH | 01/24/17 | Windels Marx Lane & Middendorf LLP | Administrative Claim | 62,236.67 |
| ACH | 02/03/17 | Clingman&Hanger Management Associates | Telecom, Equipment, IT and Database Charges | 50,400.00 |
| ACH | 02/03/17 | Clingman&Hanger Management Associates | Reimbursement for Insurance Renewal thru Aprl 2017 | 4,439.67 |
| ACH | 02/03/17 | Clingman&Hanger Management Associates | Telecom, Equipment, IT and Database Charges | 4,200.00 |
| ACH | 02/03/17 | Clingman&Hanger Management Associates | Professional Fees - Monthly Trustee Fees | 20,000.00 |
| ACH | 02/03/17 | Clingman&Hanger Management Associates | Telecom, Equipment, IT and Database Charges | 4,200.00 |
| 1045 | 02/08/17 | U.S. Trustee Payment Center | U.S. Trustee Fees - 4th Qtr 2017 | 975.00 |
| 1046 | 02/14/17 | Archer Integration, LLC | Technology Support | 1,311.40 |
| ACH | 02/23/17 | Storch, Amini & Munves | Litigation Expense | 5,901.86 |
| ACH | 02/23/17 | Frontec (formerly Evolve Discovery) | Litigation Expense | 3,060.35 |
| ACH | 03/07/17 | Clingman&Hanger Management Associates | Professional Fees - Monthly Trustee Fee | 5,000.00 |
| ACH | 03/07/17 | Clingman&Hanger Management Associates | Telecom, Equipment, IT and Database Charges | 4,200.00 |
| ACH | 03/23/17 | Womble Carlyle Sandridge & Rice | Professional Fees - Legal | 1,431.31 |
| | | | **TOTAL** | 179,774.42 |