**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>FCC HOLDINGS, INC., et al.,[1]<br><br>　　　　　　　　　　Debtors. | Chapter 11<br><br>Case No. 14-11987 (CSS)<br>Jointly Administered<br><br>**Hearing Date: January 16, 2018 at 11:00 a.m. (ET)**<br>**Obj. Deadline: January 9, 2018 at 4:00 p.m. (ET)** |

**NOTICE OF SIXTH OMNIBUS OBJECTION (SUBSTANTIVE) OF THE
LIQUIDATING TRUSTEE TO CLAIMS PURSUANT TO BANKRUPTCY CODE
SECTIONS 105 AND 502 AND RULE 3007 OF THE FEDERAL RULES OF
BANKRUPTCY PROCEDURE**

**PLEASE REVIEW THE EXHIBITS TO THE OBJECTION TO IDENTIFY IF YOUR
CLAIM IS SUBJECT TO THIS OBJECTION.**

Clingman & Hanger Management Associates, LLC, the liquidating trustee for the FCC Holdings, Inc. Liquidation Trust (the "Liquidating Trustee"), by and through its undersigned counsel, has filed the **Sixth Omnibus Objection (Substantive) of the Liquidating Trustee to Claims Pursuant to Bankruptcy Code Sections 105 and 502 and Rule 3007 of the Federal Rules of Bankruptcy Procedure** (the "Objection").

Responses, if any, to the Objection must be in writing, filed with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, Wilmington, Delaware 19801 on or before **January 9, 2018 at 4:00 p.m.** Prevailing Eastern Time (the "Response Deadline"). At the same time, you must also serve a copy of the response so as to be received by the following by no later than the Response Deadline:

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: FCC Holdings, Inc. (6928); Education Training Corporation (1478); High-Tech Institute Holdings, Inc. (4629); EduTech Acquisition Corporation (8490); and High-Tech Institute, Inc. (3099).

WBD (US) 41252419v1

    **Womble Bond Dickinson (US) LLP**
    Matthew P. Ward, Esq.
    Ericka F. Johnson, Esq.
    222 Delaware Avenue, Ste. 1501
    Wilmington, DE  19801

    A HEARING ON THE OBJECTION WILL BE HELD ON **JANUARY 16, 2018 AT 11:00 A.M.** PREVAILING EASTERN TIME BEFORE THE HONORABLE CHRISTOPHER S. SONTCHI, UNITED STATES BANKRUPTCY COURT JUDGE, 824 N. MARKET STREET, FIFTH FLOOR, WILMINGTON, DE 19801 ONLY IF RESPONSES ARE FILED AND RECEIVED BY THE RESPONSE DEADLINE.

    **IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

                                                                **WOMBLE BOND DICKINSON (US) LLP**

Dated:  December 12, 2017
       Wilmington, Delaware

                                                     */s/ Ericka F. Johnson*
                                                     Matthew P. Ward (Del. Bar No. 4471)
                                                     Ericka F. Johnson (Del. Bar No. 5024)
                                                     222 Delaware Avenue, Suite 1501
                                                     Wilmington, DE 19801
                                                     Telephone: (302) 252-4320
                                                     Facsimile: (302) 252-4330
                                                     E-mail:  matthew.ward@wbd-us.com
                                                     E-mail:  ericka.johnson@wbd-us.com

                                                     *Counsel for the Liquidating Trustee*