# EXHIBIT B

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>FCC HOLDINGS, INC., et al.,[1]<br><br>                    Debtors. | Chapter 11<br><br>Case No. 14-11987 (CSS)<br>Jointly Administered |

**DECLARATION OF TERESA HANGER IN SUPPORT OF SIXTH OMNIBUS OBJECTION (SUBSTANTIVE) OF THE LIQUIDATING TRUSTEE TO CLAIMS PURSUANT TO BANKRUPTCY CODE SECTIONS 105 AND 502 AND RULE 3007 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE**

I, Teresa Hanger, hereby declare that the following is true and correct to the best of my knowledge, information, and belief.

1.      Clingman & Hanger Management Associates, LLC is the liquidating trustee for the FCC Holdings, Inc. Liquidation Trust (the "Liquidating Trustee").  In the course and scope of the Liquidating Trustee's engagement, I have been personally involved in the processing and reconciliation of claims against the above-captioned debtor (collectively, the "Debtors"). I am authorized to submit this Declaration on behalf of the Liquidating Trustee.

2.      Except as otherwise set forth herein, all statements in this Declaration are based on my personal knowledge, my familiarity with the processing

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: FCC Holdings, Inc. (6928); Education Training Corporation (1478); High-Tech Institute Holdings, Inc. (4629); EduTech Acquisition Corporation (8490); and High-Tech Institute, Inc. (3099).

and reconciliation of the claims (collectively, the "Claims") listed on <u>Exhibits A</u> annexed to the Sixth Omnibus (Substantive) Objection of the Liquidating Trustee to Claims Pursuant to Sections 105 and 502 of the Bankruptcy Code and Rule 3007 of the Federal Rules of Bankruptcy Procedure (the "Objection"), or my review of relevant documents.

        3.      If called upon to testify, I could and would competently testify to the facts set forth herein. I submit this Declaration in support of the Objection. I have or someone on my staff under my direction and supervision has reviewed the Claims.

        4.      After reconciling each of the Claims and supporting materials against the Debtors' Books and Records, the Liquidating Trustee has determined that the Debtors are not liable with respect to the Claims. As identified more specifically in the exhibit in the column titled "Reason for Disallowance," there is no basis for any liability related to the Claims.

        5.      Failure to disallow the Claims will result in the applicable claimants receiving an unwarranted recovery against the Debtors' estates, to the detriment of creditors in these cases. Accordingly, the Liquidating Trustee hereby objects to the Claims and requests entry of an order disallowing and expunging in full each of the Claims identified in <u>Exhibit A</u> to the Objection.

        6.      Based upon my personal knowledge, my familiarity with the processing and reconciliation of the Claims, or my review of relevant documents, I

believe that granting the relief requested in the Objection is in the best interests of the Debtors, their estates, and their creditors.

7. The undersigned representative of the Liquidating Trustee certifies that the undersigned has reviewed the requirements of Local Rule 3007-1 and that the Objection substantially complies with that Local Rule.  To the extent that the Objection does not comply in all respects with the requirements of Local Rule 3007-1, the Liquidating Trustee believes such deviations are not material and respectfully requests that any such requirement be waived.

## CONCLUSION

For the reasons set forth herein and in the Objection, the Liquidating Trustee respectfully requests that the Objection be sustained.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated:   December 12, 2017

                Clingman & Hanger Management Associates, LLC,
                solely in its capacity as Liquidating Trustee for the
                FCC Holdings, Inc. Liquidation Trust


                By: */s/ Teresa Hanger*
                      Teresa Hanger