# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| FCC HOLDINGS, INC., et al.,[1] | ) Case No. 14-11987 (CSS) |
| | ) |
| Debtors. | ) |
| | ) |

### NOTICE OF *AMENDED*[2] AGENDA OF MATTERS SCHEDULED FOR HEARING[3] ON JANUARY 16, 2018 AT 11:00 A.M. (ET)

### ***THIS HEARING HAS BEEN CANCELED AT THE DIRECTION OF THE COURT AS THERE ARE NO MATTERS GOING FORWARD***

### MATTERS WITH CERTIFICATES OF NO OBJECTION:

1. Fifth Omnibus Objection (Substantive) of the Liquidating Trustee to Claims Pursuant to Bankruptcy Code Sections 105 and 502 and Rule 3007 of the Federal Rules of Bankruptcy Procedure (Docket No. 809), filed December 12, 2017.

    Response Deadline:   January 9, 2018 at 4:00 p.m. (ET).

    Related Documents:

    A. Notice of Submission of Proof of Claim in Connection with the Fifth Omnibus Objection (Substantive) of the Liquidating Trustee to Claims Pursuant to Bankruptcy Code Sections 105 and 502 and Rule 3007 of the Federal Rules of Bankruptcy Procedure (Docket No. 815), filed January 2, 2018.

    B. Certificate of No Objection Regarding Fifth Omnibus Objection (Substantive) of the Liquidating Trustee to Claims Pursuant to

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: FCC Holdings, Inc. (6928); Education Training Corporation (1478); High-Tech Institute Holdings, Inc. (4629); EduTech Acquisition Corporation (8490); and High-Tech Institute, Inc. (3099).

[2] **Amended agenda items appear in bold.**

[3] Any party participating telephonically must make arrangements through CourtCall by telephone (866-582-6878) or facsimile (866-533-2946).

        Bankruptcy Code Sections 105 and 502 and Rule 3007 of the Federal Rules of Bankruptcy Procedure (Docket No. 818), filed January 11, 2018.

    **C. Order Sustaining Fifth Omnibus Objection (Substantive) of the Liquidating Trustee to Claims Pursuant to Bankruptcy Code Sections 105 and 502 and Rule 3007 of the Federal Rules of Bankruptcy Procedure (Docket No. 822), filed January 12, 2018.**

  Responses Received:    None.

  Status:    **An order has been entered. No hearing is necessary.**

2. Sixth Omnibus Objection (Substantive) of the Liquidating Trustee to Claims Pursuant to Bankruptcy Code Sections 105 and 502 and Rule 3007 of the Federal Rules of Bankruptcy Procedure (Docket No. 810), filed December 12, 2017.

  Response Deadline:    January 9, 2018 at 4:00 p.m. (ET).

  Related Documents:

    A. Notice of Submission of Proof of Claim in Connection with the Sixth Omnibus Objection (Substantive) of the Liquidating Trustee to Claims Pursuant to Bankruptcy Code Sections 105 and 502 and Rule 3007 of the Federal Rules of Bankruptcy Procedure (Docket No. 816), filed January 2, 2018.

    B. Certificate of No Objection Regarding Sixth Omnibus Objection (Substantive) of the Liquidating Trustee to Claims Pursuant to Bankruptcy Code Sections 105 and 502 and Rule 3007 of the Federal Rules of Bankruptcy Procedure (Docket No. 819), filed January 11, 2018.

    **C. Order Sustaining Sixth Omnibus Objection (Substantive) of the Liquidating Trustee to Claims Pursuant to Bankruptcy Code Sections 105 and 502 and Rule 3007 of the Federal Rules of Bankruptcy Procedure (Docket No. 823), filed January 12, 2018.**

  Responses Received:    None.

  Status:    **An order has been entered. No hearing is necessary.**

3. Seventh Omnibus Objection (Non-Substantive) of the Liquidating Trustee to Claims Pursuant to Bankruptcy Code Sections 105 and 502 and Rule 3007 of the Federal Rules of Bankruptcy Procedure (Docket No. 811), filed December 12, 2017.

   Response Deadline:    January 9, 2018 at 4:00 p.m. (ET).

   Related Documents:

   A. Certificate of No Objection Regarding Seventh Omnibus Objection (Non-Substantive) of the Liquidating Trustee to Claims Pursuant to Bankruptcy Code Sections 105 and 502 and Rule 3007 of the Federal Rules of Bankruptcy Procedure (Docket No. 820), filed January 11, 2018.

   B. **Order Sustaining Seventh Omnibus Objection (Non-Substantive) of the Liquidating Trustee to Claims Pursuant to Bankruptcy Code Sections 105 and 502 and Rule 3007 of the Federal Rules of Bankruptcy Procedure (Docket No. 824), filed January 12, 2018.**

   Responses Received:    None.

   Status:    **An order has been entered. No hearing is necessary.**

Dated: January **12**, 2018
Wilmington, Delaware

**WOMBLE BOND DICKINSON (US) LLP**

*/s/ Ericka F. Johnson*
Matthew P. Ward (Del. Bar No. 4471)
Ericka F. Johnson (Del. Bar No. 5024)
222 Delaware Avenue, Suite 1501
Wilmington, DE  19801
Telephone:  (302) 252-4320
Facsimile:  (302) 252-4330
E-mail: matthew.ward@wbd-us.com
E-mail: ericka.johnson@wbd-us.com

*Counsel to the Liquidating Trustee*

WBD (US) 41608291v1