United States Bankruptcy Court for the District of Delaware

824 Market Street

Wilmington, DE. 19801

RE: Bankruptcy ( Chapter 11)

FILED
2018 JAN -8  AM 9: 55
CLERK
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

Dear Sir/ Madame,

After receiving the Chapter 11 Document, I had contact my Loan Officer at Fed Loan, who handles the finance part of the student loan. I mention to them that I received this notice regarding the Bankruptcy (Chapter 11) they told me that I would have to contact The Dept. Of Education to dismiss my obligation for this loan, but it was not guarantee that they would honor dismissing it. I still am paying Fed Loan $278.00 on this loan. When they first got my loan, I had mention to them that Anthem College no longer existed, but it fell on death ears. They asked me if I had finish my Education with Anthem I told them that I could not apply most of what I had learn at Anthem. I told Fed Loan I finished in 2012 and that I was not able to use the schooling that I received. I have 25 years in Medical Billing and Coding so at least I had back up. Anthem was not very fair in offering continues education and assistance with finding of a position in the real world.  Based on this document that I received from your office, it states" Ponder, Denise - $ 26,298.48- **Debtor is not liable for obligations on student loan**. FED Loan told me that the Dept of Education would have to determine if I am obligated or not. My question to you is that does this document need to go to the Dept Of Education to dismiss this loan?

Thank you in advance,

Denise Ponder

18728 East 52nd Ave.

Denver, Colorado 80249

720-620-0368