## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>FCC Holdings, Inc., et al.,<br><br>Debtors. | Chapter 11<br><br>Case No. 14-11987 (CSS) |

### AFFIDAVIT OF SERVICE

I, Gene Matthews, depose and say that I am employed by Reliable Companies, provided noticing services in the above-captioned case.

On January 11, 2018, at my direction and under my supervision, employees of Reliable caused to be served the following document by via first class mail on the service list attached hereto as Exhibit A:

| | | |
|---|---|---|
| 01/11/2018 | 821 | Notice of Agenda of Matters Scheduled for Hearing Filed by Liquidating Trustee. Hearing scheduled for 1/16/2018 at 11:00 AM at US Bankruptcy Court, 824 Market St., 5th Fl., Courtroom #6, Wilmington, Delaware. (Johnson, Ericka) (Entered: 01/11/2018) |

X _____
**Gene Matthews**

Dated: January 15, 2018

State of Delaware
County of New Castle

Subscribed and sworn to (or affirmed) before me on this 15th day of January 2018, by Gene Matthews, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

X _____

ALAINA MARIE CASSEL
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires April 18, 2018

# EXHIBIT A

*Anthem Education*
1000 Corporate Dr Ste 500
Ft. Lauderdale, FL 33334

*Greenberg Traurig, LLP*
Dennis A. Meloro
1007 North Orange Street, Suite 1200
Wilmington, DE 19801

*Greenberg Traurig, LLP*
Nancy A. Mitchell & Maria J. DiConza & Zack Polidoro
200 Park Avenue
New York, NY 10166

*Jackson Walker L.L.P.*
Jennifer F. Wertz
100 Congress, Suite 1100
Austin, TX 78701

*Andrew S. Conway, Esq.*
200 East Long Lake Road, Suite 300
Bloomfield Hills, MI 48304

*Archer & Greiner, P.C.*
David W. Carickhoff, Esq.
300 Delaware Ave., Suite 1370
Wilmington, DE 19801

*Archer & Greiner, P.C.*
Edward J. Kelleher, Esq.
One Centennial Square
Haddonfield, NJ 08033

*Arnstein & Lehr LLP*
Michelle G. Novick, Esq.
120 South Riverside Plaza, Suite 1200
Chicago, IL 60606-3910

*Attorney General State of Michigan*
Bill Schuette & Heather L. Donald Assistant Attorney General
Cadillac Place, Ste 10-200
3030 W. Grand Blvd
Detroit, MI 48202

*Bank of Montreal*
James Jerz
115 South LaSalle Street
Chicago, IL 60603

*Barnes & Thornburg LLP*
David M. Powlen, Esq. & Kevin G. Collins, Esq.
1000 N. West Street, Suite 1500
Wilmington, DE 19801

*Barnes & Thornburg LLP*
Mark R. Owens, Esq.
11 S. Meridian Street
Indianapolis, IN 46204

*Bayard, P.A.*
Scott D. Cousins Esquire
222 Delaware Avenue, Suite 900
Wilmington, DE 19801

*Capehart & Scatchard, P.A.*
A Professional Corporation
William G. Wright, Esquire
8000 Midlantic Drive, Suite 300 S
Mt. Laurel, NJ 08054

*Carmody MacDonald P.C.*
John E. Hilton
120 South Central Avenue, Suite 1800
St. Louis, MO 63105

*Chapman and Cutler LLP*
Stephen R. Tetro II
111 West Monroe Street
Chicago, IL 60603-4080

*Clingman & Hanger Management Associates, LLC*
Teresa S. Hanger - Principal
880 Technology Park Drive
Glen Allen, VA 23059

*Darosy, Inc.*
c/o Ricardo A. Reyes Esq.
Tobin & Reyes, PA
225 N.E. Mizner Boulevard, Suite 510
Boca Raton, FL 33432

*Delaware Dept of Justice*
Attn Bankruptcy Dept
820 N French St 6th Fl
Wilmington, DE 19801

*Delaware Secretary of State*
Franchise Tax
401 Federal Street
PO Box 898
Dover, DE 19903

*Delaware State Treasury*
820 Silver Lake Blvd., Suite 100
Dover, DE 19904

*Gibbons P.C.*
Attn: Natasha M. Songonuga, Esq.
1000 N. West Street, Suite 1200
Wilmington, DE 19801-1058

*Gibbons P.C.*
Attn: David N. Crapo, Esq.
One Gateway Center
Newark, NJ 07102-5310

*Gotten, Wilson, Savory & Beard PLLC*
Russell W. Savory
88 Union Avenue, 14th Floor
Memphis, TN 38103

*Higher Ed Growth, LLC*
c/o Edward M. Fitzgerald, Esq.
Holland & Knight LLP
200 S. Orange Avenue, Suite 2600
Orlando, FL 32801

*IBM Corporation*
Attn: Bankruptcy Coordinator
275 Viger East, Suite 400
Montreal, QC H2X 3R7
Canada

*IEC Corporation*
Attention: Dr. Fardad Fateri
16485 Laguna Canyon Rd. Ste. 300
Irvine, CA 92618

*Internal Revenue Service*
Centralized Insolvency Operation
PO Box 7346
Philadelphia, PA 19101-7346

*Internal Revenue Service*
Insolvency Section
31 Hopkins Plz Rm 1150
Baltimore, MD 21201

*Internal Revenue Service*
Centralized Insolvency Operation
2970 Market St
Philadelphia, PA 19104

| | | |
|---|---|---|
| *Iron Mountain Information Management, LLC*<br>Joseph Corrigan<br>One Federal Street<br>Boston, MA 02110 | *Jay W. Hurst Assistant Attorney General*<br>Bankruptcy & Collections Division<br>P.O. Box 12548<br>Austin, TX 78711-2548 | *KCC*<br>Leanne V. Rehder Scott<br>2335 Alaska Ave.<br>El Segundo, CA 90245 |
| *Kercsmar & Feltus PLLC*<br>Geoffrey S. Kercsmar<br>7150 East Camelback Road, Suite 285<br>Scottsdale, AZ 85251 | *Kirkland & Ellis LLP*<br>Noah J. Ornstein<br>300 North LaSalle<br>Chicago, IL 60654 | *Klehr Harrison Harvey Branzburg LLP*<br>Domenic Pacitti, Esquire<br>919 N. Market Street, Suite 1000<br>Wilmington, DE 19801 |
| *Klehr Harrison Harvey Branzburg LLP*<br>Jeffrey Kurtzman, Esquire<br>1835 Market Street, Suite 1400<br>Philadelphia, PA 19103 | *Linebarger Goggan Blair & Sampson, LLP*<br>Elizabeth Weller<br>2777 N. Stemmons Freeway Suite 1000<br>Dallas, TX 75207 | *Maricopa County Attorney's Office Civil Service Division*<br>Lori A. Lewis<br>222 North Central Avenue, Suite 1100<br>Phoenix, AZ 85004-2206 |
| *Missouri Department of Revenue, Bankruptcy Unit*<br>Attn: Steven A. Ginther<br>PO Box 475<br>Jefferson City, MO 65105-0475 | *Monzack Mersky McLaughlin and Browder, P.A.*<br>Rachel B. Mersky, Esquire<br>1201 N. Orange Street, Suite 400<br>Wilmington, DE 19801-1155 | *Morris James LLP*<br>Brett D. Fallon, Esq.<br>500 Delaware Avenue, Suite 1500<br>P.O. Box 2306<br>Wilmington, DE 19899-2306 |
| *Office of the United States Trustee Delaware*<br>Benjamin Hackman<br>844 King St Ste 2207<br>Lockbox 35<br>Wilmington, DE 19899-0035 | *Office of the US Attorney General*<br>Joseph R. Biden III<br>Carvel State Office Building<br>820 N French St<br>Wilmington, DE 19801 | *Otterbourg P.C.*<br>Scott L. Hazan & David M. Posner & Gianfranco Finizio<br>230 Park Avenue<br>New York, NY 10169-0075 |
| *Quarles & Brady LLP*<br>Brittany S. Ogden<br>33 E. Main Street, Suite 900<br>Madison, WI 53703 | *Ricoh USA Inc*<br>Recovery & Bankruptcy Group<br>3920 Arkwright Road, Suite 400<br>Macon, GA 31210 | *Ritzert & Leyton, P.C.*<br>Attention: Peter Leyton<br>11350 Random Hills Road, Suite 400<br>Fairfax, VA 22030 |
| *Satterlee Stephens Burke & Burke LLP*<br>Christopher R. Belmonte, Esq. & Abigail Snow, Esq.<br>230 Park Avenue, Suite 1130<br>New York, NY 10169 | *Securities & Exchange Commission*<br>Secretary of the Treasury<br>100 F St NE<br>Washington, DC 20549 | *Securities & Exchange Commission*<br>Sharon Binger Regional Director<br>One Penn Center<br>1617 JFK Boulevard Ste 520<br>Philadelphia, PA 19103 |
| *Securities & Exchange Commission NY Office*<br>George S Canellos Regional Director<br>3 World Financial Center Ste 400<br>New York, NY 10281-1022 | *Sichenzia Ross Friedman Ference LLP*<br>Ralph E. Preite, Esq.<br>61 Broadway, 32nd Floor<br>New York, NY 10006 | *Stevens & Lee, P.C.*<br>John D. Demmy, Esquire<br>1105 North Market Street, 7th Floor<br>Wilmington, DE 19801 |
| *Stevens & Lee, P.C.*<br>Leonard P. Goldberger, Esquire<br>620 Freedom Business Center, Suite 200<br>King of Prussia, PA 19406 | *Stevens & Lee, P.C.*<br>John C. Kilgannon, Esquire<br>1818 Market Street, 29th Floor<br>Philadelphia, PA 19103 | *Sullivan Hazeltine Allinson LLC*<br>Elihu E. Allinson III, Esq.<br>901 N. Market Street, Suite 1300<br>Wilmington, DE 19801 |
| *Maron Marvel Bradley & Anderson LLC*<br>Stephanie A. Fox, Esquire<br>1201 N. Market Street, Suite 900<br>Wilmington, DE 19801 | *Thompson, O'Brien, Kemp & Nasuti, P.C.*<br>Albert F. Nasuti, Esq.<br>40 Technology Parkway South, Suite 300<br>Norcross, GA 30092 | *Thompson, O'Brien, Kemp & Nasuti, P.C.*<br>Bret T. Thrasher, Esq.<br>40 Technology Parkway South, Suite 300<br>Norcross, GA 30092 |

*TW Telecom Inc.*
Linda Boyle
10475 Park Meadows Drive, #400
Littleton, CO 80124

*US Attorney for Delaware*
Charles Oberly c/o Ellen Slights
1007 Orange St Ste 700
PO Box 2046
Wilmington, DE 19899-2046

*Wisconsin Department of Justice*
F. Mark Bromley, AAG
Post Office Box 7857
Madison, WI 53707-7857

*Shipman & Goodwin LLP*
Eric S. Goldstein, Esq.
One Constitution Plaza
Hartford, CT 06103-1919

*Young Conaway Stargatt & Taylor, LLP*
Michael R. Nestor
Rodney Square
1000 North King Street
Wilmington, DE 19801

*The Powell Firm, LLC*
Jason C. Powell, Esq.
1201 North Orange Street, Suite 500
P.O. Box 289
Wilmington, DE 19899

*Law Office Of Douglas B. Janney III*
Douglas B. Janney III, Esq.
2002 Richard Jones Road, Suite B-200
Nashville, TN 37215

*Yahoo! Inc.*
c/o *Bialson, Bergen & Schwab*
Lawrence M. Schwab, Esq.
Thomas M. Gaa, Esq.
633 Menlo Avenue, Suite 100
Menlo Park, CA 94025

*Premier Education Group, LP*
Attn. Nicholas V. Hastain, PhD, President
100 South Shore Drive, 2nd Floor
East Haven, CT 06512

**Counsel to Premier Education Group, LP**
c/o Jonathan D. Farrell, Esq.
Meltzer, Lippe, Goldstein & Breitstone, LLP
190 Willis Avenue
Mineola, NY 11501

Frank F. McGinn
Hackett Feinberg P.C.
155 Federal Street, 9th Floor
Boston, MA 02110

TJ Palm Beach Associates Limited Partnership
c/o Andrew S. Conway, Esquire
200 East Long Lake Road, Suite 300
Bloomfield Hills, MI 48304

Merry X-Ray Chemical Corp.
4444 Viewbridge Ave., Ste. A
San Diego, CA 92123

TW Telecom Inc., an Affiliate of Level 3 Communications Inc.
10475 Park Meadows Drive
Littleton, CO 80124

Merry X-Ray Chemical Corp.
c/o CT Corporation System
1200 South Pine Island Road
Plantation, FL 33324

Annette M. Duby-Schneider
3585 SW 50th St.
Fort Lauderdale, FL 33312-8212

Matthew Mink
14802 Greenleaf Valley Drive
Chesterfield, MO 63017

Annette M. Duby-Schneider
4460 Ambassador Way
Cumming, GA 30040

Josephine R. Camacho
13633 W. Holly Street
Goodyear, AZ 85395

Joseph P. Corrigan
Iron Mountain Information Management, LLC
One Federal Street
Boston, MA 02110

Danielle H. Zenou
5355 S. Rainbow Blvd. 104
Las Vegas, NV 89118

Shannon Ketelsen
1339 Monte Lane
Winter Park, FL 32792

Frank F. McGinn
Hackett Feinberg P.C.
155 Federal Street, 9th Floor
Boston, MA 02110

Denise Ponder
18728 E. 52nd Avenue
Denver, CO 80249

Susan Butler
6731 SW 7th Place
North Lauderdale, FL 33068

Dionne A. Dadd
12666 Coral Breeze Drive
West Palm Beach, FL 33414

Stacey Nottingham
3128 W. Belmont Avenue
Phoenix, AZ 85051

Melissa L. McCartney
23630 N. 38th Avenue
Glendale, AZ 85310

Joseph P. Corrigan
Iron Mountain Information Management, LLC
One Federal Street
Boston, MA 02110

Lanamarie J. Aakala
404 W. 20th Street #A
Wilmington, DE 19802

Pamela D. Calachan
Department of Revenue Services
Compliance Support Unit - Bankruptcy
25 Sigourney Street, Suite 2
Hartford, CT 06106

Danielle H. Zenou
1350 Kelso Dunes Ave., Apt # 227
Henderson, NV 89014

Metropolitan Trustee of Metropolitan Government of
Nashville & Davidson County
Metropolitan Trustee
P.O. Box 196358
Nashville, TN 37219

Lanamarie J. Aakala
2501 Olden Avenue
Newark, DE 19701

State of Alabama, Department of Revenue
Legal Division
P.O. Box 320001
Montgomery, AL 36132

Kay Ryan
19080 NW 57th Avenue, Apt #105
Miami, FL 33015

Karen S. Lopez
7855 Deer Springs Way, Apt. # 2052
Las Vegas, NV 89131

State Collection Service Inc.
P.O. Box 6250
Madison, WI 53716

Joanne Fort
12820 Smithdale Place
Boca Raton, FL 33428

Sandra T. Miller
3613 College Place
Jacksonville, FL 32205

Toney Ferguson
4516 Parmalee Path
Conley, GA 30288

Patricia Hardemon
3965 NW 196th Street
Opa Locka, FL 33055

Veneta West
4422 N.W. 42nd Street
Lauderdale Lakes, FL 33319

David Knight
1720 Robb Street
Bldg. 11, Apt. 302
Lakewood, CO 80215

Harry Goldenberg
8036 East Windsor Avenue
Scottsdale, AZ 85257

Peter M. Franzone
10614 N.W. 12th Ct.
Ft. Lauderdale, FL 33322

Aurora HealthCare
P.O. Box 809418
Chicago, IL 60680

Denise Ponder
1993 S. Newark Way
Aurora, CO 80014

| | |
|---|---|
| Oregon Higher Education Coordinating Committee<br>775 Court Street NE<br>Salem, OR 97310 | Barbara Sheridan<br>P.O. Box 452169<br>Sunrise, FL 33345 |
| Tennessee Department of Revenue<br>c/o Attorney General<br>P.O. Box 20207<br>Nashville, TN 37202 | Barbara Negrin<br>P.O. Box 835621<br>Miami, FL 33283 |
| Sara Elizabeth Schwaller<br>344 Harrison Avenue<br>Waukesha, WI 53188 | Yolanda Shedd-Woodson<br>237 Little Hurricane Road<br>Winchester, TN 37398 |