## OFFICE OF THE UNITED STATES TRUSTEE - REGION 3
## POST-CONFIRMATION QUARTERLY SUMMARY REPORT

This Report is to be submitted for all bank accounts that are presently maintained by the post confirmation debtor.

Debtor's Name: FCC Holdings, Inc., et al  
Bank: Xenith Bank  
Account Holder Name: FCC Liquidating Trust  
Bankruptcy Number: 14-11987 (CSS)  
Account Number: ** 0967, **0942 and **0519  
Date of Confirmation: March 18, 2015  
Account Type: Consolidated Checking/Money Market  

Reporting Period (month/year): October 1, 2017 - December 31, 2017  4th Quarter 2017

|  | 4th Quarter To Date 10/01/17 - 12/31/17 | Case Inception To Date 05/07/15 - 12/31/17 |
|---|---:|---:|
| **Beginning Cash Balance:** | $ 1,917,372.29 | $ 0.00 |
| All receipts received by the Trust: | | |
| Initial Trust Funding pursuant to the Plan: | $ 0.00 | $ 1,541,945.71 |
| Additional Funding | | |
|   Closed Bank Account | $ 0.00 | $ 220,745.25 |
|   Insurance Policy Redemption | $ 0.00 | $ 1,674,013.68 |
|   Tax Refunds | $ 0.00 | $ 5,793,474.30 |
|   Other Receipts | $ 0.00 | $ 175,062.96 |
| Interest Income | $ 1,878.81 | $ 25,115.93 |
| **Total Cash Received:** | $ 1,878.81 | $ 9,430,357.83 |
| **Total Cash Available:** | $ 1,919,251.10 | $ 9,430,357.83 |
| Less all disbursements or payments (including payments made under the confirmed plan) made by the Trust: | | |
| Disbursements made under the plan for Debtor's Claims | $ 68,511.99 | $ 4,536,635.67 |
| Disbursements made for pre-effective date professionals and expenses | $ 0.00 | $ 1,238,488.13 |
| Disbursements made pursuant to the administrative claims of Trust's professionals | $ 23,464.89 | $ 1,152,948.74 |
| Disbursements made pursuant to the administrative claims of US Trustee | $ 4,875.00 | $ 41,925.35 |
| All other disbursements made in the ordinary course: | $ 352,173.13 | $ 990,133.85 |
| **Total Disbursements** | $ 449,025.01 | $ 7,960,131.74 |
| **Ending Cash Balance** | $ 1,470,226.09 | $ 1,470,226.09 |

Pursuant to 28 U.S.C. Section 1746(2), I hereby declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief

By Clingman & Hanger Management Associates LLC, Trustee

_____  
Date

By Name / Title : Teresa S. Hanger, Principal

Debtor: FCC Holding's, Inc.,et al  
Case Number: 14-11987 (CSS)  
Trust Name: FCC Liquidating Trust

**FCC LIQUIDATING TRUST**

**Liabilities Not Subject to Compromise ( Postpetition Liabilities) - Other**

**Reserve for Distributions and Expenses Summary**

|  | 4th Quarter To Date 10/01/17 - 12/31/17 | Case Inception To Date 05/07/15 - 12/31/17 |
|---|---:|---:|
| **Beginning Balance** | $ 1,917,372.29 | $ 0.00 |
| Initial Trust Funding pursuant to the Plan | $ 0.00 | $ 1,541,945.71 |
| Additional Funding and interest income | $ 1,878.81 | $ 7,888,412.12 |
| **Reserve Receipts** | $ 1,919,251.10 | $ 9,430,357.83 |
| Disbursements made under the plan for Debtor's Claims | $ (68,511.99) | $ (4,536,635.67) |
| Disbursements made for pre-effective date professionals and expenses | $ 0.00 | $ (1,238,488.13) |
| Other Disbursements | $ (380,513.02) | $ (2,185,007.94) |
| **Reserve Disbursements** | $ (449,025.01) | $ (7,960,131.74) |
| **Ending Balance** | $ 1,470,226.09 | $ 1,470,226.09 |

**FCC LIQUIDATING TRUST**

Balance Sheet

|  | 12/31/17 |
|---|---:|
| **ASSETS** | |
| Cash | 1,470,226.09 |
| **TOTAL ASSETS** | $ 1,470,226.09 |
| **LIABILITIES** | |
| **Reserve for Remaining Distributions and Expenses** | |
| Calculation of Reserve for Remaining Distributions and Expenses | |
| Total Trust Funding and Interest Income | $ 9,430,357.83 |
| Creditor Distributions | $ (4,536,635.67) |
| Disbursements made for pre-effective date professionals and expenses | $ (1,238,488.13) |
| Other post-effective date disbursements | $ (2,185,007.94) |
| **Total Reserve for Remaining Distributions and Expenses** | $ 1,470,226.09 |
| **TOTAL LIABILITIES - Reserve for Remaining Distributions and Expenses** | $ 1,470,226.09 |
| **EQUITY** | 0.00 |
| **TOTAL EQUITY** | $ 0.00 |
| **TOTAL LIABILITIES and EQUITY** | $ 1,470,226.09 |

## FCC Liquidating Trust
### Cash/Debit/Check Disbursement Details

| Name of Bank | Xenith Bank |
|---|---|
| Account Number | ▮▮▮▮▮▮ |
| Purpose of Account | Plan Distribution Disbursements |
| Type of Account | Checking |

| Check Number | Date of Transaction | Payee | Purpose or Description | | Amount |
|---|---|---|---|---|---|
| ACH | 10/05/17 | Colorado | Distribution - Employee Wage Claims - | | 1,030.00 |
| | | | Employee Withholdings and Deductions | | |
| ACH | 10/16/17 | New Hampshire | Distribution - Employee Wage Claims - | | 86.72 |
| | | | Employer Taxes | | |
| 1065 | 10/24/17 | City of Aurora | Distribution - Employee Wage Claims - | | 8.00 |
| | | | Employee Withholdings and Deductions | 4.00 | |
| | | | Employer Taxes | 4.00 | |
| | | | | 8.00 | |
| ACH | 10/30/17 | Colorado | Distribution - Employee Wage Claims - | | 524.21 |
| | | | Employer Taxes | | |
| 2040 - 2042 | 10/31/17 | Various | Distribution - Priority Claims | | 16,417.99 |
| 1066 - 1070 | 11/02/17 | Various | Distribution - Employee Wage Claims - | | 38,021.02 |
| | | | Net Checks to Employees | | |
| ACH | 11/08/17 | IRS | Distribution - Employee Wage Claims - | | 16,945.08 |
| | | | Employee Withholdings and Deductions | 13,038.98 | |
| | | | Employer Taxes | 3,906.10 | |
| | | | | 16,945.08 | |
| ACH | 12/19/17 | Florida | Distribution - Employee Wage Claims - | | 787.32 |
| | | | Employer Taxes | | |
| | | | | **TOTAL** | 73,820.34 |

# FCC Liquidating Trust
## Cash/Debit/Check Disbursement Details

| Name of Bank | Xenith Bank |
|---|---|
| Account Number | |
| Purpose of Account | Plan Receipts and Disbursements |
| Type of Account | Checking |

| Check Number | Date of Transaction | Payee | Purpose or Description | Amount |
|---|---|---|---|---|
| ACH | 10/03/17 | Storch, Amini & Munves | Litigation Expense | 11,196.84 |
| ACH | 10/03/17 | Barry Strickland | Professional Fees - Tax Accounting | 6,781.50 |
| 1065 | 10/11/17 | Data Directions | Professional Fees - Database Support | 275.00 |
| ACH | 10/12/17 | Clingman&Hanger Management Associates | Professional Fees - Monthly Trustee Fees | 5,000.00 |
| ACH | 10/12/17 | Clingman&Hanger Management Associates | Telecom,Equipment, IT and Database Charges | 4,200.00 |
| ACH | 10/13/17 | Professional Staffing LLC | Expense Reimbursement | 3,694.78 |
| 1067 | 10/17/17 | Data Directions | Professional Fees - Database Support | 328.38 |
| 1066 | 10/23/17 | Weissman & Dervishi PA | Litigation Expense | 12,560.28 |
| ACH | 10/31/17 | Womble Bond Dickerson (US) LLP | Professional Fees - Legal | 225.00 |
| 1068 | 11/01/17 | U.S. Trustee Payment Center | U.S. Trustee Fees - 3rd Qtr 2017 | 4,875.00 |
| ACH | 11/03/17 | Clingman&Hanger Management Associates | Professional Fees - Monthly Trustee Fees | 5,000.00 |
| ACH | 11/03/17 | Clingman&Hanger Management Associates | Telecom,Equipment, IT and Database Charges | 4,200.00 |
| 1069 | 11/06/17 | Data Directions | Professional Fees - DataBase Support | 218.92 |
| 1070 | 11/06/17 | Weissman & Dervishi PA | Litigation Expense | 24,545.62 |
| ACH | 11/07/17 | Storch, Amini & Munves | Litigation Expense | 22,384.58 |
| ACH | 11/08/17 | Fahrenheit Finance LLC | Litigation Expense | 1,350.00 |
| ACH | 11/27/17 | Womble Bond Dickerson (US) LLP | Professional Fees - Legal | 3,346.30 |
| ACH | 11/27/17 | Storch, Amini & Munves | Litigation Expense | 30,621.60 |
| ACH | 11/27/17 | Fahrenheit Finance LLC | Litigation Expense | 1,050.00 |
| 1071 | 12/06/17 | Oregon Employment Tax Unit 02 | Miscellanous Expense - Duplicate Payment | 18.69 |
| 1072 | 12/06/17 | Weissman & Dervishi PA | Litigation Expense | 29,911.31 |
| ACH | 12/07/17 | Barry Strickland | Professional Fees - Tax Accounting | 3,053.60 |
| ACH | 12/08/17 | Charles River Associates | Litigation Expense | 79,575.00 |
| ACH | 12/13/17 | Clingman&Hanger Management Associates | Professional Fees - Monthly Trustee Fees | 5,000.00 |
| ACH | 12/13/17 | Clingman&Hanger Management Associates | Telecom,Equipment, IT and Database Charges | 4,200.00 |
| 1073 | 12/19/17 | Archer Integation | Litigation Expense - Technology Support | 3,638.16 |
| ACH | 12/19/17 | Storch, Amini & Munves | Litigation Expense | 25,790.64 |
| | | | SUBTOTAL | 293,041.20 |

# FCC Liquidating Trust
## Cash/Debit/Check Disbursement Details

| Name of Bank | | | Xenith Bank | |
|---|---|---|---|---|
| Account Number | | | | |
| Purpose of Account | | | Plan Receipts and Disbursements | |
| Type of Account | | | Checking | |

| Check Number | Date of Transaction | Payee | Purpose or Description | Amount |
|---|---|---|---|---|
| EFT | 12/20/17 | Clingman&Hanger Management Associates | Insurance Reimbursement | 26,638.00 |
| EFT | 12/20/17 | Professional Staffing LLC | Expense Reimbursement | 6,176.37 |
| 1074 | 12/21/17 | American Express | Litigation Expense - Travel | 3,420.11 |
| ACH | 12/21/17 | Womble Bond Dickerson (US) LLP | Professional Fees - Legal | 12,582.49 |
| ACH | 12/29/17 | Thompson Coburn | Litigation Expense | 33,346.50 |
| | | | page 2    SUBTOTAL | 82,163.47 |
| | | | page 1    SUBTOTAL | 293,041.20 |
| | | | TOTAL | 375,204.67 |