## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>FCC Holdings, Inc., et al.,<br><br>Debtors. | Chapter 11<br><br>Case No. 14-11987 (CSS) |

### AFFIDAVIT OF SERVICE

I, Gene Matthews, depose and say that I am employed by Reliable Companies, provided noticing services in the above-captioned case.

On April 27, 2018, at my direction and under my supervision, employees of Reliable caused to be served the following document by via first class mail on the service list attached hereto as Exhibit A:

| | | |
|---|---|---|
| 04/27/2018 | 837 | Order Granting Liquidating Trustee's Motion For An Order Extending Term of the Liquidating Trust. (Related Doc # 832) Order Signed on 4/27/2018. (DMC) (Entered: 04/27/2018) |

X _____
**Gene Matthews**

Dated: April 30, 2018

State of Delaware
County of New Castle

Subscribed and sworn to (or affirmed) before me on this 30th day of April 2018, by Gene Matthews, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

X _____

[Notary Seal: ALAINA MARIE CASSEL, MY COMMISSION EXPIRES MARCH 19, 2022, NOTARY PUBLIC, STATE OF DELAWARE]

# EXHIBIT A

*Anthem Education*
1000 Corporate Dr Ste 500
Ft. Lauderdale, FL 33334

*Greenberg Traurig, LLP*
Dennis A. Meloro
1007 North Orange Street, Suite 1200
Wilmington, DE 19801

*Greenberg Traurig, LLP*
Nancy A. Mitchell & Maria J. DiConza & Zack Polidoro
200 Park Avenue
New York, NY 10166

*Jackson Walker L.L.P.*
Jennifer F. Wertz
100 Congress, Suite 1100
Austin, TX 78701

*Andrew S. Conway, Esq.*
200 East Long Lake Road, Suite 300
Bloomfield Hills, MI 48304

*Archer & Greiner, P.C.*
David W. Carickhoff, Esq.
300 Delaware Ave., Suite 1370
Wilmington, DE 19801

*Archer & Greiner, P.C.*
Edward J. Kelleher, Esq.
One Centennial Square
Haddonfield, NJ 08033

*Arnstein & Lehr LLP*
Michelle G. Novick, Esq.
120 South Riverside Plaza, Suite 1200
Chicago, IL 60606-3910

*Attorney General State of Michigan*
Bill Schuette & Heather L. Donald Assistant Attorney General
Cadillac Place, Ste 10-200
3030 W. Grand Blvd
Detroit, MI 48202

*Bank of Montreal*
James Jerz
115 South LaSalle Street
Chicago, IL 60603

*Barnes & Thornburg LLP*
David M. Powlen, Esq. & Kevin G. Collins, Esq.
1000 N. West Street, Suite 1500
Wilmington, DE 19801

*Barnes & Thornburg LLP*
Mark R. Owens, Esq.
11 S. Meridian Street
Indianapolis, IN 46204

*Bayard, P.A.*
Scott D. Cousins Esquire
222 Delaware Avenue, Suite 900
Wilmington, DE 19801

*Capehart & Scatchard, P.A.*
A Professional Corporation
William G. Wright, Esquire
8000 Midlantic Drive, Suite 300 S
Mt. Laurel, NJ 08054

*Carmody MacDonald P.C.*
John E. Hilton
120 South Central Avenue, Suite 1800
St. Louis, MO 63105

*Chapman and Cutler LLP*
Stephen R. Tetro II
111 West Monroe Street
Chicago, IL 60603-4080

*Clingman & Hanger Management Associates, LLC*
Teresa S. Hanger - Principal
880 Technology Park Drive
Glen Allen, VA 23059

*Darosy, Inc.*
c/o Ricardo A. Reyes Esq.
Tobin & Reyes, PA
225 N.E. Mizner Boulevard, Suite 510
Boca Raton, FL 33432

*Delaware Dept of Justice*
Attn Bankruptcy Dept
820 N French St 6th Fl
Wilmington, DE 19801

*Delaware Secretary of State*
Franchise Tax
401 Federal Street
PO Box 898
Dover, DE 19903

*Delaware State Treasury*
820 Silver Lake Blvd., Suite 100
Dover, DE 19904

*Gibbons P.C.*
Attn: Natasha M. Songonuga, Esq.
1000 N. West Street, Suite 1200
Wilmington, DE 19801-1058

*Gibbons P.C.*
Attn: David N. Crapo, Esq.
One Gateway Center
Newark, NJ 07102-5310

*Gotten, Wilson, Savory & Beard PLLC*
Russell W. Savory
88 Union Avenue, 14th Floor
Memphis, TN 38103

*Higher Ed Growth, LLC*
c/o Edward M. Fitzgerald, Esq.
Holland & Knight LLP
200 S. Orange Avenue, Suite 2600
Orlando, FL 32801

*IBM Corporation*
Attn: Bankruptcy Coordinator
275 Viger East, Suite 400
Montreal, QC H2X 3R7
Canada

*IEC Corporation*
Attention: Dr. Fardad Fateri
16485 Laguna Canyon Rd. Ste. 300
Irvine, CA 92618

*Internal Revenue Service*
Centralized Insolvency Operation
PO Box 7346
Philadelphia, PA 19101-7346

*Internal Revenue Service*
Insolvency Section
31 Hopkins Plz Rm 1150
Baltimore, MD 21201

*Internal Revenue Service*
Centralized Insolvency Operation
2970 Market St
Philadelphia, PA 19104

| | | |
|---|---|---|
| *Iron Mountain Information Management, LLC*<br>Joseph Corrigan<br>One Federal Street<br>Boston, MA 02110 | *Jay W. Hurst Assistant Attorney General*<br>Bankruptcy & Collections Division<br>P.O. Box 12548<br>Austin, TX 78711-2548 | *KCC*<br>Leanne V. Rehder Scott<br>2335 Alaska Ave.<br>El Segundo, CA 90245 |
| *Kercsmar & Feltus PLLC*<br>Geoffrey S. Kercsmar<br>7150 East Camelback Road, Suite 285<br>Scottsdale, AZ 85251 | *Kirkland & Ellis LLP*<br>Noah J. Ornstein<br>300 North LaSalle<br>Chicago, IL 60654 | *Klehr Harrison Harvey Branzburg LLP*<br>Domenic Pacitti, Esquire<br>919 N. Market Street, Suite 1000<br>Wilmington, DE 19801 |
| *Klehr Harrison Harvey Branzburg LLP*<br>Jeffrey Kurtzman, Esquire<br>1835 Market Street, Suite 1400<br>Philadelphia, PA 19103 | *Linebarger Goggan Blair & Sampson, LLP*<br>Elizabeth Weller<br>2777 N. Stemmons Freeway Suite 1000<br>Dallas, TX 75207 | *Maricopa County Attorney's Office Civil Service Division*<br>Lori A. Lewis<br>222 North Central Avenue, Suite 1100<br>Phoenix, AZ 85004-2206 |
| *Missouri Department of Revenue, Bankruptcy Unit*<br>Attn: Steven A. Ginther<br>PO Box 475<br>Jefferson City, MO 65105-0475 | *Monzack Mersky McLaughlin and Browder, P.A.*<br>Rachel B. Mersky, Esquire<br>1201 N. Orange Street, Suite 400<br>Wilmington, DE 19801-1155 | *Morris James LLP*<br>Brett D. Fallon, Esq.<br>500 Delaware Avenue, Suite 1500<br>P.O. Box 2306<br>Wilmington, DE 19899-2306 |
| *Office of the United States Trustee Delaware*<br>Benjamin Hackman<br>844 King St Ste 2207<br>Lockbox 35<br>Wilmington, DE 19899-0035 | *Office of the US Attorney General*<br>Joseph R. Biden III<br>Carvel State Office Building<br>820 N French St<br>Wilmington, DE 19801 | *Otterbourg P.C.*<br>Scott L. Hazan & David M. Posner & Gianfranco Finizio<br>230 Park Avenue<br>New York, NY 10169-0075 |
| *Quarles & Brady LLP*<br>Brittany S. Ogden<br>33 E. Main Street, Suite 900<br>Madison, WI 53703 | *Ricoh USA Inc*<br>Recovery & Bankruptcy Group<br>3920 Arkwright Road, Suite 400<br>Macon, GA 31210 | *Ritzert & Leyton, P.C.*<br>Attention: Peter Leyton<br>11350 Random Hills Road, Suite 400<br>Fairfax, VA 22030 |
| *Satterlee Stephens Burke & Burke LLP*<br>Christopher R. Belmonte, Esq. & Abigail Snow, Esq.<br>230 Park Avenue, Suite 1130<br>New York, NY 10169 | *Securities & Exchange Commission*<br>Secretary of the Treasury<br>100 F St NE<br>Washington, DC 20549 | *Securities & Exchange Commission*<br>Sharon Binger Regional Director<br>One Penn Center<br>1617 JFK Boulevard Ste 520<br>Philadelphia, PA 19103 |
| *Securities & Exchange Commission NY Office*<br>George S Canellos Regional Director<br>3 World Financial Center Ste 400<br>New York, NY 10281-1022 | *Sichenzia Ross Friedman Ference LLP*<br>Ralph E. Preite, Esq.<br>61 Broadway, 32nd Floor<br>New York, NY 10006 | *Stevens & Lee, P.C.*<br>John D. Demmy, Esquire<br>1105 North Market Street, 7th Floor<br>Wilmington, DE 19801 |
| *Stevens & Lee, P.C.*<br>Leonard P. Goldberger, Esquire<br>620 Freedom Business Center, Suite 200<br>King of Prussia, PA 19406 | *Stevens & Lee, P.C.*<br>John C. Kilgannon, Esquire<br>1818 Market Street, 29th Floor<br>Philadelphia, PA 19103 | *Sullivan Hazeltine Allinson LLC*<br>Elihu E. Allinson III, Esq.<br>901 N. Market Street, Suite 1300<br>Wilmington, DE 19801 |
| *Maron Marvel Bradley & Anderson LLC*<br>Stephanie A. Fox, Esquire<br>1201 N. Market Street, Suite 900<br>Wilmington, DE 19801 | *Thompson, O'Brien, Kemp & Nasuti, P.C.*<br>Albert F. Nasuti, Esq.<br>40 Technology Parkway South, Suite 300<br>Norcross, GA 30092 | *Thompson, O'Brien, Kemp & Nasuti, P.C.*<br>Bret T. Thrasher, Esq.<br>40 Technology Parkway South, Suite 300<br>Norcross, GA 30092 |

*TW Telecom Inc.*
Linda Boyle
10475 Park Meadows Drive, #400
Littleton, CO 80124

*US Attorney for Delaware*
Charles Oberly c/o Ellen Slights
1007 Orange St Ste 700
PO Box 2046
Wilmington, DE 19899-2046

*Wisconsin Department of Justice*
F. Mark Bromley, AAG
Post Office Box 7857
Madison, WI 53707-7857

*Shipman & Goodwin LLP*
Eric S. Goldstein, Esq.
One Constitution Plaza
Hartford, CT 06103-1919

*Young Conaway Stargatt & Taylor, LLP*
Michael R. Nestor
Rodney Square
1000 North King Street
Wilmington, DE 19801

*The Powell Firm, LLC*
Jason C. Powell, Esq.
1201 North Orange Street, Suite 500
P.O. Box 289
Wilmington, DE 19899

*Law Office Of Douglas B. Janney III*
Douglas B. Janney III, Esq.
2002 Richard Jones Road, Suite B-200
Nashville, TN 37215

*Yahoo! Inc.*
*c/o Bialson, Bergen & Schwab*
Lawrence M. Schwab, Esq.
Thomas M. Gaa, Esq.
633 Menlo Avenue, Suite 100
Menlo Park, CA 94025

*Premier Education Group, LP*
Attn. Nicholas V. Hastain, PhD, President
100 South Shore Drive, 2nd Floor
East Haven, CT 06512

**Counsel to Premier Education Group, LP**
c/o Jonathan D. Farrell, Esq.
Meltzer, Lippe, Goldstein & Breitstone, LLP
190 Willis Avenue
Mineola, NY 11501