**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| FCC Holdings, Inc., <u>et al.</u>, | ) | Case No. 14-11987 (CSS) |
| | ) | |
| Debtors. | ) | |
| | ) | |
| | ) | |

**ORDER SCHEDULING OMNIBUS HEARING DATE**

IT IS HEREBY ORDERED, under Rule 2002-1(a) of the Local Rules of

Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District

of Delaware, that the following omnibus hearing date is scheduled in the above-captioned

case:

Monday, June 25, 2018 at 10:00 a.m. (ET) (Omnibus Hearing)

**Dated: May 23rd, 2018
Wilmington, Delaware**

**CHRISTOPHER S. SONTCHI
UNITED STATES BANKRUPTCY JUDGE**