# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br><br> FCC Holdings, Inc., et al., <br><br> Debtors. | Chapter 11 <br><br> Case No. 14-11987 (CSS) |

## AFFIDAVIT OF SERVICE

I, Gene Matthews, depose and say that I am employed by Reliable Companies, provided noticing services in the above-captioned case.

On May 23, 2018, at my direction and under my supervision, employees of Reliable caused to be served the following document by via first class mail on the service list attached hereto as Exhibit A:

| | | |
|---|---|---|
| 05/23/2018 | 842 | Order Scheduling Omnibus Hearings. All hearings will be held at US Bankruptcy Court, 824 Market St., 5th Fl., Courtroom #6, Wilmington, Delaware . Omnibus Hearings scheduled for 6/25/2018 at 10:00 AM. Signed on 5/23/2018. (CAS) (Entered: 05/23/2018) |

X _____
**Gene Matthews**

Dated: May 29, 2018

State of Delaware
County of New Castle

Subscribed and sworn to (or affirmed) before me on this 29th day of May 2018, by Gene Matthews, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

X _____

[Notary Seal: ALAINA MARIE CASSEL, NOTARY PUBLIC, STATE OF DELAWARE, MY COMMISSION EXPIRES MARCH 19, 2022]

# EXHIBIT A

| | | |
|---|---|---|
| **Anthem Education**<br>1000 Corporate Dr Ste 500<br>Ft. Lauderdale, FL 33334 | **Greenberg Traurig, LLP**<br>Dennis A. Meloro<br>1007 North Orange Street, Suite 1200<br>Wilmington, DE 19801 | **Greenberg Traurig, LLP**<br>Nancy A. Mitchell & Maria J. DiConza & Zack Polidoro<br>200 Park Avenue<br>New York, NY 10166 |
| **Jackson Walker L.L.P.**<br>Jennifer F. Wertz<br>100 Congress, Suite 1100<br>Austin, TX 78701 | **Andrew S. Conway, Esq.**<br>200 East Long Lake Road, Suite 300<br>Bloomfield Hills, MI 48304 | **Archer & Greiner, P.C.**<br>David W. Carickhoff, Esq.<br>300 Delaware Ave., Suite 1370<br>Wilmington, DE 19801 |
| **Archer & Greiner, P.C.**<br>Edward J. Kelleher, Esq.<br>One Centennial Square<br>Haddonfield, NJ 08033 | **Arnstein & Lehr LLP**<br>Michelle G. Novick, Esq.<br>120 South Riverside Plaza, Suite 1200<br>Chicago, IL 60606-3910 | **Attorney General State of Michigan**<br>Bill Schuette & Heather L. Donald Assistant Attorney General<br>Cadillac Place, Ste 10-200<br>3030 W. Grand Blvd<br>Detroit, MI 48202 |
| **Bank of Montreal**<br>James Jerz<br>115 South LaSalle Street<br>Chicago, IL 60603 | **Barnes & Thornburg LLP**<br>David M. Powlen, Esq. & Kevin G. Collins, Esq.<br>1000 N. West Street, Suite 1500<br>Wilmington, DE 19801 | **Barnes & Thornburg LLP**<br>Mark R. Owens, Esq.<br>11 S. Meridian Street<br>Indianapolis, IN 46204 |
| **Bayard, P.A.**<br>Scott D. Cousins Esquire<br>222 Delaware Avenue, Suite 900<br>Wilmington, DE 19801 | **Capehart & Scatchard, P.A.**<br>A Professional Corporation<br>William G. Wright, Esquire<br>8000 Midlantic Drive, Suite 300 S<br>Mt. Laurel, NJ 08054 | **Carmody MacDonald P.C.**<br>John E. Hilton<br>120 South Central Avenue, Suite 1800<br>St. Louis, MO 63105 |
| **Chapman and Cutler LLP**<br>Stephen R. Tetro II<br>111 West Monroe Street<br>Chicago, IL 60603-4080 | **Clingman & Hanger Management Associates, LLC**<br>Teresa S. Hanger - Principal<br>880 Technology Park Drive<br>Glen Allen, VA 23059 | **Darosy, Inc.**<br>c/o Ricardo A. Reyes Esq.<br>Tobin & Reyes, PA<br>225 N.E. Mizner Boulevard, Suite 510<br>Boca Raton, FL 33432 |
| **Delaware Dept of Justice**<br>Attn Bankruptcy Dept<br>820 N French St 6th Fl<br>Wilmington, DE 19801 | **Delaware Secretary of State**<br>Franchise Tax<br>401 Federal Street<br>PO Box 898<br>Dover, DE 19903 | **Delaware State Treasury**<br>820 Silver Lake Blvd., Suite 100<br>Dover, DE 19904 |
| **Gibbons P.C.**<br>Attn: Natasha M. Songonuga, Esq.<br>1000 N. West Street, Suite 1200<br>Wilmington, DE 19801-1058 | **Gibbons P.C.**<br>Attn: David N. Crapo, Esq.<br>One Gateway Center<br>Newark, NJ 07102-5310 | **Beard & Savory**<br>Russell W. Savory<br>119 South Main, Suite 500<br>Memphis, TN 38103 |
| **Higher Ed Growth, LLC**<br>c/o Edward M. Fitzgerald, Esq.<br>Holland & Knight LLP<br>200 S. Orange Avenue, Suite 2600<br>Orlando, FL 32801 | **IBM Corporation**<br>Attn: Bankruptcy Coordinator<br>275 Viger East, Suite 400<br>Montreal, QC H2X 3R7<br>Canada | **IEC Corporation**<br>Attention: Dr. Fardad Fateri<br>16485 Laguna Canyon Rd, Ste. 300<br>Irvine, CA 92618 |

*Iron Mountain Information Management, LLC*
Joseph Corrigan
One Federal Street
Boston, MA 02110

*Jay W. Hurst Assistant Attorney General*
Bankruptcy & Collections Division
P.O. Box 12548
Austin, TX 78711-2548

*KCC*
Leanne V. Rehder Scott
2335 Alaska Ave.
El Segundo, CA 90245

*Kercsmar & Feltus PLLC*
Geoffrey S. Kercsmar
7150 East Camelback Road, Suite 285
Scottsdale, AZ 85251

*Kirkland & Ellis LLP*
Noah J. Ornstein
300 North LaSalle
Chicago, IL 60654

*Klehr Harrison Harvey Branzburg LLP*
Domenic Pacitti, Esquire
919 N. Market Street, Suite 1000
Wilmington, DE 19801

*Klehr Harrison Harvey Branzburg LLP*
Jeffrey Kurtzman, Esquire
1835 Market Street, Suite 1400
Philadelphia, PA 19103

*Linebarger Goggan Blair & Sampson, LLP*
Elizabeth Weller
2777 N. Stemmons Freeway Suite 1000
Dallas, TX 75207

*Maricopa County Attorney's Office Civil Service Division*
Lori A. Lewis
222 North Central Avenue, Suite 1100
Phoenix, AZ 85004-2206

*Missouri Department of Revenue, Bankruptcy Unit*
Attn: Steven A. Ginther
PO Box 475
Jefferson City, MO 65105-0475

*Monzack Mersky McLaughlin and Browder, P.A.*
Rachel B. Mersky, Esquire
1201 N. Orange Street, Suite 400
Wilmington, DE 19801-1155

*Morris James LLP*
Brett D. Fallon, Esq.
500 Delaware Avenue, Suite 1500
P.O. Box 2306
Wilmington, DE 19899-2306

*Office of the United States Trustee Delaware*
Benjamin Hackman
844 King St Ste 2207
Lockbox 35
Wilmington, DE 19899-0035

*Office of the US Attorney General*
Joseph R. Biden III
Carvel State Office Building
820 N French St
Wilmington, DE 19801

*Otterbourg P.C.*
Scott L. Hazan & David M. Posner & Gianfranco Finizio
230 Park Avenue
New York, NY 10169-0075

*Quarles & Brady LLP*
Brittany S. Ogden
33 E. Main Street, Suite 900
Madison, WI 53703

*Ricoh USA Inc*
Recovery & Bankruptcy Group
3920 Arkwright Road, Suite 400
Macon, GA 31210

*Ritzert & Leyton, P.C.*
Attention: Peter Leyton
11350 Random Hills Road, Suite 400
Fairfax, VA 22030

*Satterlee Stephens Burke & Burke LLP*
Christopher R. Belmonte, Esq. & Abigail Snow, Esq.
230 Park Avenue, Suite 1130
New York, NY 10169

*Securities & Exchange Commission*
Secretary of the Treasury
100 F St NE
Washington, DC 20549

*Securities & Exchange Commission*
Sharon Binger Regional Director
One Penn Center
1617 JFK Boulevard Ste 520
Philadelphia, PA 19103

*Securities & Exchange Commission NY Office*
George S Canellos Regional Director
3 World Financial Center Ste 400
New York, NY 10281-1022

*Sichenzia Ross Friedman Ference LLP*
Ralph E. Preite, Esq.
61 Broadway, 32nd Floor
New York, NY 10006

*Stevens & Lee, P.C.*
John D. Demmy, Esquire
919 North Market Street, Suite 1300
Wilmington, DE 19801

*Stevens & Lee, P.C.*
Leonard P. Goldberger, Esquire
620 Freedom Business Center, Suite 200
King of Prussia, PA 19406

*Stevens & Lee, P.C.*
John C. Kilgannon, Esquire
1818 Market Street, 29th Floor
Philadelphia, PA 19103

*Sullivan Hazeltine Allinson LLC*
Elihu E. Allinson III, Esq.
901 N. Market Street, Suite 1300
Wilmington, DE 19801

| | | |
|---|---|---|
| **TW Telecom Inc.**<br>Linda Boyle<br>10475 Park Meadows Drive, #400<br>Littleton, CO 80124 | **US Attorney for Delaware**<br>Charles Oberly c/o Ellen Slights<br>1007 Orange St Ste 700<br>PO Box 2046<br>Wilmington, DE 19899-2046 | **Wisconsin Department of Justice**<br>F. Mark Bromley, AAG<br>Post Office Box 7857<br>Madison, WI 53707-7857 |
| **Shipman & Goodwin LLP**<br>Eric S. Goldstein, Esq.<br>One Constitution Plaza<br>Hartford, CT 06103-1919 | **Young Conaway Stargatt & Taylor, LLP**<br>Michael R. Nestor<br>Rodney Square<br>1000 North King Street<br>Wilmington, DE 19801 | **The Powell Firm, LLC**<br>Jason C. Powell, Esq.<br>1201 North Orange Street, Suite 500<br>P.O. Box 289<br>Wilmington, DE 19899 |
| **Law Office Of Douglas B. Janney III**<br>Douglas B. Janney III, Esq.<br>2002 Richard Jones Road, Suite B-200<br>Nashville, TN 37215 | **Yahoo! Inc.**<br>c/o Bialson, Bergen & Schwab<br>Lawrence M. Schwab, Esq.<br>Thomas M. Gaa, Esq.<br>633 Menlo Avenue, Suite 100<br>Menlo Park, CA 94025 | **Premier Education Group, LP**<br>Attn. Nicholas V. Hastain, PhD, President<br>100 South Shore Drive, 2nd Floor<br>East Haven, CT 06512 |
| **Counsel to Premier Education Group, LP**<br>c/o Jonathan D. Farrell, Esq.<br>Meltzer, Lippe, Goldstein & Breitstone, LLP<br>190 Willis Avenue<br>Mineola, NY 11501 | | |

| *Maron Marvel Bradley & Anderson LLC* | *Thompson, O'Brien, Kemp & Nasuti, P.C.* | *Thompson, O'Brien, Kemp & Nasuti, P.C.* |
|---|---|---|
| Stephanie A. Fox, Esquire | Albert F. Nasuti, Esq. | Bret T. Thrasher, Esq. |
| 1201 N. Market Street, Suite 900 | 40 Technology Parkway South, Suite 300 | 40 Technology Parkway South, Suite 300 |
| Wilmington, DE 19801 | Norcross, GA 30092 | Norcross, GA 30092 |

**Internal Revenue Service**
Centralized Insolvency Operation
PO Box 7346
Philadelphia, PA 19101-7346

**Internal Revenue Service**
Insolvency Section
31 Hopkins Plz Rm 1150
Baltimore, MD 21201

**Internal Revenue Service**
Centralized Insolvency Operation
2970 Market St
Philadelphia, PA 19104