# EXHIBIT A

| | |
|---|---|
| From: | Simone K. Lelchuk |
| To: | Ahari, Leslie; John FitzSimons; DMuller@BaileyCav.com; Avery Samet; Michael N. Kreitzer; Bijan Amini; kduvall@bilzin.com |
| Cc: | Jed Melnick; simone Lelchuk |
| Subject: | FCC Settlement Terms - Please Reply All |
| Date: | Friday, May 11, 2018 8:39:30 PM |

Counsel,

Thank you for everyone's patience and hard work today and this evening.

It is our understanding based on the representations of the parties hereto (the "Parties") that at the May 11, 2018 mediation before Jed Melnick in the Clingman & Hanger vs. Knobel, David, et al. (JAMS Reference No. 1425026459) (the "Mediation") the Parties arrived at a deal, terms of which are included below.

Please **REPLY ALL** to confirm your agreement to the below terms.

1. The Parties agree to an all-in settlement amount of $15,000,000 (the "Settlement Payment"), which the insurers shall fund in a commercially reasonable time period.

2. Defense counsel agrees to confirm details of this settlement with the Trustee's counsel via email as early as possible this Sunday, May 13, 2018.

3. The Parties will jointly prepare a communication to go to the Court on Monday, May 14, 2018.

4. The Parties agree that this settlement is subject to Bankruptcy Court approval.

5. The Parties agree to global, mutual releases (including, but not limited to, releases of all insureds under the policies, all claims in the bankruptcy are to be released, policy and claims releases for each insurer, etc.).

6. The Parties agree that Jed Melnick shall retain jurisdiction and arbitral power over any settlement-related issues arising between any of the Parties.

**Please Reply All**

Thank you,

Jed & Simone

--

Mediation Privilege - Please Delete If Received In Error

Simone Lelchuk (profile)
Mobile 516-850-5125
SimoneKLelchuk@gmail.com