# EXHIBIT B

| | |
|---|---|
| From: | Kenneth Duvall |
| To: | John FitzSimons; Leslie Ahari; Simone K. Lelchuk; David Muller; Avery Samet; Michael N. Kreitzer; Bijan Amini |
| Cc: | Jed Melnick; Lisa Gorham |
| Subject: | RE: FCC Settlement Terms - Please Reply All [CC-US1.FID586673] |
| Date: | Monday, May 14, 2018 3:18:28 PM |
| Attachments: | image007.png |
| | image008.png |
| | image009.png |
| | image001.png |

Confirmed.

Kenneth Duvall
Attorney
**Bilzin Sumberg Baena Price & Axelrod LLP**
1450 Brickell Avenue, 23rd Floor                    Tel 305.350.7284
Miami, Florida 33131                                Direct Fax 305.351.2283
www.bilzin.com                                      kduvall@bilzin.com

**From:** John FitzSimons
**Sent:** Monday, May 14, 2018 12:07 PM
**To:** Leslie Ahari; Simone K. Lelchuk; David Muller; Avery Samet; Michael N. Kreitzer; Bijan Amini; Kenneth Duvall
**Cc:** Jed Melnick; Lisa Gorham
**Subject:** RE: FCC Settlement Terms - Please Reply All [CC-US1.FID586673]

Confirmed for AIG.

**John FitzSimons**
*Partner*

 KAUFMAN DOLOWICH VOLUCK
ATTORNEYS AT LAW

40 Exchange Place, 20th Floor
New York, NY, 10005

Direct:   212-485-9955
Cell:     917-854-3802
Main:     212-485-9600
Fax:      212-485-9700
Email:    jfitzsimons@kdvlaw.com

**WWW.KDVLAW.COM**

  

**LONG ISLAND | NEW YORK CITY | PENNSYLVANIA | CHICAGO**

**NEW JERSEY | SAN FRANCISCO | LOS ANGELES | FLORIDA**

PLEASE NOTE: This message, including any attachments, may include privileged, confidential and/or inside information. Any distribution or use of this communication by anyone other than the intended recipient(s) is strictly prohibited and may be unlawful. If you are not the intended recipient, please notify the sender by replying to this message and then delete it from your system.

 Please consider the environment before printing.

**From:** Ahari, Leslie [mailto:Leslie.Ahari@clydeco.us]
**Sent:** Sunday, May 13, 2018 8:53 AM
**To:** Simone K. Lelchuk; John FitzSimons; DMuller@BaileyCav.com; Avery Samet; Michael N. Kreitzer; Bijan Amini; kduvall@bilzin.com
**Cc:** Jed Melnick; Lisa Gorham
**Subject:** RE: FCC Settlement Terms - Please Reply All [CC-US1.FID586673]

Confirmed for XL Specialty

Leslie Ahari
Partner | Clyde & Co US LLP
Direct Dial: +1 202 747 5111 | Mobile: +1 703 627 8061

**CLYDE&CO**  1775 Pennsylvania Avenue, NW | 4th Floor | Washington | DC 20006 | USA
Main +1 202 747 5100 | Fax +1 202 747 5150 | www.clydeco.us

**From:** Simone K. Lelchuk [mailto:simoneklelchuk@gmail.com]
**Sent:** Friday, May 11, 2018 8:39 PM
**To:** Ahari, Leslie; John FitzSimons; DMuller@BaileyCav.com; Avery Samet; Michael N. Kreitzer; Bijan Amini; kduvall@bilzin.com
**Cc:** Jed Melnick; simone Lelchuk
**Subject:** FCC Settlement Terms - Please Reply All

Counsel,

Thank you for everyone's patience and hard work today and this evening.

It is our understanding based on the representations of the parties hereto (the "Parties") that at the May 11, 2018 mediation before Jed Melnick in the Clingman & Hanger vs. Knobel, David, et al. (JAMS Reference No. 1425026459) (the "Mediation") the Parties arrived at a deal, terms of which are included below.

Please **REPLY ALL** to confirm your agreement to the below terms.

1. The Parties agree to an all-in settlement amount of $15,000,000 (the "Settlement Payment"), which the insurers shall fund in a commercially reasonable time period.

2. Defense counsel agrees to confirm details of this settlement with the Trustee's counsel via email as early as possible this Sunday, May 13, 2018.

3. The Parties will jointly prepare a communication to go to the Court on Monday,

May 14, 2018.

4. The Parties agree that this settlement is subject to Bankruptcy Court approval.

5. The Parties agree to global, mutual releases (including, but not limited to, releases of all insureds under the policies, all claims in the bankruptcy are to be released, policy and claims releases for each insurer, etc.).

6. The Parties agree that Jed Melnick shall retain jurisdiction and arbitral power over any settlement-related issues arising between any of the Parties.

**Please Reply All**

Thank you,

Jed & Simone

--
Mediation Privilege - Please Delete If Received In Error

Simone Lelchuk (profile)
Mobile 516-850-5125
SimoneKLelchuk@gmail.com

**If our account details change, we will notify these to you by letter, telephone or face-to-face and never by email.**

This email message and any attachments may contain legally privileged and/or confidential information intended solely for the use of the individual or entity to whom it is addressed. If the reader of this message is not the intended recipient, you are hereby notified that any reading, dissemination, distribution or copying of this message or its attachments is strictly prohibited. If you have received this email message in error, please immediately notify us by telephone, fax or email and delete the message and all attachments thereto. Thank you. Clyde & Co US LLP is a Delaware limited liability law partnership affiliated with Clyde & Co LLP, a multinational partnership regulated by The Law Society of England and Wales.

Disclosure: To ensure compliance with requirements imposed by the IRS in Circular 230, we inform you that any tax advice contained in this communication (including any attachment that does not explicitly state otherwise) is not intended or written to be used, and cannot be used, for the purpose of avoiding penalties under the Internal Revenue Code or promoting, marketing or recommending to another party any transaction or matter addressed herein.

This message contains information which may be confidential and privileged. Unless you are the addressee (or authorized to receive for the addressee), you may not use, copy or disclose to anyone the message or any information contained in this message. If you have received this

message in error, please advise the sender by reply e-mail or reply to info@bilzin.com, and delete the message. Thank you very much.

| From: | David A. Muller |
|---|---|
| To: | Simone K. Lelchuk; Ahari, Leslie; John FitzSimons; Avery Samet; Michael N. Kreitzer; Bijan Amini; kduvall@bilzin.com |
| Cc: | Jed Melnick |
| Subject: | RE: FCC Settlement Terms - Please Reply All |
| Date: | Sunday, May 13, 2018 9:35:56 AM |

Confirming for Starr.  Thanks.

David A. Muller *Member*


BAILEY | CAVALIERI

10 W. Broad Street, Ste. 2100  •  Columbus, OH 43215-3422

direct: 614.229.3279  •  main: 614.221.3155  •  fax: 614.221.0479

dmuller@baileycav.com  |  baileycav.com

Bailey Cavalieri LLC

**From:** Simone K. Lelchuk <simoneklelchuk@gmail.com>
**Sent:** Friday, May 11, 2018 8:39 PM
**To:** Ahari, Leslie <Leslie.Ahari@clydeco.us>; John FitzSimons <jfitzsimons@kdvlaw.com>; David A. Muller <dmuller@baileycav.com>; Avery Samet <asamet@storchamini.com>; Michael N. Kreitzer <mkreitzer@bilzin.com>; Bijan Amini <bamini@storchamini.com>; kduvall@bilzin.com
**Cc:** Jed Melnick <jedmelnick@gmail.com>; simone Lelchuk <simoneklelchuk@gmail.com>
**Subject:** FCC Settlement Terms - Please Reply All

Counsel,

Thank you for everyone's patience and hard work today and this evening.

It is our understanding based on the representations of the parties hereto (the "Parties") that at the May 11, 2018 mediation before Jed Melnick in the Clingman & Hanger vs. Knobel, David, et al. (JAMS Reference No. 1425026459) (the "Mediation") the Parties arrived at a deal, terms of which are included below.

Please **REPLY ALL** to confirm your agreement to the below terms.

1. The Parties agree to an all-in settlement amount of $15,000,000 (the "Settlement Payment"), which the insurers shall fund in a commercially reasonable time period.

2. Defense counsel agrees to confirm details of this settlement with the Trustee's counsel via email as early as possible this Sunday, May 13, 2018.

3. The Parties will jointly prepare a communication to go to the Court on Monday, May 14, 2018.

4. The Parties agree that this settlement is subject to Bankruptcy Court approval.

5. The Parties agree to global, mutual releases (including, but not limited to, releases of all insureds under the policies, all claims in the bankruptcy are to be released, policy and claims releases for each insurer, etc.).

6. The Parties agree that Jed Melnick shall retain jurisdiction and arbitral power over any settlement-related issues arising between any of the Parties.

**Please Reply All**

Thank you,

Jed & Simone

--

Mediation Privilege - Please Delete If Received In Error

Simone Lelchuk (profile)
Mobile 516-850-5125
SimoneKLelchuk@gmail.com

| | |
|---|---|
| From: | Bijan Amini |
| To: | simoneklelchuk@gmail.com; Leslie.Ahari@clydeco.us; jfitzsimons@kdvlaw.com; DMuller@baileycav.com; Avery Samet; mkreitzer@bilzin.com; kduvall@bilzin.com |
| Cc: | jedmelnick@gmail.com; simoneklelchuk@gmail.com |
| Subject: | RE: FCC Settlement Terms - Please Reply All |
| Date: | Friday, May 11, 2018 10:12:36 PM |

Confirmed on behalf of plaintiff.

Many thanks to both of you, and everyone else involved, for your hard work and perserverance today.

Best wishes,

Bijan


Bijan Amini

STORCH AMINI PC

2 GRAND CENTRAL TOWER

140 EAST 45TH STREET, 25TH FLOOR

NEW YORK, NY 10017


212.490.4100 - OFFICE

212.497.8217 - DIRECT

212.490.4208 - FAX


www.storchamini.com


CONFIDENTIALITY NOTICE: The information contained in this e-mail and any attachments may be legally privileged and confidential. If you are not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this e-mail and any attachments is strictly prohibited. If you have received this e-mail in error, please notify the sender and permanently delete the e-mail and any attachments immediately. You should not retain, copy or use this e-mail or any attachment for any purpose, nor disclose all or any part of the contents to any other person. Thank you.

**From:** "Simone K. Lelchuk" <simoneklelchuk@gmail.com>
**Sent:** May 11, 2018 8:39 PM
**To:** "Ahari, Leslie" <Leslie.Ahari@clydeco.us>; John FitzSimons <jfitzsimons@kdvlaw.com>; "DMuller@BaileyCav.com" <DMuller@baileycav.com>; Avery Samet <asamet@storchamini.com>; "Michael N. Kreitzer" <mkreitzer@bilzin.com>; Bijan Amini <bamini@storchamini.com>; kduvall@bilzin.com
**Cc:** Jed Melnick <jedmelnick@gmail.com>; simone Lelchuk <simoneklelchuk@gmail.com>
**Subject:** FCC Settlement Terms - Please Reply All

Counsel,

Thank you for everyone's patience and hard work today and this evening.

It is our understanding based on the representations of the parties hereto (the "Parties") that at the May 11, 2018 mediation before Jed Melnick in the Clingman & Hanger vs. Knobel, David, et al. (JAMS Reference No. 1425026459) (the "Mediation") the Parties arrived at a deal, terms of which are included below.

Please **REPLY ALL** to confirm your agreement to the below terms.

1. The Parties agree to an all-in settlement amount of $15,000,000 (the "Settlement Payment"), which the insurers shall fund in a commercially reasonable time period.

2. Defense counsel agrees to confirm details of this settlement with the Trustee's counsel via email as early as possible this Sunday, May 13, 2018.

3. The Parties will jointly prepare a communication to go to the Court on Monday, May 14, 2018.

4. The Parties agree that this settlement is subject to Bankruptcy Court approval.

5. The Parties agree to global, mutual releases (including, but not limited to, releases of all insureds under the policies, all claims in the bankruptcy are to be released, policy and claims releases for each insurer, etc.).

6. The Parties agree that Jed Melnick shall retain jurisdiction and arbitral power over any settlement-related issues arising between any of the Parties.

**Please Reply All**

Thank you,

Jed & Simone

--
Mediation Privilege - Please Delete If Received In Error

Simone Lelchuk (profile)
Mobile 516-850-5125
SimoneKLelchuk@gmail.com