# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 ) ) Case No. 14-11987 (CSS) ) |
| FCC HOLDINGS, INC., et al.,[1] | ) ) ) Jointly Administered |
| Debtors. | ) ) |
| | ) **Related Docket Nos. 855 & 857** |

## ORDER GRANTING MOTION OF THE LIQUIDATING TRUSTEE FOR ORDER UNDER BANKRUPTCY CODE SECTION 105(a) AND BANKRUPTCY RULE 9006 EXTENDING TIME TO OBJECT TO CLAIMS AND ADMINISTRATIVE EXPENSE REQUESTS

Upon the motion (the "Motion")[2] of the Liquidating Trustee for entry of an order under Bankruptcy Code section 105(a) and Bankruptcy Rule 9006 further extending the time to object to Claims and administrative expense requests; and the Court having determined that the relief requested in the Motion is in the best interests of these bankruptcy estates, the FCC Trust, creditors, and other parties in interest; and it appearing that proper and adequate notice of the Motion has been given under the circumstances and that no other or further notice is necessary; and upon the record herein; and after due deliberation thereon; and good and sufficient cause appearing therefor, it is hereby

ORDERED, ADJUDGED AND DECREED THAT:

1. The Motion is GRANTED.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: FCC Holdings, Inc. (6928); Education Training Corporation (1478); High-Tech Institute Holdings, Inc. (4629); EduTech Acquisition Corporation (8490); and High-Tech Institute, Inc. (3099).

[2] Unless otherwise defined herein, capitalized terms used herein shall have the meanings ascribed to them in the Motion.

2. The Claims Objection Deadline is extended for the Liquidating Trustee (the "Liquidating Trustee") to object to Claims and administrative expense requests through and including January 15, 2019.

3. Entry of this Order is without prejudice to the rights of the Liquidating Trustee to seek further extensions of the Claims Objection Deadline.

Dated: July 23, 2018

_____
The Honorable Christopher S. Sontchi
United States Bankruptcy Judge

WBD (US) 43340065v1