**OFFICE OF THE UNITED STATES TRUSTEE - REGION 3**
**POST-CONFIRMATION QUARTERLY SUMMARY REPORT**

This Report is to be submitted for all bank accounts that are presently maintained by the post confirmation debtor.

Debtor's Name: FCC Holdings, Inc., et al        Bank: Union Bank
                                                Account Holder Name: FCC Liquidating Trust
Bankruptcy Number: 14-11987 (CSS)               Account Number: ** 0967 and **0942 and **0519
Date of Confirmation: March 18, 2015            Account Type: Consolidated Checking/Money Market

Reporting Period (month/year): July 1, 2018 - September 30, 2018   3rd Quarter 2018

|  | 3rd Quarter To Date 07/01/18 - 09/30/18 | Case Inception To Date 05/07/15 - 09/30/18 |
|---|---:|---:|
| **Beginning Cash Balance:** | $ 618,189.13 | $ 0.00 |
| All receipts received by the Trust: | | |
| Initial Trust Funding pursuant to the Plan: | $ 0.00 | $ 1,541,945.71 |
| Additional Funding | | |
|    Closed Bank Account | $ 0.00 | $ 220,745.25 |
|    Insurance Policy Redemption | $ 0.00 | $ 1,674,013.68 |
|    Tax Refunds | $ 0.00 | $ 5,793,617.85 |
|    Officer Litigation Settlement | $ 15,000,000.00 | $ 15,000,000.00 |
|    Other Receipts | $ 54,430.05 | $ 229,493.01 |
| Interest Income | $ 22,930.57 | $ 49,845.16 |
| **Total Cash Received:** | $ 15,077,360.62 | $ 24,509,660.66 |
| **Total Cash Available:** | $ 15,695,549.75 | $ 24,509,660.66 |
| Less all disbursements or payments (including payments made under the confirmed plan) made by the Trust: | | |
| Disbursements made under the plan for Debtor's Claims | $ 1,100,000.00 | $ 5,636,635.67 |
| Disbursements made for pre-effective date professionals and expenses | $ 0.00 | $ 1,238,488.13 |
| Disbursements made pursuant to the administrative claims of Trust's professionals | $ 0.00 | $ 1,190,570.02 |
| Disbursements made pursuant to the administrative claims of US Trustee | $ 4,875.00 | $ 56,550.35 |
| All other disbursements made in the ordinary course: | $ 4,929,938.87 | $ 6,726,680.61 |
| **Total Disbursements** | $ 6,034,813.87 | $ 14,848,924.78 |
| **Ending Cash Balance** | $ 9,660,735.88 | $ 9,660,735.88 |

Pursuant to 28 U.S.C. Section 1746(2), I hereby declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief

By Clingman & Hanger Management Associates LLC, Trustee

10/23/2018                                     *W. Edward Clingman, Jr.* (signature)
Date                                           By Name / Title : W. Edward Clingman Jr., Principal

Debtor:        FCC Holding's, Inc.,et al
Case Number:   14-11987 (CSS)
Trust Name:    FCC Liquidating Trust

**FCC LIQUIDATING TRUST**

**Liabilities Not Subject to Compromise ( Postpetition Liabilities) - Other**

**Reserve for Distributions and Expenses Summary**

| | 1st Quarter To Date 07/01/18 - 09/30/18 | Case Inception To Date 05/07/15 - 09/30/18 |
|---|---:|---:|
| **Beginning Balance** | $ 618,189.13 | $ 0.00 |
| Initial Trust Funding pursuant to the Plan | $ 0.00 | $ 1,541,945.71 |
| Additional Funding and interest income | $ 15,077,360.62 | $ 22,967,714.95 |
| **Reserve Receipts** | $ 15,695,549.75 | $ 24,509,660.66 |
| Disbursements made under the plan for Debtor's Claims | $ (1,100,000.00) | $ (5,636,635.67) |
| Disbursements made for pre-effective date professionals and expenses | $ 0.00 | $ (1,238,488.13) |
| Other Disbursements | $ (4,934,813.87) | $ (7,973,800.98) |
| **Reserve Disbursements** | $ **(6,034,813.87)** | $ **(14,848,924.78)** |
| **Ending Balance** | $ **9,660,735.88** | $ **9,660,735.88** |

**FCC LIQUIDATING TRUST**

**Balance Sheet**

|  | 09/30/18 |
|---|---:|
| **ASSETS** | |
| Cash | 9,646,913.40 |
| **TOTAL ASSETS** | $ **9,646,913.40** |
| **LIABILITIES** | |
| **Reserve for Remaining Distributions and Expenses** | |
| **Calculation of Reserve for Remaining Distributions and Expenses** | |
| Total Trust Funding and Interest Income | $ 24,495,838.18 |
| Creditor Distributions | $ (5,636,635.67) |
| Disbursements made for pre-effective date professionals and expenses | $ (1,238,488.13) |
| Other post-effective date disbursements | $ (7,973,800.98) |
| **Total Reserve for Remaining Distributions and Expenses** | $ 9,646,913.40 |
| **TOTAL LIABILITIES - Reserve for Remaining Distributions and Expenses** | $ **9,646,913.40** |
| **EQUITY** | 0.00 |
| **TOTAL EQUITY** | $ **0.00** |
| **TOTAL LIABILITIES and EQUITY** | $ **9,646,913.40** |

## FCC Liquidating Trust
## Cash/Debit/Check Disbursement Details

| Name of Bank | Union Bank |
|---|---|
| Account Number |  |
| Purpose of Account | Plan Receipts and Disbursements |
| Type of Account | Checking |

| Check Number | Date of Transaction | Payee | Purpose or Description | Amount |
|---|---|---|---|---|
| ACH | 07/11/18 | JAMS, Inc. | Litigation Expense | 2,555.33 |
| 1084 | 07/23/18 | U. S. Trustee Payment Center | U.S. Trustee Fees - 2nd Qtr 2018 | 4,875.00 |
| ACH | 07/25/18 | Fahrenheit Finance LLC | Litigation Expense | 825.00 |
| Debit | 07/30/18 | Xenith | Bank Fees | 15.00 |
| Debit | 07/31/18 | Xenith | Bank Fees | 15.00 |
| 1085 | 08/02/18 | Barry Strickland & Co | Professional Fees - Tax Accounting | 1,932.10 |
| Debit | 08/06/18 | Xenith | Bank Fees | 15.00 |
| Debit | 08/08/18 | Xenith | Bank Fees | 15.00 |
| Wire | 08/08/18 | Storch Amini P.C. | Litigation Expense | 4,566,017.64 |
| ACH | 08/09/18 | Charles River Associates | Litigation Expense | 129,450.71 |
| ACH | 08/09/18 | Evolver | Litigation Expense | 7,760.46 |
| ACH | 08/09/18 | Fronteo, formerly Evolve | Litigation Expense | 11,816.10 |
| 1086 | 08/09/18 | Weissman & Dervishi, P.A. | Litigation Expense | 28,360.77 |
| ACH | 08/09/18 | Womble Bond Dickinson (US) LLP | Professional Fees - Legal | 11,247.43 |
| ACH | 08/09/18 | Clingman & Hanger Mgmt Assoc LLC | Telecom,Equipment, IT and Database Charges | 38,757.54 |
| ACH | 08/09/18 | Clingman & Hanger Mgmt Assoc LLC | Professional Fees - Monthly Trustee Fees | 25,000.00 |
| 1087 | 08/09/18 | Archer Integration, LLC | Litigation Expense - Technology Support | 1,269.20 |
| Wire | 08/15/18 | Bank of Montreal | Creditor Distribution | 1,100,000.00 |
| ACH | 08/20/18 | Womble Bond Dickinson (US) LLP | Professional Fees - Legal | 540.86 |
| ACH | 09/11/18 | Clingman & Hanger Mgmt Assoc LLC | Professional Fees - Monthly Trustee Fees | 5,000.00 |
| ACH | 09/11/18 | Clingman & Hanger Mgmt Assoc LLC | Telecom,Equipment, IT and Database Charges | 4,200.00 |
| 1088 | 09/20/18 | Weissman & Dervishi, P.A. | Litigation Expense | 385.00 |
| ACH | 09/20/18 | Womble Bond Dickinson (US) LLP | Professional Fees - Legal | 442.50 |
| ACH | 09/27/18 | Professional Staffing LLC | Litigation Expense - Support Services | 47,500.00 |
| ACH | 09/27/18 | Clingman & Hanger Mgmt Assoc LLC | Insurance Reimbursement | 26,638.00 |
| 1089 | 09/27/18 | Archer Integration, LLC | Litigation Expense - Technology Support | 20,180.23 |
|  |  |  | **TOTAL** | 6,034,813.87 |