**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re: | ) Chapter 11 |
|  | ) |
|  | ) Case No. 14-11987 (CSS) |
|  | ) |
| FCC HOLDINGS, INC., <u>et al.</u>,[1] | ) |
|  | ) Jointly Administered |
| Debtors. | ) |
|  | ) **Related Docket No. _____** |

**ORDER GRANTING MOTION OF THE LIQUIDATING TRUSTEE FOR
ORDER UNDER BANKRUPTCY CODE SECTION 105(a) AND BANKRUPTCY
RULE 9006 EXTENDING TIME TO OBJECT TO CLAIMS AND
ADMINISTRATIVE EXPENSE REQUESTS**

Upon the motion (the "<u>Motion</u>")[2] of the Liquidating Trustee for entry of

an order under Bankruptcy Code section 105(a) and Bankruptcy Rule 9006 further

extending the time to object to Claims and administrative expense requests; and the Court

having determined that the relief requested in the Motion is in the best interests of these

bankruptcy estates, the FCC Trust, creditors, and other parties in interest; and it appearing

that proper and adequate notice of the Motion has been given under the circumstances

and that no other or further notice is necessary; and upon the record herein; and after due

deliberation thereon; and good and sufficient cause appearing therefor, it is hereby

ORDERED, ADJUDGED AND DECREED THAT:

---

[1]   The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: FCC Holdings, Inc. (6928); Education Training Corporation (1478); High-Tech Institute Holdings, Inc. (4629); EduTech Acquisition Corporation (8490); and High-Tech Institute, Inc. (3099).

[2]   Unless otherwise defined herein, capitalized terms used herein shall have the meanings ascribed to them in the Motion.

2

1.      The Motion is GRANTED.

2.      The Claims Objection Deadline is extended for the Liquidating

Trustee (the "Liquidating Trustee") to object to Claims and administrative expense

requests through and including June 17, 2019.

3.      Entry of this Order is without prejudice to the rights of the

Liquidating Trustee to seek further extensions of the Claims Objection Deadline.