IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br><br> FCC HOLDINGS, INC., et al.,[1] <br><br> Debtors. | Chapter 11 <br><br> Case No. 14-11987 (CSS) <br> Jointly Administered <br><br> **Hearing Date: February 15, 2019 at 2:00 p.m. (ET)** <br> **Obj. Deadline: February 8, 2019 at 4:00 p.m. (ET)** <br><br> **Related D.I. 865** |

**NOTICE OF SUBMISSION OF PROOFS OF CLAIM IN CONNECTION WITH THE NINTH OMNIBUS OBJECTION (SUBSTANTIVE) OF THE LIQUIDATING TRUSTEE TO CLAIMS PURSUANT TO BANKRUPTCY CODE SECTIONS 105 AND 502 AND RULE 3007 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE**

PLEASE TAKE NOTICE that on February 1, 2019, copies of the proofs of claim in connection with the **Ninth Omnibus Objection (Substantive) of the Liquidating Trustee to Claims Pursuant to Bankruptcy Code Sections 105 and 502 and Rule 3007 of the Federal Rules of Bankruptcy Procedure [D.I. 865]** were hand delivered to the Honorable Christopher S. Sontchi, United States Bankruptcy Court for the District of Delaware, 824 Market Street, 5th Floor, Wilmington, DE 19801. Copies are available by contacting the undersigned counsel for the Liquidating Trustee.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: FCC Holdings, Inc. (6928); Education Training Corporation (1478); High-Tech Institute Holdings, Inc. (4629); EduTech Acquisition Corporation (8490); and High-Tech Institute, Inc. (3099).

WBD (US) 45506714v1

2

Dated:  February 1, 2019 **WOMBLE BOND DICKINSON (US) LLP**

*/s/ Ericka F. Johnson*
Matthew P. Ward (Del. Bar No. 4471)
Ericka F. Johnson (Del. Bar No. 5024)
1313 North Market Street, Suite 1200
Wilmington, DE  19801
Telephone:  (302) 252-4320
Facsimile:  (302) 661-7738
E-mail: matthew.ward@wbd-us.com
E-mail: ericka.johnson@wbd-us.com

*Counsel for the Liquidating Trustee*