**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| FCC HOLDINGS, INC., <u>et al.</u>,[1] | ) | Case No. 14-11987 (CSS) |
| | ) | |
| Debtors. | ) | |
| | ) | **Related Docket No. 907** |
| | ) | |

**NOTICE OF PARTIAL WITHDRAWAL OF TENTH OMNIBUS
OBJECTION (SUBSTANTIVE) OF THE LIQUIDATING TRUSTEE TO
CLAIMS PURSUANT TO BANKRUPTCY CODE SECTIONS 105 AND 502
AND RULE 3007 OF THE FEDERAL RULES OF BANKRUPTCY
PROCEDURE**

Clingman & Hanger Management Associates, LLC, the liquidating

trustee for the FCC Holdings, Inc. Liquidation Trust (the "Liquidating Trustee")

hereby partially withdraws the Tenth Omnibus Objection (Substantive) of the

Liquidating Trustee to Claims Pursuant to Bankruptcy Code Sections 105 and 502

and Rule 3007 of the Federal Rules of Bankruptcy Procedure (Docket No. 907) (the

"Tenth Omnibus Objection") solely with respect to the following proofs of claim:

---

[1]    The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: FCC Holdings, Inc. (6928); Education Training Corporation (1478); High-Tech Institute Holdings, Inc. (4629); EduTech Acquisition Corporation (8490); and High-Tech Institute, Inc. (3099).

| Claimant | Claim Number |
|---|---|
| Level 3 Communications,  LLC | 157 |
| TW Telecom Inc., an affiliate of Level 3 Communications,  Inc. | 213 |

This withdrawal does not affect any other claims included in the Tenth Omnibus Objection.

Dated: August 8, 2019

**WOMBLE BOND DICKINSON (US) LLP**

*/s/ Ericka F. Johnson*
Matthew P. Ward (DE Bar No. 4471)
Ericka F. Johnson (DE Bar No. 5024)
1313 North Market Street, Suite 1200
Wilmington,  DE 19801
Telephone:  (302) 252-4320
Facsimile:  (302) 252-4330
E-mail:  matthew.ward@wbd-us.com
E-mail:  ericka.johnson@wbd-us.com

*Counsel to the Liquidating Trustee*